UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY PINE AND ROBERT PINE
    Plaintiffs

v.                                                                        C.A. NO. 04-11518 NMG

JEAN ARRUDA AND HAWTHORNE
COUNTRY CLUB, INC.
    Defendants

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT, JEAN ARRUDA

In the above-entitled matter, it may by entered that the undersigned hereby enters his appearance on behalf of Defendant, Jean Arruda.

                      John B. Reilly, Esq. (BBO # 545576)
                      John Reilly & Associates
                      300 Centerville Road
                      Summit West - Suite 330
                      Warwick, Rhode Island 02886
                      (401) 739-1800
                      Fax: (401) 738-0258

## CERTIFICATION

It is hereby certified that a copy of the foregoing has been sent, via first class mail, postage prepaid, to **Lauren Motola-Davis, Esq.**, Morrison Mahone, LLP, 121 South Main Street, Suite 600, Providence, Rhode Island 02903 and **Karen Augeri Benson, Esq.**, Law Offices of Alan A. Amaral, 251 Bank Street, Fall River, Massachusetts 02720 this 16th day of August, 2004.