## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NUMBER: 04-11518-NMG**

**BEVERLY PINE AND ROBERT PINE,**
    **PLAINTIFFS**

**VS.**

**JEAN ARRUDA AND HAWTHORNE**
**COUNTRY CLUB,**
    **DEFENDANTS**

## JOINT PROPOSED PRETRIAL SCHEDULE

All parties in the above captioned matter move this Court to adopt the following proposed pretrial schedule:

| Event | Date |
|---|---|
| Amendments to Pleadings (to and include Third Party Actions) | July 29, 2005 |
| Non-Expert Discovery | September 29, 2005 |
| Plaintiff's Expert Reports | October 14, 2005 |
| Defendant's Expert Reports | November 14, 2005 |
| All Discovery to be Completed | December 30, 2005 |
| Motions for Summary Judgment | January 27, 2006 |
| Oppositions to Summary Judgment | February 17, 2006 |
| Hearing on Summary Judgment Motion(s) | To Be Determined |
| Pretrial Conference | To Be Determined |

Respectfully Submitted,

**Plaintiffs,**
**By their attorney**

**Defendant, Jean Arruda,**
**By her attorney,**

 /s/  Karen Augeri Benson

**Karen Augeri Benson, Esq.**
**(BBO# 628469)**
Law Offices of Alan A. Amaral
251 Bank Street
Fall River, Massachusettes 02720
(508) 676-0011
FAX: (508) 676-9908

 /s/   John B. Reilly

**John B. Reilly, Esq.**
**(BBO # 545576)**
John Reilly & Associates
Summit West - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 739-1800
FAX:  (401) 738-0258

**Defendant, Hawthorne Country Club,**
**By its attorney**

 /s/ Lauren Motola-David

**Lauren Motola-David, Esq.**
**(BBO# 638561)**
**Michael T. Farley**
**(BBO# 640593)**
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, Rhode Island 02903
(401) 331-4660
FAX: (401) 351-4420