UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 04-11518-NMG

**BEVERLY PINE, ET.AL.,**
    **PLAINTIFFS**

**VS.**

**JEAN ARRUDA, ET.AL.,**
    **DEFENDANT**

### RULE 16.1 CERTIFICATION

In accordance with Local Rule 16.1, the undersigned hereby certify that we have conferred (a) with a view to establish a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| **Defendant, Jean Arruda,** | **Jean Arruda,** |
| **By its attorney,** | **By its authorized representative** |
| | |
| /s/ John B. Reilly | /s/ Colleen M. Haskins |
| **John B. Reilly, Esq.** | **Colleen M. Haskins,** |
| **(BBO # 545576)** | **Litigation Specialist** |
| John Reilly & Associates | National Grange Mutual Insurance |
| Summit West - Suite 330 | Company |
| 300 Centerville Road | 27 Midstate Drive |
| Warwick, Rhode Island 02886 | Auburn, MA 01501 |
| (401) 739-1800 | (800) 252-8704 |
| FAX: (401) 738-0258 | FAX: (508) 832-4187 |

2

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing has been sent to **Lauren Motola-Davis, Esquire,** Morrison Mahoney, LLP, 121 South Main Street, Suite 600, Providence, Rhode Island and **Karen Augeri Benson**, Law Offices of Alan A. Amaral, 251 Bank Street, Fall River, Massachusetts 02720, this  2nd  day of December, 2004.


                                                  /s/  Michelle M. Gagne