UNITED STATES DISTRICT COURT
STATE OF MASSACHUSETTS

Beverly Pine and Robert Pine
Plaintiffs

Vs.

C.A. No. 04 11518NMG

Jean Arruda, and
Hawthorne Country Club, Inc.
Defendants

## Plaintiffs' Rule 16.1 Certification

Now come the Plaintiff's by and through Counsel and pursuant to Local Rule 16.1 hereby certify that we have conferred to establish a budget for the course of litigation, as well as alternative courses of litigation. We have also conferred regarding the use of Alternate Dispute Resolution.

Plaintiffs,
By their Attorney,

_____
Beverly Pine

_____
Robert Pine

_____
Karen Augeri Benson
Law Office of Alan A. Amaral
251 Bank Street
Fall River, MA 02720
(508) 676-0011
BBO# 628469

Dated: December 17, 2004

## CERTIFICATE OF SERVICE

I, Karen Augeri Benson, Esquire, hereby certify that on this date I served the foregoing Disclosure of Medical Information, by hand delivering a true and complete copy of same, to

John B. Reilly
JOHN REILLY & ASSOCIATES
300 Centerville Road
Summit West - Suite 330
Warwick, RI 02886

Lauren Motola-Davis
MORRISON MAHONEY, LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141

_____
Karen Augeri Benson