UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY PINE AND ROBERT PINE
    Plaintiffs

v.                                           C.A. NO. 04-11518 NMG

JEAN ARRUDA AND HAWTHORNE
COUNTRY CLUB, INC.
    Defendants

## MOTION OF DEFENDANT, JEAN ARRUDA, TO COMPEL PLAINTIFFS, BEVERLY PINE AND ROBERT PINE, TO PRODUCE DOCUMENTS

    Defendant, Jean Arruda ("Arruda"), hereby moves pursuant to Rule 37 of the Federal Rules of Civil Procedure, that this Court enter an Order compelling the co-defendant, Hawthorne Country Club, Inc., to answer the First Set of Interrogatories and First Request for Document Production addressed to it within twenty (20) days of the Entry of an Order in this regard. In support whereof, it will be noted that such discovery was served on the following days:

| | |
|---|---|
| First Request for Document Production Addressed to Defendant, Hawthorne Country Club, Inc. | Served 4/26/2005 |
| First Set of Interrogatories Addressed to Defendant, Hawthorne Country Club, Inc. | Served 4/26/2005 |

    In accordance with the Local Rules of this Court, no separate Memorandum of Law seems required in support of this motion. Furthermore, it is certified that pursuant to Rule 37(a)(2)(A) of the Federal Rules of Civil Procedure, the movant has, in good faith, conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without Court action.

    Movant further certifies that movant has complied with the provisions of Local Rule 37.1.

Jean Arruda
By her Attorney,


 /s/ John B. Reilly Reilly
John B. Reilly, Esq. (BBO #545576)
John Reilly & Associates
300 Centerville Road
Summit West - Suite 330
Warwick, Rhode Island 02886
(401) 739-1800
Fax: (401) 738-0258