UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY PINE AND ROBERT PINE
    Plaintiffs

v.                                                      C.A. NO. 04-11518 NMG

JEAN ARRUDA AND HAWTHORNE
COUNTRY CLUB, INC.
    Defendants

## STIPULATION OF WITHDRAWAL OF COUNSEL

     In the above-entitled matter, it may be entered that Michelle M. Gagne, Esq. hereby withdraws her appearance for Defendant, Jean Arruda.

                                            Jean Arruda
                                            By her Attorney,

                                            /s/ Michelle M. Gagne
                                            Michelle M. Gagne, Esq. (#651858)
                                            John Reilly & Associates
                                            Suite 330 - Summit West
                                            300 Centerville Road
                                            Warwick, Rhode Island 02886
                                            (401) 739-1800
                                            FAX:  (401) 738-0258

Dated: September 15, 2005