UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY PINE AND ROBERT PINE
    Plaintiffs

v.                                                  C.A. NO. 04-11518 NMG

JEAN ARRUDA AND HAWTHORNE
COUNTRY CLUB, INC.
    Defendants

## STIPULATION WITHDRAWING PREVIOUS MOTION OF DEFENDANT, JEAN ARRUDA, TO PRODUCE DOCUMENTS

In the above entitled matter, it may be entered that Defendant, Jean Arruda, hereby withdraws her previous Motion, dated or entered June 29, 2005 (Docket #12) which was styled as a Motion to Compel Plaintiffs to Produce Documents.

The Plaintiffs have furnished documents and the Motion was intended to be addressed to the Co-Defendant. This Defendant (Jean Arruda) has concurrently served a Motion to Compel her Co-Defendant to produce discovery, thus this Motion should be vacated.

                                                    Jean Arruda
                                                    By her Attorney,


                                                    /s/ John B. Reilly
                                                    John B. Reilly, Esq. (BBO #545576)
                                                    John Reilly & Associates
                                                    300 Centerville Road
                                                    Summit West - Suite 330
                                                    Warwick, Rhode Island 02886
                                                    (401) 739-1800
                                                    Fax: (401) 738-0258

Dated: September 15, 2005