UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY PINE AND ROBERT PINE
    Plaintiffs

v.                      C.A. NO. 04-11518 NMG

JEAN ARRUDA AND HAWTHORNE
COUNTRY CLUB, INC.
    Defendants

## MOTION OF DEFENDANT, JEAN ARRUDA, TO COMPEL CO-DEFENDANT, HAWTHORNE COUNTRY CLUB TO ANSWER INTERROGATORIES AND PRODUCE DOCUMENTS

Defendant, Jean Arruda ("Arruda"), hereby moves pursuant to Rule 37 of the Federal Rules of Civil Procedure, that this Court enter an Order compelling the co-defendant, Hawthorne Country Club, Inc., to answer the First Set of Interrogatories and First Request for Document Production addressed to it within twenty (20) days of the Entry of an Order in this regard. In support whereof, it will be noted that such discovery was served on the following days:

| | |
|---|---|
| First Request for Document Production Addressed to Defendant, Hawthorne Country Club, Inc. | Served 4/26/2005 |
| First Set of Interrogatories Addressed to Defendant, Hawthorne Country Club, Inc. | Served 4/26/2005 |

In accordance with the Local Rules of this Court, no separate Memorandum of Law seems required in support of this motion. Furthermore, it is certified that pursuant to Rule 37(a)(2)(A) of the Federal Rules of Civil Procedure, the movant has, in good faith, conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without Court action.

Movant further certifies that movant has complied with the provisions of Local Rule 37.1.

        Jean Arruda
        By her Attorney,


        /s/ John B. Reilly
        John B. Reilly, Esq. (BBO #545576)
        John Reilly & Associates
        300 Centerville Road
        Summit West - Suite 330
        Warwick, Rhode Island 02886
        (401) 739-1800
        Fax: (401) 738-0258

Dated: September 15, 2005