## UNITED STATES DISTRICT COURT
## STATE OF MASSACHUSETTS

Beverly Pine and Robert Pine :
Plaintiffs                    :
                              :
Vs.                           :      C.A. No. 04 11518NMG
                              :
Jean Arruda, and              :
Hawthorne Country Club, Inc.  :
Defendants                    :

### PLAINTIFF'S MOTION TO COMPEL

Now comes the Plaintiff, Beverly Pine, by and through Counsel and pursuant to Fed.R.Civ.P 37(a)(2), and hereby moves this Honorable Court for an Order compelling Defendant, Jean Arruda, to produce documents in accordance with Plaintiff's Request for Production of Documents, dated November 17, 2004. As grounds therefore, Plaintiff states as follows:

1.      This cause of action arises out of a personal injury sustained by Plaintiff, Beverly Pine, when she was run over by a golf cart at the Hawthorne Country Club.

2.      Defendant, Jean Arruda, was the person operating the golf cart.

3.      Defendant has refused to produce the specific, requested documents, to wit, any statements of the Defendant, Jean Arruda.

WHEREFORE, your Plaintiff moves this Honorable Court for an Order compelling Defendant to produce any such statements, which correspond with the terms of the Request for Production of Documents.

Respectfully Submitted,

Karen Augeri Benson
Law Office of Alan A. Amaral
251 Bank Street
Fall River, MA 02720
TEL: (508) 676-0011
BBO #628469

## CERTIFICATE OF COMPLIANCE WITH RULE 37(a)(2)(a)

I hereby certify that the movant has in good faith conferred, or attempted to confer, with the party not making a disclosure in an effort to secure the disclosure without Court action.

*Karen Augeri Benson*

Karen Augeri Benson
Law Office of Alan A. Amaral
251 Bank Street
Fall River, MA 02720
TEL: (508) 676-0011
BBO #628469

Dated: September _12_ 2005

## CERTIFICATION

I, Karen Augeri Benson, Esquire, hereby certify that on the _12_ day of September, 2005, I served the foregoing Plaintiff, Beverly Pine's, Motion to Compel and Memorandum in Support of Motion, by mailing/hand delivering/faxing a true and complete copy of same, to:

John Reilly, Esquire
JOHN REILLY & ASSOCIATES
Summit West – Suite 330
300 Centerville Road
Warwick, RI 02886

Beth Almeida