UNITED STATES DISTRICT COURT
STATE OF MASSACHUSETTS

Beverly Pine and Robert Pine  :
Plaintiffs                    :
                              :
Vs.                           :   C.A. No. 04 11518NMG
                              :
Jean Arruda, and              :
Hawthorne Country Club, Inc.  :
Defendants                    :

## AFFIDAVIT

Now comes Karen Augeri Benson, who on oath, deposes and says as follows:

1. I am counsel to Plaintiffs, Beverly Pine and Robert Pine.

2. On December 6, 2001, I spoke to Peggy Pavone, Senior Claim Representative for National Grange Mutual Insurance Company.

3. At that time, Ms. Pavone indicated that she was still investigatin the events that give rise to this cause of action.

4. Ms. Pavone further indicated that although National Grange migh not accept 100% of the liability, she needed to continue her investigation and t contact the golf course and the golf cart manufacturer.

5. During this conversation, Ms. Pavone also acknowledged that sh had a statement from Mrs. Arruda.

6. On at least two prior occasions, Ms. Pavone indicated to me th National Grange would probably accept liability or that there would not be problem with liability.

7. My records reflect that on two prior occasions, September 2 2001, and November 2, 2001, we had such discussions.

8. There was every indication that the matter would settle without t necessity of litigation.

9. We also discussed whether I would consider allowing my client give National Grange a statement.



Signed under the pains and penalties of perjury this 12th day of September, 2005

*Karen Augeri Benson*
Karen Augeri Benson

Signed and sworn to before me this _____ day of September, 2005.

*Beth Almeida*
Beth Almeida, Notary Public
My Commission Expires: 1/26/2012



BETH ALMEIDA
Notary Public
Commonwealth of Massachusetts
My Commission Expires
January 26, 2012