**SOUTHCOAST** HOSPITALS GROUP

☐ Charlton Hospital  ☑ St. Luke's Hospital  ☐ Tobey Hospital

**Emergency Department Flow Sheet**

Progress Notes No. #1

ARRUDA, JEANNE  071101
0030245039  00039980 1  092055
ER3

Quality of Pain:
St = Stab
T = Throb
B = Burn

A = Ache
D = Dull
Sh = Sharp

| Date/Time | T | P Rhythm | R | BP | SA02 RAO2 | CBG | I & O | Continuous Pain Assessment – Note 0-10 Scale Location, Quality, Re-evaluate 0-10 | MEDS IV's | INTERVENTIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/11/ 1/10 | | | | | | | | | | Pt to ER 3 min via dart amb. Pt at golf course when rain started. Pt went to move golf cart. ~~Pt~~ error Pt moved golf clubs — which hit the gas — golf cart hit Pt's friend. Pt lifted cart off ⊕ Pt ⊕ fell. ⊕rm injury to ⊕ hip ⊕ knee ⊕ ankle — *** REDACTED *** — Pt very upset — any other injuries — uncooperative w/ |

Rev. 1/7/2000  SLH-0002121

EXHIBIT F

```
                              Southcoast Hospitals Group
                              St. Luke's Hospital
                              New Bedford, MA.

                              E M E R G E N C Y  R O O M  R E C    R D
----------------------------------------------------------------------  -----
----------------------------------------------------------------------  -----
Name: ARRUDA, JEANNE          Medical Rec #: 000399801
                              Account #: 0030245039
Location: ER3      Sex: F     Date of Birth: 09/20/55
                              Age: 45
Adm/Svc Date: 07/11/01        Discharge Date: 07/11/01
Primary Care Physician:
----------------------------------------------------------------------  -----


JOB #: 498471

HISTORY OF PRESENT ILLNESS:  This is a 45-year-old female, patient of Dr. G    y.
The patient lives in Fall River.  Today, she was on a golf course, trying t   ove a
golf cart, when the golf cart went forward, striking another lady, and this   tient
tried to help the other lady by lifting the golf cart and rolling it over.    e
fell and sustained contusions and abrasions to the right hip and right knee   No
other injuries.
```

*** REDACTED ***

```
IMPRESSION:  The patient is very upset about the accident, considering the    :t
that her friend, another lady was injured.
```

*** REDACTED ***

```
                                          _____
                                          Marvin Z. Schreiber, M.D.


Dictated: 07/11/01    1305
Trans:    07/11/01    1543     Initials: LAS

Report Number: 0711-0078

CC: Marvin Z. Schreiber, M.D.
```

Medical Records' copy                                          Page   of 1