# JOHN REILLY & ASSOCIATES
## Attorneys and Counselors at Law

Summit West — Suite 330
300 Centerville Road
Warwick, Rhode Island  02886-4395
(401) 739-1800
Fax (401) 738-0258

John B. Reilly
jreilly@lawyers-online.us

September 19, 2005

Honorable Nathaniel M. Gorton
United States District Judge
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Re:  Civial Action # 04-11518-NMG
     Beverly Pine et al. vs. Jean Arruda et al.
     Status Report - Mediation

Dear Judge Gorton:

In reviewing the Electronic Clerk' Notes for proceedings at the scheduling conference of this case that occurred on December 9, 2004, the parties were required to provide a joint status report by September 15, 2005 concerning mediation.

This will serve to advise that all parties appear to be in favor of mediation. Plaintiff counsel has indicated, however, that she wishes that certain discovery issues be resolved prior to mediation. Additionally, Mrs. Pine is scheduled for an independent medical examination and it may take some time before a report to be completed by the neurologist who is conducting that event.

Accordingly, counsel hope that this will serve to update the court in this regard and thank the court for its time and attention to this aspect of the matter.

Respectfully yours,

John B. Reilly

JBR/abs

cc:  client
     Michael Farley, Esq.
     Karen Augeri Benson, Esq.