UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY PINE AND ROBERT PINE
    Plaintiffs

v.                                             C.A. NO. 04-11518 NMG

JEAN ARRUDA AND HAWTHORNE
COUNTRY CLUB, INC.
    Defendants

## MOTION OF DEFENDANT, JEAN ARRUDA, TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

Defendant, Jean Arruda ("Arruda"), hereby moves that this Court enlarge the time within which she may respond to Plaintiff's Motion to Compel, up to and including October 21, 2005. As grounds therefore, Arruda states the following:

1. On September 15, 2005, Plaintiff, Beverly Pine, filed a motion to compel seeking the production of a statement of Arruda.

2. In support of that motion, Plaintiff included an affidavit which purported to report conversations between Plaintiff's counsel and a representative of Arruda's insurance company. Arruda requires additional time for research and to obtain an affidavit from that representative of the insurance company so as to allow Arruda to make a reasoned response.

3. Arruda's counsel has discussed this with counsel for the Plaintiff, but she is unwilling to assent to this modest request.

WHEREFORE, Arruda respectfully requests that this Court enlarge the time for her to respond to the Plaintiff's Motion To Compel up to and including Friday, October 21, 2005.

    Respectfully submitted:
    Jean Arruda
    By her attorney,

    /s/ John B. Reilly
    John B. Reilly, Esq. BBO#545576
    John Reilly & Associates
    300 Centerville Road
    Summit West - Suite 330
    Warwick, Rhode Island 02886
    (401) 739-1800

**DATED**:    September 27, 2005    Fax (401) 738-9258