UNITED STATES DISTRICT COURT
STATE OF MASSACHUSETTS

Beverly Pine and Robert Pine :
Plaintiffs :
:
:
Vs. : C.A. No. 04 11518NMG
:
Jean Arruda, and :
Hawthorne Country Club, Inc. :
Defendants :

### ENTRY OF APPEARANCE

Now comes, Christopher A. Perruzzi Attorney-at-Law, admitted in good standing to th[e] Bar of the Commonwealth of Massachusetts, with an office at 1495 Hancock Street, Suite 302, Quincy, MA 02169, 617-657-0575 (phone), 617-657-0576 (fax) and hereb[y] enter my appearance on behalf of the Plaintiffs, Beverly Pine and Robert Pine.

Respectfully submitted,

_____
Christopher A. Perruzzi
Coletti, Murray, Perruzzi & O'Connor, LLC
1495 Hancock Street, Suite 302
Quincy, MA 02169
617-657-0575 (phone)
617-657-0576 (fax)
BBO # 558273

Dated: September 23 2005

### CERTIFICATION

I, Karen Augeri Benson, Esquire, hereby certify that on the 23 c[day] of September, 2005, I served the foregoing Entry to Appearance mailing [a]nd delivering/faxing a true and complete copy of same, to:

Lauren Motola-Davis
Michael T. Farley
121 South Main Street, Suite 600
Providence, RI 02903

JOHN REILLY & ASSOCIATES
Summit West – Suite 330
300 Centerville Road
Warwick, RI 02886

*Karen Augeri Benson*
Karen Augeri Benson