UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BEVERLY PINE                          :
and ROBERT PINE,                      :
        Plaintiffs                    :
                                      :
v.                                    :   C.A. NO. 04-11518 NMG
                                      :
JEAN ARRUDA and HAWTHORNE             :
COUNTRY CLUB, INC.                    :
        Defendants                    :

## PLAINTIFFS' OBJECTION TO DEFENDANT'S MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

Now come the Plaintiffs, Beverly and Robert Pine, by and through counsel, and hereby object to the Defendant, Jean Arruda's, Motion to Enlarge Time to Respond To Plaintiff's Motion to Compel. As reasons therefore, your Plaintiffs aver:

1. On August 17, 2005, counsel corresponded with Defendant's counsel pursuant to Fed.R.Civ.P. 37(a)(2)(A).

2. In that correspondence, Plaintiff's counsel specifically disclosed the conversations with the representative of Arruda's insurance company that are referenced in paragraph two of Defendant's motion.

3. The correspondence further cited relevant case law authority, from this jurisdiction, in support of Plaintiff's contention that the statement was discoverable and should not require a Motion to Compel.

4. Finally, in a further attempt to resolve this matter without the necessity of Court intervention, Plaintiff's counsel spoke with Defendant's counsel by telephone on September 6, 2005.

For all of the above reasons Plaintiffs, Beverly and Robert Pine, respectfully suggest that Defendant's counsel has had more than ample time to research, and respond, to Plaintiff's Motion.

WHEREFORE, your movants request that the Defendant's Motion be denied and dismissed, that Defendant be ordered to file her response, if any, and such further and other relief as this Court deems appropriate.

> Respectfully Submitted,
> Plaintiffs
> By their Attorney,
>
> *Karen Augeri Benson*
> Karen Augeri Benson
> Law Office of Alan A. Amaral
> 251 Bank Street
> Fall River, MA 02720
> (508) 676-0011
> BBO# 628469

Dated: September 29, 2005

### CERTIFICATE OF SERVICE

I, Karen Augeri Benson, Esquire, hereby certify that on this 29 day of September, 2005, I served the foregoing Plaintiff's Objection to Defendant's Motion to ~~Enlarge Time~~ to Respond to Plaintiff's Motion to Compel, by hand delivering/**mailing/faxing** a true and complete copy of same, to

John B. Reilly
JOHN REILLY & ASSOCIATES
300 Centerville Road
Summit West – Suite 330
Warwick, RI 02886

*Karen Augeri Benson*
Karen Augeri Benson