UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY PINE AND ROBERT PINE
    Plaintiffs

v.                                              C.A. NO. 04-11518 NMG

JEAN ARRUDA AND HAWTHORNE
COUNTRY CLUB, INC.
    Defendants

## OPPOSITION OF DEFENDANT, JEAN ARRUDA, TO MOTION OF PLAINTIFF, BEVERLY PINE, TO COMPEL

    Defendant, Jean Arruda ("Arruda"), hereby opposes Motion of Plaintiff, Beverly Pine, which seeks an order compelling Arruda to produce a statement made to her insurer in anticipation of litigation and incorporates, by reference, a separate memorandum of law supporting her position.

    WHEREFORE, Arruda, respectfully requests that this honorable court deny the Plaintiff's Motion in its entirety.

                                                                Jean Arruda
                                                                By her Attorney,

                                                                /s/ John B. Reilly
                                                               John B. Reilly, Esq. (BBO #545576)
                                                               John Reilly & Associates
                                                               300 Centerville Road
                                                               Summit West - Suite 330
                                                               Warwick, Rhode Island 02886
                                                              (401) 739-1800
                                                               Fax: (401) 738-0258