# Exhibit "B"

65

1       A.    Oh.  No, it wasn't dark.

2       Q.    When you returned to the hospital, was it

3   dark?

4       A.    Not yet, no.

5       Q.    All right.  When you returned to the

6   hospital, I think you mentioned earlier, by this

7   point in time your wife was up in a room?

8       A.    She was up in a room, yes.

9       Q.    Did you take pictures while she was in that

10  room?

11      A.    I took pictures when she was in that room

12  but not that same day.

13      Q.    All right.  How long did she remain at that

14  hospital?

15      A.    I believe she was at that hospital for three

16  days.

17      Q.    And which day did you take pictures?

18      A.    I don't know.  Maybe the second or third

19  day, obviously.

20      Q.    Well, why was it that you were taking

21  pictures of your wife in the hospital?

22      A.    Well, it was an accident and I knew there

23  was going to be some heavy expenses and I didn't know

24  what to expect from my health and welfare.  Maybe

1    they wanted me to take pictures, maybe they wanted to

2    see documentation, maybe they wanted to see pictures.

3    I didn't know.  I didn't know where this thing was

4    going at the time, so I took pictures, yes.

5        Q.   Now, when you say that you didn't know about

6    expenses, did you have health insurance coverage that

7    would apply to your wife at that point in time?

8        A.   I have health insurance, yes.

9        Q.   Was she on that plan?

10       A.   Yes, she is.

11       Q.   And she was at the time?

12       A.   She was at the time.

13       Q.   Were -- let's go back to the time that you

14   returned that evening.  How long did you stay there?

15   Did you stay overnight?  Did you go back home?  And

16   this is the first evening that she was there.

17       A.   I didn't stay overnight.

18       Q.   Did you ever stay overnight during her

19   three-day stay there?

20       A.   I -- not the three days there but I stayed

21   overnight.

22       Q.   Well, just at this point.

23       A.   Right.  No.

24       Q.   And so during this second time to the

1   hospital, having taken the motorcycle back and

2   returned, you didn't take pictures?

3       A.   Unh-unh.

4       Q.   That's no?

5       A.   No, no.

6       Q.   And at this point in time on this visit, did

7   you see either of the Arrudas?

8       A.   Not at the hospital.  I obviously got my car

9   back.  I saw Walter somewhere.

10      Q.   Did you ever see the Arrudas at that

11  hospital again?

12      A.   I don't think so.

13      Q.   Where do you recall next seeing Walter

14  Arruda?

15      A.   At work.

16      Q.   Did you go to work the following day?

17      A.   No.

18      Q.   How many days was it until you returned to

19  work?

20      A.   Um, the accident happened in the middle of

21  the week.  I took three sick days and then I took a

22  week's vacation.  Then I went back to work.

23      Q.   All right.  So you talked about getting your

24  car back, that means the car that your wife was

68

1    driving on that day?

2        A.    Yes.

3        Q.    So when did you get that back?

4        A.    The same day of the accident.

5        Q.    Did you see Mr. Arruda when it was returned?

6        A.    I think I did.  I'm not positive.  I think I

7    did.

8        Q.    Do you remember where that was?

9        A.    No, I don't.

10       Q.    Was there a discussion about how the

11   accident happened?

12       A.    I don't know.

13       Q.    During the week and those other three or

14   four days that you were out of work with your sick

15   time and so forth, did you have any telephone

16   discussions with Mr. Arruda?

17       A.    I could have.

18       Q.    Do you recall any?

19       A.    I can't recall, no.  No, I can't recall.

20       Q.    All right.  Did you have any telephone

21   discussions with Mrs. Arruda during that period of

22   time?

23       A.    She was concerned about my wife.  I think I

24   did, yes.

1      Q.   All right.  How many telephone calls do you

2    recall having with Mrs. Arruda during that period of

3    time?

4      A.   I don't know.

5      Q.   More than one?

6      A.   I would say more than one, yes.

7      Q.   Did you discuss how the accident happened

8    with her?

9      A.   I don't know.

10     Q.   Do you ever recall discussing with

11   Mrs. Arruda directly, how the accident took place?

12     A.   I think I did.

13     Q.   Was this after your wife was out of the

14   hospital?

15     A.   Yes.

16     Q.   All right.  Now, we'll return to that in a

17   moment but during the time at the hospital that your

18   wife was at the hospital, did she tell you how the

19   accident happened, from her viewpoint?

20     A.   During the time at the hospital?

21     Q.   Yes.

22     A.   No.

23     Q.   Did you ever ask her during that time how it

24   happened?

1      A.   When she visited my wife at the house, yes.

2      Q.   No, no, I'm talking about you talking to

3    your wife, sir.

4      A.   Run that by me again?

5      Q.   Did your wife tell you how the accident

6    happened?

7      A.   Oh yes.

8      Q.   Did she tell you that while she was at the

9    first hospital?

10     A.   No.

11     Q.   When did she first tell you that?

12     A.   When she came home.

13     Q.   And what did she say happened?

14          MS. BENSON:  Objection.  You can

15    answer.

16     A.   She said -- now, you want this from the

17    beginning?

18     Q.   I would like to know what she told you about

19    how the accident took place.  Yes, from the

20    beginning.

21     A.   Okay.  The siren went off, the girls had to

22    come in.  She said to Jeanne to put her clubs away,

23    not my wife's, her clubs.

24     Q.   Jeanne put Jeanne's clubs away?

MERANDI COURT REPORTING
(401) 434-4579

71

1        A.    Jeanne's clubs away because she was a

2    member.  Put them in the locker room.  Then when they

3    walked down to the snack area where everything is,

4    the pro shop, the bar, and it started to rain really

5    hard and Jeanne was concerned about my wife's clubs

6    getting wet.  So, Jeanne told my wife that, "I'm

7    going to go get the golf cart with the bag of clubs"

8    and bring it close to the sheltered area in front of

9    the pro shop or the restaurant.  It's all combined in

10   the same thing.

11       Q.    In front of the building?

12       A.    In front of the building, right, right.  The

13   lower part of the building.  And my wife said to her,

14   "Do you want me to help you?"  And she said, "No,

15   I'll take care of that, I'll do that."

16       So my wife said that Jeanne went to get the golf

17   cart, my wife walked out of the building and Jeanne

18   was already coming down with the golf cart, with the

19   bags on the front seat, holding the golf clubs.  And

20   she parked underneath the canopy, close to where they

21   go into the door, I guess.  I don't know.  And they

22   both were going to walk in and get out of the rain

23   and then Jeanne had said, "Wait a minute, Beverly, I

24   think I can get those golf clubs a little bit

MERANDI COURT REPORTING
(401) 434-4579

72

1    better."  And that's when she went back into the golf

2    cart and my wife remembers her in the golf cart and

3    her talking to my wife.  Her face was turned to my

4    wife.  And the next thing that happened, the golf

5    cart took off and ran over my wife.  And that's the

6    story that my wife told me.

7        Q.   Did she say that Mrs. Arruda was still in

8    the cart when it started moving forward?

9        A.   Yes.

10       Q.   And did she say what position Mrs. Arruda

11   was in in the golf cart at the time that it started

12   moving forward?

13       A.   At the time it started moving forward,

14   Jeanne was looking at my wife, but her lower part of

15   her body was still facing the front of the seat of

16   the golf cart, the bags, where they were laying.

17       Q.   Where did she tell you the bags were

18   located?

19       A.   On the front seat.

20       Q.   On the front seat?

21       A.   On the front seat.

22       Q.   Now, has your wife ever changed her version

23   of how the accident took place?

24       A.   No.

MERANDI COURT REPORTING
(401) 434-4579

73

```
 1        Q.    Have you ever discussed with Mr. Arruda, I'm
 2   talking at any time now, how the accident took place?
 3        A.    Yes.
 4        Q.    When was that?
 5        A.    When we were both back to work.
 6        Q.    This is after the week and days?
 7        A.    Maybe a week and two days after.
 8        Q.    After you returned to work?
 9        A.    No, after the accident.
10        Q.    And what was that discussion?
11        A.    I said to Mr. Arruda, I said, "Wally, what
12   the hell happened?  You say the bags fell on the gas
13   pedal.  What happened?"
14        Q.    Let me back up a moment.  Was this
15   conversation after your wife had already told you
16   what happened?
17        A.    Yes.
18        Q.    All right.  So after your -- your wife told
19   you what she saw; is that correct?
20        A.    Yes.
21        Q.    And so you believed her?
22        A.    Of course I do.
23        Q.    All right.  So you're asking Mr. Arruda
24   after that, what happened?
```

1      A.   Yeah.

2      Q.   Why were you asking him, as opposed to his

3  wife?

4      A.   She wasn't at Stop & Shop working with me.

5  He was.

6      Q.   Did you understand that he was present when

7  it happened?

8      A.   He was present when it happened?

9      Q.   Was it your understanding that he was at the

10  golf course at the time of the accident?

11      A.   I don't believe he was there.

12      Q.   All right.  So you just in your answer, you

13  said, "What happened?"  You said the golf clubs

14  moved.  There was -- I'd like to go back to the first

15  discussion with Mr. Arruda about how it happened.

16  When was it and what did he say?

17      A.   The first discussion?

18      Q.   Yes.

19      A.   When I got to St. Luke's Hospital, his

20  version was that the weather was bad, they had to

21  come in.  He said his wife drove the golf cart down,

22  parked it underneath the canopy and she felt she had

23  to go back to the golf cart to fix the bags a little

24  bit better.  And he said at that point the golf bag

75

1    fell on the gas pedal and ran over my wife and also

2    dragged Jeanne along with it.  And he said that, um,

3    in fact, Jeanne tried to pick the golf cart off of my

4    wife.

5        Q.   When was this discussion at St. Luke's

6    Hospital?

7        A.   After I had saw (sic) my wife on the

8    stretcher.

9        Q.   Where did the discussion take place?

10       A.   I think it took place outside or in the

11   hallway.  I believe it was outside because it was

12   really busy inside the hospital that day.  There was

13   so much going on.  I believe it was outside.

14       Q.   So the two of you left the two ladies inside

15   and went outside and had this discussion?

16       A.   I think so.

17       Q.   That's what you remember?

18       A.   That's what I remember.

19       Q.   All right.  So now you're back to work.

20       A.   I'm not back to work.

21       Q.   I'm taking you back to that point in time.

22   And you have a follow-up discussion with Mr. Arruda?

23       A.   Oh.  Yes.

24       Q.   Now, please tell me that discussion.

76

1        A.   Well, after talking to my wife and finding

2   out her version of the story, I approached Waler, I

3   said, "Walter --

4                (BRIEF INTERRUPTION AT DOOR)

5        A.   I approached Walter and asked him, I says,

6   "Tell me again what happened."  And he told me the

7   same story in the beginning, that the golf bag fell

8   on the gas pedal.

9        Q.   Did you ask him how that could happen if

10  Jeanne was standing in the car?

11       A.   I don't remember asking him that, no.  He

12  knew the golf bags were laying on the front seat.  I

13  don't remember asking him that, no.

14       Q.   Did you ask your wife whether the bags were

15  lying on the front seat?

16       A.   I didn't have to.  She told me they were on

17  the front seat.

18       Q.   Lying right across the seat?

19       A.   Right across the seat.

20       Q.   Did your wife tell you whether she saw

21  Mrs. Arruda lifting the golf cart when it had gone on

22  top of your wife?

23       A.   No, my wife didn't say she saw Jeanne trying

24  to pick the golf cart off.

77

1     Q.   Did she say that the cart landed right on

2   top of her?

3     A.   The cart ran over her.  It just didn't land

4   on top of her.  It ran over her.

5     Q.   And what's the basis of your understanding

6   of that?

7     A.   What's the basis of my understanding?

8     Q.   Yes.  Your wife told you that?

9     A.   My wife told me that, yes.

10     Q.   Have you made any independent investigation

11   at the golf course, with anyone that was at the golf

12   course, concerning how the accident took place?

13     A.   You mean like phone calls?

14     Q.   Phone calls, going out there, anything like

15   that.

16     A.   Yes, calls.

17     Q.   What have you done?

18     A.   I called Hawthorne Golf Course and I believe

19   I talked to the greenskeeper.

20     Q.   Do you know that person's name?

21     A.   No, I don't.

22     Q.   How long after the accident was this

23   telephone call?

24     A.   I think it was the next day.

78

1       Q.   All right.  And I take it that you

2   identified yourself as to who you were?

3       A.   Yes, I did.

4       Q.   And what was your conversation with the

5   greenskeeper?

6       A.   I had asked the greenskeeper what happened

7   and he told me that he heard that the golf cart had

8   run over my wife.  And after running over my wife, it

9   went across a fairway and got stuck in the woods, up

10  against a tree, with the rear wheels still spinning,

11  with the bag on the gas pedal.  And that's the only

12  thing he knew.

13      Q.   I take it from your answer that when you say

14  he had heard the cart ran over your wife, he had not

15  seen that part?

16      A.   Obviously, I don't think he did, no.

17      Q.   Okay.  But he did see the cart against a

18  tree?

19      A.   Yes.

20      Q.   At a distance away from --

21      A.   Yes.

22      Q.   -- where the accident happened?

23      A.   Yes, he did.

24      Q.   Still running?

79

1      A.    Still running.

2      Q.    And the bag depressing the accelerator?

3      A.    That's what he said.

4      Q.    Did you talk to anyone else other than this

5  greenskeeper by telephone?

6      A.    I don't remember, no.

7      Q.    Did you go to the course and try to talk to

8  anyone?

9      A.    No.

10      Q.    Did you talk to anyone that had been in the

11  member/guest tournament itself, players?

12      A.    No, I didn't know anybody.

13      Q.    Do you know whether your wife has talked to

14  anyone?

15      A.    No, she didn't.

16      Q.    Now, the bag, the golf bag was No. 3 on the

17  attachment to the deposition notice.  Do you see

18  that?

19      A.    Yes.

20      Q.    And you did bring that bag with you today;

21  is that correct?

22      A.    Yes.

23      Q.    The golf bag that you brought with you, is

24  this the same golf bag that your wife was using on

MERANDI COURT REPORTING
(401) 434-4579

80

1      the day of the accident?

2          A.    Yes.

3          Q.    How is it that you ended up getting that

4      golf bag back?

5          A.    Jeanne's husband said he had to pick up the

6      golf clubs, they were scattered around the fairway,

7      wherever the golf cart took off to.  And he collected

8      the golf bag and he collected the golf clubs.

9          Q.    Did he get all of the clubs, as far as you

10     could tell?

11         A.    Yes, surprisingly, yes.

12         Q.    Okay.  And are the clubs that you brought

13     with you in the bag, the same clubs that were in use

14     that day?

15         A.    Yes.

16         Q.    Can you estimate for me, sir, the weight of

17     the bag, with clubs in it?

18         A.    With the clubs?

19         Q.    Yes.  I know you just toted it here today.

20         A.    I'm going to say about 25 pounds.

21         Q.    That's all?

22         A.    That's what I would estimate.  They're

23     titanium clubs, graphite shafts, so I'd say maybe

24     25 pounds, maybe 30.

1    overnight at the hospital with her?

2        A.    One night I stayed overnight, yes.

3        Q.    Now, moving on in time because we've covered

4    the medical treatment with your wife during her

5    deposition but moving on in time as regards further

6    contact with the Arrudas, did you and the Arrudas get

7    together again after this accident, socially?

8        A.    No.  Jeanne came over the house.  That was

9    it.

10       Q.    Okay.  So Mrs. Arruda came to your house?

11       A.    Yes.

12       Q.    How many times did she do that?

13       A.    I'm not sure.  I believe it was more than

14   once.

15       Q.    All right.  And what if anything do you

16   recall about those visits?

17       A.    Jeanne was concerned about my wife, how she

18   was doing, how, you know.

19       Q.    Was there any discussion of making claims

20   for the accident?

21       A.    At that time, I didn't know where it was

22   going with any claims.

23       Q.    Did you tell Mrs. Arruda not -- that the

24   accident was not her fault?

88

1      A.    At that time, yes, I did.

2      Q.    And what was the basis of your saying that?

3            MS. BENSON:  Objection.

4      A.    Well, her story -- no, I'm sorry, not her

5  story, her husband's story is just a little bit

6  different than my wife's story.  So when I got my

7  wife's story, at first, before I got my wife's story,

8  I had told Jeanne, "It's not your fault, Jeanne, you

9  didn't do anything wrong."

10     But after I talked to my wife and found out she

11 went back into the golf cart and my wife told her it

12 wasn't necessary to do that, yes, then she didn't

13 mean to do it but it happened, it was an accident.

14 But if she didn't go back into the golf cart, it

15 wouldn't have happened.  So my mind has changed since

16 then.  That's what I'm trying to tell you.

17     Q.    Well, at what point in time did you tell

18 Mrs. Arruda that it wasn't her fault, in your

19 opinion?

20     A.    In the early days of the accident.  I don't

21 know what particular day.

22     Q.    After your wife was out of the hospital?

23     A.    No.  I think I told Jeanne the day of the

24 accident when she was standing next to my wife, when

MERANDI COURT REPORTING
(401) 434-4579

89

1    my wife was laying down.  Obviously, Jeanne was

2    feeling real bad, she was upset and I told her,

3    "Don't worry, Jeanne.  It's not your fault."

4        Q.   Did you ever tell her that again?

5        A.   Um, I could have, um, but it was before I

6    got my wife's story.

7        Q.   Now, your -- you had your wife's story

8    before you designed that boot or protective device

9    for the golf cart; correct?

10       A.   Mm-hmm.

11       Q.   That's "yes?"

12       A.   Yes.

13       Q.   And was the reason that you designed the

14   boot or the device for the golf cart, that you didn't

15   believe your wife's story?

16            MS. BENSON:  Objection.

17       A.   No.

18       Q.   That you didn't believe that a golf -- was

19   the reason that you designed this, your belief that

20   the golf bag had fallen on the pedal and that's what

21   caused the golf cart to go forward?

22       A.   No.

23       Q.   It wasn't that?

24       A.   Well, you're half right.

1       A.   And Mrs. Arruda, yes.

2       Q.   Now, was there a discussion about suing home

3    owner's insurance coverages between you and the

4    Arrudas or either of you and the Arrudas?

5       A.   Yes.

6       Q.   What was that discussion?

7       A.   What was that discussion?

8       Q.   Yes.

9       A.   Well, I had told them that I felt that this

10   was no different than a car accident.  I understand

11   it's not your fault.  Well, I won't say that.  I

12   understand that you didn't mean to do it.  It was an

13   accident.  But if I get in my car -- and this is what

14   I told the Arrudas -- if I get in my car today,

15   meaning not today but at the time, and I hit

16   somebody, I see no difference.  I take out my

17   insurance, we exchange insurance companies and the

18   insurance takes care of it.  And that's how I still

19   feel.  That's why we have insurance.

20       Q.   Did you tell either of the Arrudas that they

21   could make a claim for Mrs. Arruda's injuries against

22   your home owner's coverage?

23       A.   I think I did because Jeanne also got hurt,

24   yes.

92

1      Q.   Have you, sir, made claims against home

2   owner's policies in the past?

3      A.   One time when I burned my wrist.  I did

4   something stupid.  Yes.

5      Q.   And what about your wife, do you have any

6   understanding of whether she has?

7      A.   I don't think so, no.

8      Q.   Not that you're aware of?

9      A.   No.

10          MR. REILLY:  Okay.  I'm going to mark

11   as Exhibit B, a copy of your "Answers To

12   Interrogatories" that we sent to you in this case.

13          (DEFENDANT EXHIBIT B MARKED)

14      Q.   And I'd just ask you to look at this

15   ten-paged document, sir, and in particular the last

16   page which seems to have a copy of a signature,

17   "Robert E. Pine" up at the top.

18      First of all, is that a copy of your signature?

19      A.   Yes, it is.

20      Q.   And do you recall answering these questions

21   in connection with this case?

22      A.   You mean the interrogatories that you sent

23   me?

24      Q.   Yes.