# Exhibit "E"

# ALAN A. AMARAL
ATTORNEY AND COUNSELLOR AT LAW
1100 County Street Somerset, Massachusetts 02726-5190 Telephone (508) 676-0011 Fax (508) 674-0770

*KAREN AUGERI* BENSON

September 12, 2001

Mr. and Mrs. Walter Arruda
179 Hathaway Common Road
Fall River, MA 02720

RE:     Golf Cart Accident

Dear Mr. and Mrs. Arruda:

Please be advised that this firm represents Robert and Beverly Pine for injuries that Mrs. Pine sustained in a golf cart accident on July 11, 2001 at the Hawthorne Country *'Club,* North Dartmouth, Massachusetts. The accident occurred as a result of your actions in operating the golf cart and manipulating the golf clubs. Please send this letter to your insurance company to advise them of our representation. Thank you.

Very truly yours,

/s/ Karen Augeri Benson

Karen Augeri Benson
Law Offices of Alan A, Amaral

KAB:rml
cc: Mr. and Mrs. Robert Pine