# Exhibit "F"

NATIONAL
GRANGE
MUTUAL,
INSURANCE
COMPANY

September 25, 2001

Karen Benson, Esq.
1100 County Street
Somerset, MA 02726

RE:     Our Insured: Walter & Jeanne Arruda
        Our Claim No: 52416098-01/710
        Date of Loss: 7/11/01
        Your Client: Beverly Pine

Dear Ms. Benson:

I am in receipt of your letter of representation for the injuries your client received on the above captioned date.

Enclosed you will find a medical authorization for your client to sign. If you should have any medical reports or copies of the medical bills, please forward the same to my attention.

If you should have any questions or wish to discuss this matter, please feel free to contact me at (508) 832-7171, Ext. 158.

Very truly yours,

Peggy Pavone
Senior Claim Representative

Enclosures