# Exhibit "H"

# ALAN A. AMARAL
ATTORNEY AND COUNSELLOR AT LAW
251 Bank Street, Fall River, Massachusetts 02720-3142 Telephone (508) 676-0011 Fax (508) 676-9908

KAREN AUGERI BENSON*

August 17, 2005

**VIA TELEFAX ONLY (401) 738-0258**
John Reilly, Esquire
JOHN REILLY& ASSOCIATES
Summit West - Suite 330
300 Centerville Road
Warwick, RI 02886

RE:   Beverly and Robert Pine v. Jeanne Arruda, et als
      CA# 04 11518NMG

Dear Attorney Reilly:

My purpose for writing today is to confer pursuant to Fed.R.Civ.P. 37(a)(2)(A) to discuss discovery disclosure without the necessity of Court action. Your office has refused to disclose the statement of Jean Arruda taken by the claims representative sometime prior to December 6, 2001. We disagree as to whether 26(b)(3) of the Massachusetts Rules of Civil Procedure would allow discovery of this document. I call your attention to cases interpreting the Rule, including Savoy v. *Richard A. Carrier Trucking Inc.,* 176 F.R.D. 10 (D. Mass. 1997) and C*ity of Springfield v. Rexnord Corp.,* 196 F.R.D. 7 (D. Mass. 2000).

My records reflect that I spoke to Peggy Pavone regarding this matter early on in the case and at that time, she indicated that she had a statement from Mrs. Arruda. I also spoke to Karen, the adjuster from Highlands, the company that represents Hawthorne Country Club, and I believe that they either took another statement from Mrs. Arruda or participated in the taking of the original statement. Be advised that I am prepared to argue that the statement of Mrs. Arruda taken at or near the time of the incident provides a unique and immediate impression of the facts. The lapse of time between the incident and the deposition of Mrs. Arruda make it impossible to obtain a substantial equivalent of her original statement. Please contact me upon receipt of

John Reilly, Esquire
JOHN REILLY & ASSOCIATES
August 17, 2005
Page Two

this correspondence to indicate how you would like to next proceed.  In light of the deadlines, I would like to hear from you at your earliest convenience. Thank you.

Very truly yours,              I

/s/ Karen Augeri Benson

Karen Augeri Benson
Law Office of Alan A. Amaral

KAB/ba
cc: B. Pine