UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY PINE and ROBERT PINE
    Plaintiffs
    Vs.                                    1:04-cv-11518-NMG

JEAN ARRUDA and HAWTHORNE COUNTRY CLUB, INC.
    Defendants

### DEFENDANT, HAWTHORNE COUNTRY CLUB, INC.'S MOTION TO PRECLUDE PLAINTIFF FROM BRINGING EXPERT TESTIMONY ON LIABILITY OR CAUSATION ISSUES

Now comes the defendant and moves this court to preclude the plaintiff from introducing any expert testimony on liability or causation issues, as the deadline for such disclosure has passed.

As grounds for this motion, the defendant offers the attached memorandum of law.

                                            Defendant,
                                            Hawthorne Country Club, Inc.
                                            By their attorneys,
                                            MORRISON MAHONEY LLP

                                            _____
                                            Lauren Motola-Davis, #638561
                                            Michael T. Farley, #640593
                                            121 South Main Street, Suite 600
                                            Providence, RI 02903
                                            Tel: (401) 331-4660
                                            Fax: (401) 351-4420

## CERTIFICATION

I hereby certify that on this __8th__ day of __November__, 2005 copy of the foregoing was mailed, postage prepaid, to:

Karen Augeri Benson, Esquire
Law Office of Alan A. Amaral
251 Bank Street
Fall River, MA  02720

Christopher Perruzzi, Esquire
Coletti, Murray, Perruzzi & O'Connor, LLC
1495 Hancock Street, Ste 302
Quincy, MA  02169
(617) 657-0575

John B. Reilly, Esquire
John Reilly & Associates
300 Centerville Road
Summit West – Suite 330
Warwick, RI  02886

_Michael Fanley /pm_