UNITED STATES DISTRICT COURT
STATE OF MASSACHUSETTS

Beverly Pine and Robert Pine :
Plaintiffs :
:
Vs. : **C.A. No. 04 11518NMG**
:
Jean Arruda, and :
Hawthorne Country Club, Inc. :
Defendants :

### PLAINTIFFS' MOTION TO EXTEND THE TRACKING ORDER

Now come the Plaintiffs, Beverly and Robert Pine, by and through counsel, and hereby respectfully request that this Court extent the Tracking Order applicable to this matter.

1. As part of the normal process of this case, this Court has ordered, from a scheduling standpoint, that the Defendant disclose any and all expert witnesses by November 14, 2005.

2. At this juncture, only one expert has been identified by the Defendants.

3. With the deadline for such identification rapidly approaching, this leaves the Plaintiffs with little, or no, opportunity to make that determination whether to depose those expert witnesses and, if so, little or no time to have such a deposition occur.

4. Plaintiffs' made a timely disclossure of experts, including Sean M. Griggs, M.D.

5. Sean M. Griggs is out of state, having relocated his practice to Colorado. This factor very much complicates and delays Plaintiffs' opportunity to depose this witness for purposes of preserving his testimony.

5. Attorney Christopher Perruzzi only recently entered his appearance on behalf of the Plaintiffs and has required some time to review and evaluate complex factual and medical records.

For all of the above reasons, the plaintiffs, Beverly and Robert Pine, respectfully request that this Court extend the Tracking Order applicable to this matter, to allow additional time in which to conclude expert discovery.

Respectfully Submitted,
Counsel for the Plaintiffs,

*Christopher A. Perruzzi*
Christopher A. Perruzzi, BBO #558273
Attorney for the Plaintiff
Coletti, Murray, Perruzzi, & O'Connor, LLC
1495 Hancock Street, Quincy, MA 02169
Tel: (617) 657-0575

Dated: November 10, 2005

### CERTIFICATION

I, Christopher A. Perruzzi, Esquire, hereby certify that on the 10th day of November, 2005, I served the foregoing Motion to Extend Tracking Order by mailing/hand delivering/faxing a true and complete copy of same, to:

Lauren Motola-Davis
Michael T. Farley
121 South Main Street, Suite 600
Providence, RI 02903

JOHN REILLY & ASSOCIATES
Summit West – Suite 330
300 Centerville Road
Warwick, RI 02886