ALAN A. AMARAL

ATTORNEY AND COUNSELLOR AT LAW

251 Bank Street , Fall River, Massachusetts 02720-3142 Telephone (508) 676-0011 Fax (508) 676-9908

KAREN AUGERI BENSON*

October 14, 2005

*VIA TELEFAX ONLY (401) 738-0258*
John Reilly, Esquire
JOHN REILLY & ASSOCIATES
Summit West - Suit 330
300 Centerville Road
Warwick, RI 02886

**RE:   Beverly and Robert Pine v. Jeanne Arruda, et als
          CA# 04 11518NMG**

Dear Attorney Reilly:

Enclosed please find Plaintiffs preliminary disclosures pursuant to Rule 26(a)(2). Be advised that the CV for Dr. Wilk will be available on Monday, October 17, 2005.  I trust that the brief delay, which was apparently due to the holiday, will not be a problem. Similarly, our disclosures for Dr. Pascalides and Dr. Griggs will need to be supplemented.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

 /s/ Karen Augeri Benson
Karen Augeri Benson
Law Office of Alan Amaral

KAB/ba
enclosure

cc: B. Pine
    C. Perruzzi, Esq
    M. Farley, Esq.

Licensed in Massachusetts and Rhode Island