UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BEVERLY PINE
and ROBERT PINE
       Plaintiffs

V.                                                        C.A. NO. 04-11518 NMG

JEAN ARRUDA and HAWTHORNE
COUNTRY CLUB, INC.
       Defendants

## PLAINTIFF'S TRIAL EXPERT DISCLOSURE
## PURSUANT TO Fed.R. Civ.P. 26(a)(2)

I.    Richard M. Wilk, M.D.
       Orthopedic Surgery
       Lahey Clinic
       41 Mall Road
       Burlington, MA  01805

       Anticipated testimony will be based on and include the written narrative report dated 10/23/03.  Dr. Wilk will also reference the Operative Report, dated 1/10/03 and the office/chart notes for the period 5/31/02 through 9/10/02.  The above records have all previously been provided in Plaintiff's Answers to Interrogatories and Request for Production of documents.

       Compensation to be paid for the study and testimony; $500.00 per hour with a two (2) hour minimum.

II.    James T. Pascalides, DPM
       University Foot Center
       235 Plain Street
       Providence, PI 02905

       Anticipated testimony will be based on the written report, dated May 3, 2004, attached hereto.

III.   Seen M. Griggs  MD
       2535 South Downing Street, Suite 500
       Denver, CO 80210

Anticipated testimony will be based on the written report, dated April 16, 2004, attached hereto.

Plaintiffs reserve the right to supplement these disclosures pursuant to Fed.R.Civ.P. 26 (e)(1).

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | Plaintiffs |
|  | By their Attorney, |
|  |  |
|  | /s/ Karen Augeri Benson |
|  | Karen Augeri Benson |
|  | Law Office of Alan A. Amaral |
|  | 251 Bank Street |
|  | Fall River, MA 02720 |
|  | (508) 676-0011 |
|  | BBO# 628469 |

Dated: October 14, 2005

## CERTIFICATE OF SRVICE

I, Karen Augeri Benson, hereby certify that on October 14, 2005, I served the above Plaintiff's Trial Expert Disclosure Pursuant to Fed.R.Civ.P. 26(a)(2) in the above-entitled action by mailing/faxing/hand-delivering a copy thereof, postage prepaid, to:

John B. Reilly, Esquire
JOHN REILLY & ASSOCIATES
Summit West - Suite 330
300 Centerville Road
Warwick, RI 02886-4395

Michael T. Farley
MORRISON MAHONEY  LLP
121 South Main Street
Suite 600
Providence, RI 02903-7141

SEAN M. GRIGGS M.D.
University Orthopedics, Inc.
19 Friendship Street
Newport, RI 02840
(401) 846-7143

PINE, BEVERLY J.
APRIL 18, 2004

**CHIEF COMPLAINT**: Ms. Pine is seen for evaluation of a right clavicle fracture.

**HISTORY**: She is a 71-year old female who fell on 07/11/01 after being struck by a golf cart. She had a clavicle fracture. Apparently it went on to a nonunion. She then underwent open reduction internal fixation, I believe, at the Lahey Clinic. She is here today for an evaluation. She states she had some pain in the shoulder but it seems to me what actually she has been referred mostly to determine is if she is at maximum medical improvement from her injury.

**PAST MEDICAL HISTORY & REVIEW OF SYSTEMS:** As noted and signed in the chart dated 04/18/04.

**PHYSICAL EXAMINATION:** She is alert and oriented, in no acute distress. Normal gait.

**SKIN:** Exam shows an incision over the right clavicle measuring 12cm in length which is mature and mobile.

**VASCULAR**: Examination shows normal pulses and no lymphedema with good capillary refill bilaterally. There is no adenopathy.

**MUSCULOSKELETAL EXAMINATION:**

**Range of Motion:** Range of motion of the shoulders, elbows, wrists and digits is full bilaterally with the exception of the right shoulder which showed forward elevation 170° vs 180°, external rotation 60° vs 60°, internal rotation T10 vs T9, external rotation and abduction 100° vs 100°, internal rotation and abduction 0 vs 40°, extension 50° vs 50°, abduction 90° vs 120°, a abduction 40° vs 60°, internal rotation is to T10 on the right and T7 on the left.

**Provocative Maneuvers:** Provocative maneuvers show rotator cuff to be intact bilaterally.

**Strength:** Strength is symmetric in the shoulders as well as grip.

**NEUROLOGIC EXAMINATION:**

**Sensory examination:** Radial median and ulnar motor sensory is grossly intact.

**STUDIES:**  Radiographs, AR two views of the right clavicle obtained today showed a well-healed clavicle fracture which appears to be out to length.  Soft tissues are benign in appearance.

**DIAGNOSIS:**  Right clavicle fracture status post open reduction internal fixation for nonunion.

**PLAN:**  At the present time the patient is at maximum medical improvement after her injury and surgery.  She has a mature scar measuring 12cm in length.

Based on loss of motion of the shoulder she has a 10% impairment of her right upper extremity.

This loss of motion will likely be permanent in nature.

Based on the patient's history and medical evaluation, it is within a certain degree of medical certainty that her right clavicle fracture was caused by her injury of 07/11/01.

Sean M. Griggs, M.D./sms

**UNIVERSITY FOOT CENTER, INC.**

*JAMES T. PASCALIDES DPM*                                      *235 Plain Street*
*PETER J. SARDELLA DPM*                                         *Providence, RI 02905*
*EDMUND T. DOSREMEDIOS DRM*
*KRYSIA L. LEPOER DPM*                                          *1 Commerce Street*
                                                                 *Lincoln, RI 02865*
*Patient Office (401) 861-8830*
*Facsimile (401) 351-2378*                                      *1351 South County Trail*
                                                                 *East Greenwich, RI 02818*

May 3, 2004

Karen Augeri Benson
Law Office of Alan Amaral
251 Bank Street
Fall River MA 02720-3142

RE:  Beverly Pine
     25 Redrawn Avenue
     Middletown, RI 0284 0
     DOB: 8/12/32

Dear Miss Benson:

Enclosed please find a copy of my evaluation of Beverly Pine's recent encounter. With regards to your questions:

1. I do think Mrs. Pine is permanently disabled due to laceration of peripheral nerves in her right lower leg.
2. I am not aware of any future medical treatments that could benefit this problem.
3. Beverly Pine is at risk for future injury due to permanent numbness in her foot and her loss of protective sensation.
4. It would seem that her injuries and present disability is directly related to the incident of July 2001.

If you have any further questions, please feel free to call upon me.

Sincerely,

/s/ James T. Pascalides
James T. Pascalides, DPM

JTP/dc
Enclosure

## UNIVERSITY FOOT CENTER, INC.

James T. Pascalides, D.P.M., Peter J. Sardella, D.P.M.
Edmund T. DosRemedios, D.P.M., Krysia L. LePoer, D.P.M.
235 Plain Street, Providence, RI 02905, 1 Commerce Street Lincoln, RI O2865
1351 South County Trial, E. Greenwich, RI 02818, 600 Wampanoag Trail, E. Providence, RI 02914
(401) 861-8830

**BEVERLY PINE**     DOB: 8/13/32
25 Reardon Drive
Middletown, RI 02842     REF:  Joseph Friedman MD

**DATE OF SERVICE**   April 7, 2004

**CHIEF COMPLAINT/HPI:**  71-year-old female is referred by Dr, Friedman with a chief complaint of pain and numbness in both feet.  She states that she notices numbness in the last three toes of her right foot following trauma, which occurred in July of 2001. This trauma was golf cart accident, which caused laceration to her lower extremity and resultant symptoms.  She is referred by Dr. Friedman for evaluation.

**PAST MEDICAL HISTORY:**   As per her intake shoot, which is reviewed.

**EXAMINATION:**   Notes a healthy appearing female in no acute distress.  She is oriented x3. There is evidence of heel lacerations to her right lower extremity. Examination of her foot notes palpable pedal pulses: skin texture turg or is within normal limits. ROM at the ankle, subtalar and MTPJ's are within normal limits as well. There is no evidence of reflex sympathetic dystrophy. Semmes Weinstein evaluation noted loss of protective sensation at the 3rd, 4th and 5th toes right foot.  This was noted dorsally.

**IMPRESSION:**   Loss of sensation over the course of the intermediate dorsal cutaneous and sural nerves of the right foot.

**TREATMENT PLAN:**  I impressed the fact that her peripheral numbness is probably related to her laceration proximally.  I informed her that over this period of time, she probably will not regain sensation in this area.  She asks whether or not this is related to her Parkinson's disease and I sincerely doubt it. She will follow up prn.   JTP /dc

James T. Pascalides, DPM