# JOHN REILLY & ASSOCIATES
**Attorneys and Counselors at Law**

_____

Summit West - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886-4395
(401) 739-1800
Fax (401) 738-0258

John B. Reilly
jreilly@lawyers-online.us

October 14, 2005

<u>*VIA FACSIMILE AND REGULAR MAIL*</u>

Karen Augeri Benson, Esq.
Law. Offices of Alan A. Amaral
251 Bank Street
Fall River, Massachusetts 02720

**Re:    Beverly & Robert Pine**
       **v. Jean Arruda and Hawthorne Country Club, Inc.**

Dear Ms. Benson:

    Thank you for today's correspondence concerning (among other things) the deposition of Dr. Wilk scheduled for the afternoon of October 19, 2005.

    In reviewing this submittal, it does not appear that the information contemplated by Rule 26(a)(2) has been completely furnished. While your letter references plans to submit a curriculum vitae (presumably including publications), we find no reference to the cases in which has appeared and testified as an expert (at trial or by deposition) within the last four (4) years. If there has been such testimony, please delineate it; if there has been none, kindly so advise.

    Thank you for your attention to this request.

Very truly yours,

/s/ John B. Reilly
John B. Reilly

JBR/skd
Enclosure

cc:    *Christopher A. Perruzzi, Esq. (via facsimile & regular mail)*
       *Michael Farley, Esq. (via facsimile & regular mail)*