# COLETTI, MURRAY, PERRUZZI & O'CONNOR, LLC
ATTORNEYS AT LAW

| | |
|---|---|
| John J. O'Connor, Jr. | 1495 Hancock Street, Suite 302 |
| Christopher A. Perruzzi | Quincy, MA 02169 |
| Bruce H. Murray | Tel: (617) 657-0575 |
| Carroll D. Coletti* | Fax: (617) 657-0576 |

*Also admitted in N.H.

October 19, 2005

John B. Reilly, Esquire  {via facsimile and regular mail (401) 738-02381}
John Reilly & Associates
300 Centerville Rd
Summit West-Suite 330
Warwick, RI 02886

Re:   Beverly Pine, et al v. Jean Arruda et al
      United States District Court Civil Action No. 04-11518 NMG
      Our File No. 0393-P

Dear Mr. Reilly

As I discussed with our assistant, please be advised that, due to an unforeseen family emergency, I am unable to go forward with the audiovisual deposition of Dr. Wilk, which had been scheduled to occur on Wednesday, October 19, 2005 at 5:00 p.m. at the Lahey Clinic, Burlington, Massachusetts.

My office will be contacting yours in order to reschedule that audiovisual deposition.

Should you have any question or commentary, please do not hesitate to contact me. In the interim, I thank you for your anticipated cooperation.

Very truly yours,

 /s/ Christopher A. Perruzzi
Christopher A. Perruzzi
CAP/dw
Cc:  Karen Augeri Benson {via facsimile (508) 676-9908}