UNITED STATES DISTRICT COURT
STATE OF MASSACHUSETTS

Beverly Pine and Robert Pine  :
Plaintiffs                    :
                              :
Vs.                           :   C.A. No. 04 11518NMG
                              :
Jean Arruda, and              :
Hawthorne Country Club, Inc.  :
Defendants                    :

**PLAINTIFF'S RESPONSE TO DEFENDANT, JEAN ARRUDA'S OPPOSITION TO MOTION TO EXTEND THE TRACKING ORDER**

Now come the Plaintiffs, by and through counsel and pursuant to Rule 26(a)(2), hereby move this Honorable Court to consider the following additional information in support of their Motion to Extend Tracking Order.

Plaintiff specifically requests that the Summary of Discovery which remains to be taken and Affidavit be considered all to enlarge the Tracking Order for a period of sixty (60) days, or until February 28, 2006.

**I.   SUMMARY OF DISCOVERY**

Plaintiffs agree:

Your Plaintiff agrees that Dr. Griggs was not the individual who initially treated Mrs. Pine for her clavical fracture. The initial treating physician elected to treat the non-union of the clavical conservatively. The clavical failed to heal and ultimately required surgery. For all of the above-reasons, your Plaintiff did not wish to use certain of her treating physicians, and sought a second opinion from Dr. Griggs. It was only after their timely disclosure that Plaintiffs learned that Dr. Pascalides would not be available to testify. Plaintiffs now need to obtain a permanency evaluation from a Physician other than Dr. Wilk and/or Dr. Griggs.

For all of the above-reasons, and in light of the information contained in the attached Affidavit of Plaintiff, Plaintiff respectfully suggests that the discovery which remains to be taken is quite limited. Plaintiff further requests that this information, in conjunction with the attached Affidavit, be considered all to enlarge the Tracking Order for a period of sixty (60) days or until February 28, 2006.

Respectfully Submitted,
Plaintiffs
By their Attorney,

*Karen Augeri Benson*

Karen Augeri Benson, Esquire
Law Office of Alan A. Amaral
251 Bank Street
Fall River, MA 02720
(508) 676-0011
BBO# 628469

Dated: November 23, 2005

## CERTIFICATE OF SERVICE

I, Karen Augeri Benson, Esquire, hereby certify that on this date I served the foregoing Plaintiffs' Response to Defendant's Opposition to Motion to Extend Tracking Order , by faxing/mailing/hand delivering a true and complete copy of same, to

John B. Reilly
JOHN REILLY & ASSOCIATES
300 Centerville Road
Summit West – Suite 330
Warwick, RI 02886

Lauren Motola-Davis
MORRISON MAHONEY, LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141

*KABenson*

Karen Augeri Benson
