United States District Court
District of Massachusetts

| | |
|---|---|
| BEVERLY PINE and ROBERT PINE,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>JEAN ARRUDA and HAWTHORNE<br>COUNTRY CLUB, INC.,<br><br>　　　　Defendants. | Civil Action No.<br>04-11518-NMG |

ORDER

GORTON, J.

　　The plaintiffs, Beverly and Robert Pine (collectively, "Pine"), have initiated a lawsuit against the defendants, Jean Arruda and the Hawthorne Country Club ("Hawthorne"), on account of physical injuries allegedly suffered by Beverly Pine in a golf cart accident. Pending before the Court are Hawthorne's motion to preclude plaintiffs from introducing expert testimony on liability or causation and Pine's motion to extend the "Tracking Order" (taken to mean the Scheduling Order).

　　After considering the pleadings submitted by the parties, the Court makes the following rulings:

　　　　1)　Defendant Hawthorne Country Club, Inc.'s Motion to Preclude Plaintiff from Bringing Expert Testimony on Liability or Causation Issues (Docket No. 24) is **DENIED**, provided however that Plaintiffs are directed to make full and complete expert disclosures in

-1-

    accordance with Fed. R. Civ. P. 26 within the newly established time limits, in default of which they will be precluded from offering expert testimony.

2)    Plaintiffs' Motion to Extend the Tracking Order (treated as a motion to amend the Scheduling Order) (Docket No. 27) is **ALLOWED**.

    The Scheduling Order is hereby amended as follows:

    a)    Plaintiffs' experts shall be designated and Fed. R. Civ. P. 26 disclosures made on or before January 31, 2006;

    b)    Defendants' experts shall be designated and Rule 26 disclosures made on or before February 28, 2006;

    c)    depositions of experts shall be completed on or before April 15, 2006;

    d)    dispositive motions shall be filed on or before May 15, 2006, with responses thereto filed on or before June 15, 2006;

    e)    a final pretrial conference shall be held on August 10, 2006 at 3:00 p.m.; and

    f)    trial shall commence Monday, September 11, 2006 at 9:00 a.m.

**So ordered.**

                                                  /s/ Nathaniel M. Gorton
                                                  Nathaniel M. Gorton
                                                  United States District Judge

Dated: December 22, 2005