UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY PINE AND ROBERT PINE
    Plaintiffs

v.                                         C.A. NO. 04-11518 NMG

JEAN ARRUDA AND HAWTHORNE
COUNTRY CLUB, INC.
    Defendants

## MOTION OF DEFENDANT, JEAN ARRUDA, TO STRIKE PLAINTIFFS' TRIAL EXPERT DISCLOSURE

Defendant, Jean Arruda, hereby moves that this Court enter an Order, striking the Plaintiffs' Trial Expert Disclosure of January 30, 2006, wherein Thomas F. Morgan, M.D. was identified as a "trial expert".

In support of this request, Defendant offers an accompanying Memorandum of Law.

                                                        Jean Arruda
                                                        By her Attorney,

                                                        /s/ John B. Reilly, Esq.
                                                        John B. Reilly, Esq. (BBO #545576)
                                                       John Reilly & Associates
                                                       300 Centerville Road
                                                       Summit West - Suite 330
                                                       Warwick, Rhode Island 02886
                                                       (401) 739-1800
                                                       Fax: (401) 738-0258

## CERTIFICATION

It is hereby certified that a copy of the foregoing has been sent, via first class mail, postage prepaid, to **Michael Farley, Esq**., Morrison Mahoney, LLP, 121 South Main Street, Suite 600, Providence, Rhode Island 02903, **Christopher A. Perruzzi, Esq.,** Coletti, Murray, Perruzzi & O'Connor, LLC, 1495 Hancock Street, Suite 302, Quincy, Massachusetts 02169, and **Karen Augeri Benson, Esq.**, Law Offices of Alan A. Amaral, 251 Bank Street, Fall River, Massachusetts 02720 this 23rd day of February, 2006.

                                                         /s/ John B. Reilly