# EXHIBIT A



# ALAN A. AMARAL
### ATTORNEY AND COUNSELLOR AT LAW
251 Bank Street, Fall River, Massachusetts 02720-3142   Telephone (508) 676-0011   Fax (508) 676-9908

KAREN AUGERI BENSON*

January 30, 2006

John Reilly, Esquire
JOHN REILLY & ASSOCIATES
Summit West – Suite 330
300 Centerville Road
Warwick, RI 02886

**RE:** **Pine v. Arruda, et als.**
**Docket No.: 0411518NMG**

Dear Attorney Reilly:

Enclosed for filing please find Plaintiff's Trial Expert Disclosure Pursuant to Fed.R.Civ.P. 26(a)(2). Also enclosed please find Dr. Thomas F. Morgan's Curriculum Vitae and List of Testimony.

We do not enclose a written report prepared and signed by the witness because no such report yet exists. These disclosures will be supplemented. If you have any questions, please feel free to contact this office.

Thank you.

Very truly yours,

Karen Augeri Benson
Law Office of Alan A. Amaral

KAB/ba
enclosures (3)
cc: B. Pine
    C. Perruzzi, Esq.
    M. Farley, Esq.

*Licensed in Massachusetts and Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEVERLY PINE<br>and ROBERT PINE,<br>    Plaintiffs<br><br>v.<br><br>JEAN ARRUDA and HAWTHORNE<br>COUNTRY CLUB, INC.<br>    Defendants | :<br>:<br>:<br>:<br>:   C.A. NO. 04-11518  NMG<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S TRIAL EXPERT DISCLOSURE
PURSUANT TO Fed.R.Civ.P. 26(a)(2)**

Now come the Plaintiffs, Beverly Pine and Robert Pine, and hereby supplement their Expert Disclosure Pursuant to Fed.R.Civ.P. 26(a)(2).

I.  Thomas F. Morgan, M.D.
    54 Jefferson Boulevard
    Warwick, RI 02888

Dr. Morgan's Curriculum Vitae and Testimony are attached to this Disclosure. Anticipated testimony will be based on the medical records of Beverly Pine, including without limitation the hospital and treatment records from date of injury to present.

It is anticipated that Dr. Morgan will reference the operative report of Dr. Richard M. Wilk, M.D., dated January 10, 2003, and office and chart notes for the period May 31, 2002 through September 10, 2002; the written report of James T. Pascalides, DPM, dated May 3, 2004; and the written report of Sean M. Griggs, M.D., dated April 16, 2004; as well as, diagnostic tests, x-rays, and other medical records, including Newport Hospital records from July of 2001, Dr. Zaklinski's office notes, and Newport Hospital records from August of 2001, University Orthopedics records for of treatment dates July 15, 2001 through November 21, 2001, St. Luke's Hospital treatment records for July 11th through July 13, 2001, University Orthopedics physical therapy records, and Stat Ambulance Services report.

Compensation to be paid for the evaluation and testimony is not less than $2,000.00.

Plaintiff's reserve the right to supplement this disclosure pursuant to Fed.R.Civ.P. 26 (e) (1).

> Respectfully Submitted,
> Plaintiffs
> By their Attorney,
>
> *Karen Augeri Benson*
> Karen Augeri Benson
> Law Office of Alan A. Amaral
> 251 Bank Street
> Fall River, MA 02720
> (508) 676-0011
> BBO# 628469

Dated: January 30, 2006

## CERTIFICATE OF SERVICE

I, Karen Augeri Benson, hereby certify that on January 30, 2006, I served the above Plaintiff's Trial Expert Disclosure Pursuant to Fed.R.Civ.P. 26(a)(2) in the above-entitled action by mailing/faxing/hand-delivering a copy thereof, postage prepaid, to:

John B. Reilly, Esquire
JOHN REILLY & ASSOCIATES
Summit West – Suite 330
300 Centerville Road
Warwick, RI 02886-4395

Michael T. Farley
MORRISON MAHONEY, LLP
121 South Main Street
Suite 600
Providence, RI 02903-7141

*KABenson*