UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY PINE and ROBERT PINE
    Plaintiffs
       Vs.                                                    1:04-cv-11518-NMG

JEAN ARRUDA and HAWTHORNE COUNTRY CLUB, INC.
    Defendants

## DEFENDANT, HAWTHORNE COUNTRY CLUB, INC.'S MOTION FOR SUMMARY JUDGMENT

Now comes the defendant and moves this court for judgment as a matter of law.

As grounds for this motion, the defendant offers the attached memorandum of law and statement of undisputed facts.

                                                                           Defendant,
                                                                           Hawthorne Country Club, Inc.
                                                                           By their attorneys,
                                                                           MORRISON MAHONEY LLP

                                                                           /s/ Lauren Motola-Davis
                                                                           Lauren Motola-Davis, #638561
                                                                           Michael T. Farley, #640593
                                                                           121 South Main Street, Suite 600
                                                                           Providence, RI 02903
                                                                           Tel: (401) 331-4660
                                                                           Fax: (401) 351-4420