UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY PINE and ROBERT PINE
    Plaintiffs
        Vs.                                              1:04-cv-11518-NMG

JEAN ARRUDA and HAWTHORNE COUNTRY CLUB, INC.
    Defendants

## DEFENDANT, HAWTHORNE COUNTRY CLUB, INC.'S STATEMENT OF UNDISPUTED FACTS

1. On or about July 11, 2001, the plaintiff visited the Hawthorne Country Club as a guest of co-defendant member Jeanne Arruda to participate in the Hawthorne Women's Golf Association golf tournament.. See Plaintiff's Complaint.

2. During the tournament, the plaintiff, and co-defendant Arruda shared a golf cart, with Arruda driving. See Deposition of Beverly Pine p. 60, l. 3. Attached as Exhibit A.

3. Shortly after the tournament began, it was interrupted by a horn when rain or lightning halted play. The players, including Mrs. Pine and Mrs. Arruda, returned to the clubhouse on golf carts to wait for play to resume. See Deposition of Beverly Pine p. 53, ll. 17-20. Attached as Exhibit B.

4. The group returned to the clubhouse without incident, parked the golf carts and went inside the clubhouse. Once inside the clubhouse, Mrs. Pine ate and socialized with other golfers waiting for play to resume. See Deposition of Beverly Pine p. 185, l. 1 - p. 186, l. 7. Attached as Exhibit C.

5. Approximately 30 minutes after the tournament was halted, Mrs. Pine and Mrs. Arruda had a discussion about retrieving or covering Mrs. Pine's golf clubs, which had been left outside

with the golf cart. See Deposition of Beverly Pine p. 50, ll. 3-5 Attached as Exhibit D; p. 186, ll. 16-21 (Exhibit C).

6.   Mrs. Arruda went outside to protect or cover Mrs. Pine's golf clubs, followed by Mrs. Pine who waited near the door of the clubhouse. See Deposition of Beverly Pine p. 186, ll. 8-15. (Exhibit C).

7.   At this point, either Mrs. Arruda caused the cart to drive forward by striking the cart's accelerator pedal with her foot, or Mrs. Pine's golf clubs fell onto the cart's accelerator pedal, causing the cart to drive forward,[1] striking and injuring Mrs. Pine. See Deposition of Beverly Pine p. 178-181. Attached as Exhibit E.

8.   Counsel for Mrs. Pine and her husband initiated negligence and consortium claims against Hawthorne Country Club and Mrs. Arruda. See Plaintiff's Complaint.

9.   Mrs. Pine testified that the Hawthorne Country Club "didn't do anything" to cause her accident. See Deposition of Beverly Pine p. 185, ll. 8-16. Exhibit C.

Respectfully Submitted,
By Defendant,
Hawthorne Country Club, Inc.
By their attorneys,
MORRISON MAHONEY LLP

Lauren Motola-Davis, #638561
Michael T. Farley, #640593
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331 4660
Fax: (401) 351 4420

---

[1] Although there is a dispute between the plaintiff and co-defendant Arruda about which of the two scenarios actually occurred, this aspect of the dispute does not involve Hawthorne Country Club. In any event, it is undisputed that one of these two scenarios occurred.