Page 58

1   the part of the -- on what part of the golf cart
2   were the bags resting when the two of you were
3   inside driving it? Where did they --
4 A. She had put them in the back where they go, in the
5   back. They had a train in the straps.
6 Q. They weren't on the seat?
7 A. No. When we were playing golf, no.
8 Q. All right. And there was only one seat?
9 A. Yes.
10 Q. Were you familiar as of the time of this accident as
11   to how golf carts -- let me rephrase that -- as to
12   how golf carts started and stopped?
13 A. You push down on the gas [sic] pedal, and you
14   stopped.
15 Q. Was there an ignition switch?
16 A. Yes. There was a key that -- it goes from, like,
17   the back that's -- you turn it one way to go
18   frontwards and the other way to go backwards.
19 Q. So you had some familiarity with how they operated?
20 A. Yes.
21 Q. All right. Now --
22 A. They were a little different, different ones, you
23   know.
24 Q. In your experience and to your under -- let me

Page 59

1   rephrase that.
2       In your experience, are they pretty much
3   alike, one golf cart with another?
4       MS. BENSON: Objection.
5 Q. You can answer.
6 A. Some. Well, some are hard to do, and some make
7   noise in the back. Yeah, there's little
8   differences.
9 Q. And what makes one more difficult to use than
10   another? What were you referring to?
11 A. Well, with some, you have to do -- if you're going
12   to back up, that lever's down there, and you got to
13   push it over, and it's hard, a little hard, and you
14   got to push -- pull it the other way.
15 Q. Okay. In any event, we have you heading in now from
16   the 9th hole toward the clubhouse. Is that where
17   you were going?
18 A. Mm-hmm, yes.
19 Q. All right. Was it raining at that point in time?
20 A. Yes, it was.
21 Q. And how would you describe the rain?
22 A. Well, it was raining, but it wasn't coming full
23   force. We thought we might resume play at that
24   point in time.

Page 60

1 Q. What do you remember as you approached the clubhouse
2   while you were still in this golf cart?
3 A. Jeannie was driving, driving, and stopping.
4 Q. Where did you stop when you finally came to -- when
5   you finally came to rest, where were you located?
6 A. Let's see. We were at a cart slip where -- I think
7   she stopped there. She stopped, and she took her
8   clubs out, didn't she? Yeah. Put those in the back
9   or the side door somewhere there, I remember. And
10   she came out, and she said we were going to get
11   these clubs where they were going to be more dry.
12   And she drove down underneath a covering and said,
13   we'll put the carts up here, and they'll be more
14   dry. So she did that.
15       And then we got out of the cart, and we
16   were going in the clubhouse. We were going to have
17   lunch, and anyhow -- even though it rained if we
18   didn't go back out.
19       Well, she got -- and we were going to go
20   in the door, and I said -- she stopped and walked
21   backwards. And I said Jeannie, "Aren't you coming
22   in?" She said, "Well, I think I can get that a
23   little bit better," that golf cart. I said, "It's
24   fine. My clubs are fine. They're up on the seat.

Page 61

1   They're fine." She said, "No. I can get them a
2   little bit better." I said, "Jeannie, there's the
3   overhang." "I'll go do it," she said. "No, no.
4   You stay here. I'll do it."
5       And she climbed up in the golf cart, and
6   she turned around to get the clubs like that. And
7   when she did, I screamed because the cart came out
8   at me. And she turned, and she looked at me, and I
9   screamed, "Jeannie, Jeannie, the cart. It's going
10   to hit me." She screamed herself.
11      And that's when it hit me. It didn't just
12   hit me. It stayed on top of me, and I could hear
13   the things cracking. And I just thought it was
14   going to go over, and I stuck my face in the grass,
15   when it came close. It made me have, like, kind of
16   a green face. I was awake. I could hear, but I
17   couldn't move. That's all.
18      And the rescue people came. I knew
19   somebody would come sometime. And the man there
20   said, "We've to get her out of here" because
21   somebody had just told him that lightning struck
22   someplace else and hit someone.
23      But the girls were nice. They came out
24   of the clubhouse. I can remember them, the cart

16 (Pages 58 to 61)

Exhibit A

ESQUIRE DEPOSITION SERVICES
1-866-619-3925