**Page 50**

1  go out and play. It was dismal, a little gray and
2  cloudy that day, so we had to question --
3 Q. Well, were you inside for half an hour having the
4  pastries, or --
5 A. Yeah. Not any longer than that.
6 Q. All right. Now, did you have to sign in when you
7  arrived that day?
8 A. No. I don't recall signing.
9 Q. Do you have any understanding that anyone else
10  signed you in for the tournament?
11 A. I don't really know.
12 Q. After being inside, what was the next thing that
13  happened, after you were through with the pastry and
14  so forth?
15 A. Well, we went out and got in the carts.
16 Q. Where were your golf bags while you were having the
17  pastry -- where were they, your golf clubs?
18 A. They would have been put -- in the beginning, they
19  would have been put on the cart.
20 Q. All right. So did Mrs. -- are you saying that
21  Mrs. Arruda took them from your trunk and put them
22  in a golf cart?
23     MS. BENSON: Objection.
24 Q. You can answer the question.

**Page 51**

1 A. Was that objection for me?
2 Q. No.
3     MS. BENSON: You can go ahead and answer.
4     THE WITNESS: Oh, okay.
5 A. Yes. Jeannie would take me to where the clubs --
6  that's when I saw her cart.
7 Q. All right. Did Mrs. Arruda carry the clubs?
8 A. She put them -- she wouldn't let me do a thing. She
9  did everything. She didn't let me pay for anything.
10  I had a fight with her once before. She was at
11  Montaup for ladies day. I think Bobby had asked
12  her, and I think she played with me that day. I for
13  forgot to add that before.
14 Q. Okay. What was it about that previous Montaup visit
15  that you recall?
16 A. That made me remember it because she -- I paid for
17  everything that day, and that's probably why she
18  wanted me to come, to repay me.
19 Q. All right. So in any event, Mrs. Arruda took the
20  clubs out of your trunk?
21 A. Yeah.
22 Q. And put them in a golf cart?
23 A. Yeah. She didn't want me to. She did it.
24 Q. And I told you we would mark some -- well, let me

**Page 52**

1  not get to that yet.
2     After Mrs. Arruda put the clubs in the
3  golf cart, that's when you went inside and had the
4  pastry?
5 A. Yes.
6 Q. Now, you're done with the pastry and you come back
7  out, what happened next?
8 A. We went off to play.
9 Q. All right. And do you remember where you went to
10  play?
11 A. We started on the 6th hole.
12 Q. Okay. And were you able to play that hole?
13 A. Yes. We played up until the 9th -- I'm going to
14  tell you a little story.
15 Q. Well, you played up until the 9th. And in the time
16  that you were playing between the 6th hole and 9th
17  hole, were you able to play without any difficulty?
18 A. I was having a really bad day.
19 Q. I'm sorry?
20 A. I was having a -- it was pretty hilly. It's not an
21  easy course, and I wasn't hitting it well at all.
22  You know, I couldn't get my swing with the --
23 Q. Did have you any difficulty walking up or down the
24  hills?

**Page 53**

1 A. No, because we had the cart. We didn't have to
2  really walk.
3 Q. Well, in whatever parts that you did walk, did you
4  have any --
5 A. No.
6 Q. Were you feeling tired?
7 A. No.
8 Q. Once you got to the 9th hole, as I understand it,
9  the weather started to get pretty bad?
10 A. We made a pit stop.
11 Q. And the country club called everybody in off the
12  course?
13 A. Yes.
14     MR. FARLEY: Objection.
15 A. It was raining, and then they blew the alarm.
16 Q. I'm sorry?
17 A. The big horn means it's lightning, and they had
18  everybody off the course.
19 Q. All right. So you heard that horn?
20 A. Yes.
21 Q. Now, you mentioned a pit stop. Was that before this
22  horn sounded?
23 A. Yes. That means the ladies' room.
24 Q. I understand. In any event, the horn sounded. And

14 (Pages 50 to 53)

Exhibit B

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**