Page 182

1 Q. When Mrs. Arruda was standing, facing toward you,
2    did you see where her hands were?
3 A. I remember -- I think she just went out and put them
4    like this. And she was standing there, facing me,
5    and she -- she was horrified, kind of like she was
6    trying to think of what to do quickly, and that's
7    all.
8 Q. Was there anything to your left, as you stood there,
9    before the golf cart began to move?
10 A. It was grass to my left, and it went down the hill.
11 Q. What about to the right?
12 A. To my right, there was a little grass. It was a
13    driving area.
14 Q. Were there any walls or barriers to either your left
15    or your right side?
16 A. No.
17 Q. Did the golf cart move in a straight line towards
18    you?
19 A. No, because it was so quick. She told me after --
20 Q. Were you standing directly in front of the golf
21    cart?
22      MS. BENSON: Did you finish your answer,
23    Mrs. Pine?
24      THE WITNESS: Did I finish my answer? No.

Page 183

1 Q. Did you want to add something to the answer?
2 A. Oh, the answer that I had given you? Would you
3    repeat the question you wanted to know?
4 Q. Whether the golf cart moved in a straight line.
5 A. All right. I -- it just came directly at me.
6 Q. Okay. It came directly at you?
7 A. Yes.
8 Q. And was there anything that would have prevented you
9    from moving towards your right?
10 A. Time.
11 Q. Other than time?
12 A. Yeah. She couldn't do anything.
13 Q. Other than time?
14 A. Nothing.
15 Q. What about towards your left?
16 A. It was down. It was downhill, so I had to do
17    something.
18 Q. What evasive action did you take, if any?
19 A. I tried to get out of way, but I couldn't move. I
20    turned to where the hill was going, coming down on
21    that angle so that maybe my face could be buried in
22    the grass and wouldn't get run over.
23 Q. Did you try to back up at all?
24 A. I couldn't, no. I wouldn't even try. It would have

Page 184

1    been going backwards, downhill.
2 Q. When Mrs. Arruda turned around facing toward you
3    while she was still in the golf cart, was the cart
4    moving at that point in time?
5 A. No, not at all.
6 Q. Did it appear that Mrs. Arruda stumbled in any
7    way --
8 A. No.
9 Q. -- before the golf cart started to move?
10 A. No. I didn't see anything like that at all. She
11    was standing fine and straight up. Then she was as
12    surprised at it as I was.
13      I asked her how she got it off, or it was
14    taken off. And she said she pushed -- she ran
15    alongside and pushed it with her body and it moved
16    off.
17 Q. Did anyone -- I'll withdraw that question.
18      MR. REILLY: That's all that I have.
19 EXAMINATION BY MR. FARLEY:
20 Q. Hi, Mrs. Pine. My name is Mike Farley. I represent
21    the Hawthorne Country Club. I just have a very few
22    questions for you. Hopefully, we'll be out of here
23    within 25 minutes, if that's all right.
24 A. Yes.

Page 185

1 Q. Okay. Mrs. Pine, how were you diagnosed with
2    Parkinson's?
3 A. Dr. Myer found it. Dr. Myer. He treated me for
4    thyroid. I had an appointment, and my fingers
5    started to tremble.
6 Q. Okay. He noticed your finger trembling?
7 A. Yes.
8 Q. Mrs. Pine, what did Hawthorne Country Club do to
9    cause your accident?
10      MS. BENSON: Objection.
11 A. The Hawthorne Country Club?
12 Q. Yes.
13      THE WITNESS: Do I have to answer that?
14      MS. BENSON: You have to answer him, if
15    you know. If you know.
16 A. Oh. What did they do to -- they didn't do anything.
17 Q. How long after the warning siren went off did your
18    accident occur; do you remember?
19 A. Pretty soon after. A short time after. It sounded
20    loud and clear.
21 Q. Let me just try and run through a time line, and you
22    tell me if I've done it correct.
23      The siren went off. You and Mrs. Arruda
24    got in the cart, traveled back to the clubhouse.

47 (Pages 182 to 185)

Page 186

1  And then at that point, you and Mrs. Arruda went
2  into the clubhouse, commented on some pastry. And
3  then at some point, a decision was made that the
4  tournament was not going to continue.
5  A. Right.
6  Q. Am I right so far?
7  A. Yes, you are.
8  Q. Okay. And at that point, there was a discussion
9  about retrieving some golf clubs, at which point
10 Mrs. Arruda went outside ahead of you where the
11 accident ultimately happened. Did I get that
12 time --
13 A. Yes. That's --
14 Q. -- that chronology right?
15 A. That's the picture.
16 Q. Okay. So now that we've talked about that
17 chronology, do you have idea how many minutes it
18 might have been between the sounding of the siren
19 and the accident?
20 A. Gee. I think I went quickly. The lightening came.
21 How long? Maybe a half an hour, maybe.
22 Q. Okay.
23 A. If it was that much. I was looking forward to the
24 luncheon, but I never got it.

Page 187

1 Q. Mrs. Pine, do you believe that Hawthorne Country
2  Club was a reasonably safe place for the conduct of
3  a golf tournament?
4     MS. BENSON: Objection.
5 Q. You can answer.
6 A. Yes.
7 Q. Okay. Mrs. Pine, do you remember how many players
8  there were in this tournament?
9 A. The entire tournament?
10 Q. Yeah.
11 A. No. We were grouped.
12 Q. When the tournament started, I think you testified
13 that you were on the 6th hole; is that correct?
14 A. Yes.
15 Q. Was there another foursome at the 6th hole with you
16 at the beginning of the tournament?
17 A. It seems to me there wasn't. It was just us. I
18 think there might have been another person.
19 Q. So then it's fair to say that there were at least 19
20 foursomes out there, one for every hole, and then at
21 least an extra one for your hole? Is that fair to
22 say?
23 A. Yes.
24 Q. I think you testified earlier, Mrs. Pine, that

Page 188

1  you've owned a golf cart?
2 A. I still do, yes.
3 Q. You still do?
4 A. Yeah.
5 Q. Has it been the same golf cart?
6 A. No. We've updated it as time went on.
7 Q. How many different golf carts do you think you and
8  Mr. Pine have owned over the years?
9 A. Three, maybe. It was three.
10 Q. I'm sorry. I know you've been asked this question
11 before, but I'm going to ask it again. How long
12 have you been a member at Montaup?
13 A. 23 years.
14 Q. 23 years?
15 A. Yeah.
16 Q. Have you owned a golf cart for that entire 23-year
17 period?
18 A. For most of it.
19 Q. Okay. Now, do you ever loan that golf cart out to
20 anyone else?
21 A. We're not allowed to, no.
22 Q. Okay. Has anybody, beside -- let me back up.
23    Has anyone, besides you or your husband,
24 ever used that golf cart or any of those golf carts,

Page 189

1  to your knowledge?
2 A. We're not allowed to. They stop you and make you
3  get out of it. They're tough.
4 Q. How does that work at Montaup? Do you have a
5  special parking space --
6 A. Yes.
7 Q. -- for your golf cart?
8 A. Yes.
9 Q. Is that a covered space?
10 A. The carts all have covers on them.
11 Q. Oh, okay. So there's no covered space at Montaup
12 for golf carts; is that correct?
13    MS. BENSON: Objection.
14 A. I don't think so.
15 Q. Okay.
16 A. They've changed it in the last four years.
17 Q. You think the rule may have changed?
18 A. Oh, wait a minute. Down at the pro shop -- oh, gee.
19 I forgot all about that because I've never been down
20 there. You go around and you go down underneath the
21 pro shop. The golf carts go down there where the
22 parking lots are.
23 Q. Okay. It's been a while since I've been to Montaup.
24 How many covered spaces are there at Montaup?

48 (Pages 186 to 189)