Page 50

```
 1   go out and play. It was dismal, a little gray and
 2   cloudy that day, so we had to question --
 3 Q. Well, were you inside for half an hour having the
 4   pastries, or --
 5 A. Yeah. Not any longer than that.
 6 Q. All right. Now, did you have to sign in when you
 7   arrived that day?
 8 A. No. I don't recall signing.
 9 Q. Do you have any understanding that anyone else
10   signed you in for the tournament?
11 A. I don't really know.
12 Q. After being inside, what was the next thing that
13   happened, after you were through with the pastry and
14   so forth?
15 A. Well, we went out and got in the carts.
16 Q. Where were your golf bags while you were having the
17   pastry -- where were they, your golf clubs?
18 A. They would have been put -- in the beginning, they
19   would have been put on the cart.
20 Q. All right. So did Mrs. -- are you saying that
21   Mrs. Arruda took them from your trunk and put them
22   in a golf cart?
23       MS. BENSON: Objection.
24 Q. You can answer the question.
```

Page 51

```
 1 A. Was that objection for me?
 2 Q. No.
 3       MS. BENSON: You can go ahead and answer.
 4       THE WITNESS: Oh, okay.
 5 A. Yes. Jeannie would take me to where the clubs --
 6   that's when I saw her cart.
 7 Q. All right. Did Mrs. Arruda carry the clubs?
 8 A. She put them -- she wouldn't let me do a thing. She
 9   did everything. She didn't let me pay for anything.
10   I had a fight with her once before. She was at
11   Montaup for ladies day. I think Bobby had asked
12   her, and I think she played with me that day. I for
13   forgot to add that before.
14 Q. Okay. What was it about that previous Montaup visit
15   that you recall?
16 A. That made me remember it because she -- I paid for
17   everything that day, and that's probably why she
18   wanted me to come, to repay me.
19 Q. All right. So in any event, Mrs. Arruda took the
20   clubs out of your trunk?
21 A. Yeah.
22 Q. And put them in a golf cart?
23 A. Yeah. She didn't want me to. She did it.
24 Q. And I told you we would mark some -- well, let me
```

Page 52

```
 1   not get to that yet.
 2       After Mrs. Arruda put the clubs in the
 3   golf cart, that's when you went inside and had the
 4   pastry?
 5 A. Yes.
 6 Q. Now, you're done with the pastry and you come back
 7   out, what happened next?
 8 A. We went off to play.
 9 Q. All right. And do you remember where you went to
10   play?
11 A. We started on the 6th hole.
12 Q. Okay. And were you able to play that hole?
13 A. Yes. We played up until the 9th -- I'm going to
14   tell you a little story.
15 Q. Well, you played up until the 9th. And in the time
16   that you were playing between the 6th hole and 9th
17   hole, were you able to play without any difficulty?
18 A. I was having a really bad day.
19 Q. I'm sorry?
20 A. I was having a -- it was pretty hilly. It's not an
21   easy course, and I wasn't hitting it well at all.
22   You know, I couldn't get my swing with the --
23 Q. Did have you any difficulty walking up or down the
24   hills?
```

Page 53

```
 1 A. No, because we had the cart. We didn't have to
 2   really walk.
 3 Q. Well, in whatever parts that you did walk, did you
 4   have any --
 5 A. No.
 6 Q. Were you feeling tired?
 7 A. No.
 8 Q. Once you got to the 9th hole, as I understand it,
 9   the weather started to get pretty bad?
10 A. We made a pit stop.
11 Q. And the country club called everybody in off the
12   course?
13 A. Yes.
14       MR. FARLEY: Objection.
15 A. It was raining, and then they blew the alarm.
16 Q. I'm sorry?
17 A. The big horn means it's lightning, and they had
18   everybody off the course.
19 Q. All right. So you heard that horn?
20 A. Yes.
21 Q. Now, you mentioned a pit stop. Was that before this
22   horn sounded?
23 A. Yes. That means the ladies' room.
24 Q. I understand. In any event, the horn sounded. And
```

14 (Pages 50 to 53)

Exhibit D