Page 178

1 Q. And did she reach the shelter?
2 A. Yes. And she got out of the cart. That's right.
3    She got out of the cart, and she walked over to me,
4    and we were going to go in. And that's when she,
5    all of a sudden, wasn't there. And I said,
6    "Jeannie." And she says, "I'm okay. I'm just going
7    to make this a little bit better. I think I can get
8    it a little bit better." And I said, "It's fine.
9    It's fine. Really. Don't do it. It's fine." She,
10   "No, no." And she climbed up, and she was doing it.
11 Q. When she climbed in, was she standing between the
12   seat and the steering wheel?
13 A. Yes. That's how she went in, on that side. She
14   went in that side.
15 Q. And was she standing between the steering wheel and
16   the seat?
17 A. Yes. A little over to the side of the steering
18   wheel where the clubs where. And then she turned
19   around and looked at me.
20 Q. Did she turn toward her right or toward her left?
21 A. Yes. She turned this way.
22 Q. Okay. You're going to have describe it for us.
23   Left or right? Toward her left or toward her right?
24 A. Yes.

Page 179

1 Q. I'm sorry?
2 A. She was -- yes. She turned toward her left.
3 Q. Toward her left?
4 A. Yeah.
5 Q. And did you see her step anywhere?
6 A. Yes, because when she was -- she turned toward her
7    left, more in the middle of the cart where she was.
8    Then as she was talking to me, she's more toward --
9    coming out of the cart because she's coming out.
10   She's all done, but it was just a step. And she
11   said, "I'm okay. I'm all set."
12        And that's when the cart came. That when
13   the cart came, and she screamed.
14 Q. So she was standing a little bit to the side of the
15   steering wheel --
16 A. Yes.
17 Q. -- at first?
18 A. Yes.
19 Q. With her back towards you?
20 A. At first, she was going this way with her -- she
21   was -- yes -- I'm sorry. She was standing to the
22   left.
23 Q. Was she talking to you while her back was to you?
24 A. Yes.

Page 180

1 Q. Could you hear her?
2 A. Yes. She could hear me too.
3 Q. She could hear you?
4 A. She could answer me. She answered me. She said,
5    "I'm just going to be running out. It's just that
6    little bit." So I just -- and so then she turned
7    toward --
8 Q. So then she turned towards the left?
9 A. Then she turned toward the left and was right here.
10 Q. Did she turn all the way around?
11 A. Yes. Her face was looking at me.
12 Q. Was the steering wheel ahead of her or to one side
13   of her?
14 A. Well, a little bit towards the -- she was a little
15   bit towards the side of the middle of the cart.
16 Q. Toward which side -- the steering wheel side?
17 A. Towards the steering wheel, to the left.
18 Q. Okay. But mostly in the center of the cart?
19 A. Well, more to the left because she was going to get
20   out. We were going to go in on the left.
21 Q. All right. What else did you see at that point?
22   Now, at that -- let me rephrase that.
23        At that point, the golf clubs were still
24   on the seat?

Page 181

1 A. Yes. They were, but she had straightened -- moved
2    them a little bit, just a little bit from left to
3    right.
4 Q. You saw that?
5 A. Yes, I did. Before this all happened.
6 Q. All right. And so she's facing you now?
7 A. Yes.
8 Q. The golf bag is still on the seat?
9 A. Yes.
10 Q. And what did you see Mrs. Arruda do?
11 A. She was going to come, and then I screamed because
12   the cart was coming.
13 Q. I'm not asking what you said or what happened to the
14   cart. I'm asking what you saw Mrs. Arruda do.
15 A. Stand there and throw her hands up in the air and
16   say, "Oh, my God."
17 Q. Did you see her move toward either side of the cart?
18 A. No. It was just -- well, I just screamed "Jeannie.
19   Jeannie." And she made a scream "Beverly." And
20   then I don't know any more that happened, right then
21   and there.
22 Q. Okay. Let me ask you to sit down for a second, and
23   we thank you for the demonstration.
24 A. Oh, I'm sorry. That's how that happened.

46 (Pages 178 to 181)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

Exhibit E