This is Peggy Pavone speaking. I'm calling from National Grange Mutual Insurance Company. The telephone number is (508) 832-7171. I'm interviewing umm Jeannie Arruda regarding an incident, which occurred on July 11, 2001. Today's date is January 10, 2002 and the approximate time is 10:40 am.

Q.    Miss. Arruda do you realize I'm recording this interview?

A.    Yes I do.

Q.    And do I have your permission to record it?

A.    Yes.

Q.    Would you please state your full name and spell your last?

A.    Jeannie Norma Arruda A-r-r-u-d-a.

Q.    And what is your home address?

A.    179 Hathaway Commons Road, Fall River, Massachusetts  02720.

Q.    Your home telephone number?

A.    508-

Q.    What is your date of birth?

A.    9/20/55.

Q.    And your social security number?

A.

Q.    Umm are you presently employed?

A.    Yes.

Q.    And where is that?

A.    Eye Physicians and Surgeons of Fall River.

Q.    Is there a business number that you could be reached at?

A.    Ahh yes it's 508-





Jeannie Arruda
January 10, 2002
Page 2

Q.    And is that the number we're speaking on now?

A.    It is.

Q.    Ok. We're speaking of an incident, which occurred back in umm July. Umm can you tell me where this incident occurred?

A.    It occurred at Hawthorne Country Club.

Q.    And where is that?

A.    That's in Dartmouth, Massachusetts.

Q.    Ok. Umm now what was going on that day, why were you there at the time?

A.    Umm it was a member/guest tournament, golf tournament.

Q.    Ok. And umm what time did this begin?

A.    Ahh at 8:00. The actually golfing began at 8:00.

Q.    What time did you arrive there at the country club?

A.    Umm probably umm quarter to seven, between six-thirty and quarter to seven.

Q.    Ok. And do you recall the weather conditions that day?

A.    At the time of arrival they were fine, at that time.

Q.    Ok.

A.    That day it depends on what time of the day your talking.

Q.    Ok.

A.    It did change.

Q.    All right. They changed as the day went on.

A.    Yes.

Q.    Umm now when you arrived at the country club, what was your first umm what did you umm rent a cart or how?

A.    Well the tournament is carts are provided for the tournament.

Q.     Ok. So when you arrived at the country club what what was your first, did you go into the club or anything or?

A.     Yes. You gather there and they provide a breakfast before the tournament begins.

Q.     Ok. And what time did you go outside to get into the club umm the cart?

A.     Approximately 8:00.

Q.     Ok. And first thing you you grabbed a cart?

A.     The carts are assigned to you.

Q.     Ok. Umm where were those located?

A.     They were positioned in different areas of the parking lot and that that was set up by the golf director depending on what hole you would start golfing on.

Q.     Ok. Now who was with you on on that particular day?

A.     Who in my foursome or who in the whole golf tournament?

Q.     Umm the foursome.

A.     Ok. In my foursome was my guest Beverly Pines, a another person a Cynthia Labooliere and an Elaine Glowacki.

Q.     Ok. And you were all in the same cart or how?

A.     No. The cart can only hold two people so there was two carts for every four people playing golf.

Q.     Ok. Did you place your golf clubs into the cart?

A.     They're placed on the back of the cart.

Q.     On the back Ok. And who did that?

A.     Umm that was done by the umm their men who set up, you know, the tournament and they put our cart of golf clubs on the cart.

Q.     So umm when you took them out of your vehicle they took them from you at that point or?

Jeannie Arruda
January 10, 2002
Page 4

A.   Yes. I mean mine is located inside the golf club so they took them from the club and put them on the cart. But when people came with their clubs they would take them from them and place them on the carts.

Q.   Ok. And how about Beverly Pine, where were her umm where was her bag located?

A.   It was located on the back of the golf cart behind the passenger seat.

Q.   Ok. Did she umm did she bring her clubs with her or were they also at the club?

A.   No she brought hers with her.

Q.   Ok. So the men took them out and put them into or took them from her?

A.   They would take them from her and put them on the cart yes.

Q.   Ok. All right. And you proceeded out to begin the golf?

A.   Yes.

Q.   Ok. Umm now from what I understand the weather changed and you were called in?

A.   Yes. It was it was beginning to thunder you know the skies were darkening and you could tell there was a storm coming and they did call us in at that time.

Q.   Ok. Umm could you approximate how long you played for or what time that was?

A.   Ahh I'm I'm not sure but it was probably close to 2 hours that we played so it was 10 or after when they called us in, I would think.

Q.   Ok.

A.   I don't really remember.

Q.   Ok. And what did you do once you were called in, where where was the cart located?

A.   Umm that was located inside the oh excuse me I have a phone call on the other line can I put you on hold?

Q.   Sure.

A.   Ok. Hold on thank you.

(Short hold – radio playing)

A.   Hi I'm sorry.

Q.    No problem.

A.    I'm at work so . . .

Q.    Ok.

A.    I may be interrupted. Umm so where were we. Oh when we were called in the cart was parked in the parking umm hard to description where not having a picture or anything but it was where the lower parking lot where the cars are located and then we proceeded to some of us, most of us took the clubs off of the cart and brought 'em into where there was a covering so that they wouldn't become wet.

Q.    Ok. And did you take yours off at the time?

A.    Yes.

Q.    And how about Beverly Pine?

A.    She took hers off and she placed hers inside of the cart.

Q.    In the front where the driver and passenger would ride?

A.    Right. She placed them on the passenger side.

Q.    Ok. Umm now what happened after that?

A.    Umm well after that we were in a Elaine Glowacki and Cynthia also took their clubs off of their cart and brought them in to where it would be dry over the covering. When we were in the clubhouse it really began to storm and torrential rains coming down, thunder, lightening and myself remembering that Beverly had left her clubs in the cart I let her know that I would go out and get them so that they would not be drenched with the rain coming in. So I went out to get her clubs.

Q.    Ok. Now why didn't Beverly bring hers in under the covering?

A.    I really don't know. I don't know.

Q.    But she took them from the back of the cart and put them into the passenger side front?

A.    Yes. She took them from the cart and she placed them in the cart.

Q.    Ok. What type of cart was this? Was it a umm electric or?

A.    Oh I don't know. I know it's a Yamaha cart. Umm I don't know if it's electric or gas.

Q.    Ok. Ok. Umm so you went outside to get the clubs her clubs?

A.    Yes. Mmhmm.

Q.    And then what happened?

A.    Well then I noticed when I it was it was torrential rains and I noticed that there was a place under the overhang that had a spot where you could bring the cart up to get dry so instead of you know I ran to the cart getting wet at the time but I got in and I drove the cart to the overhang.

Q.    Ok.

A.    And stopped it there. At the same time Beverly came out following me and I told her to stay there and I would get them for her. And she came out and she was standing in front of the cart.

Q.    Ok. Umm so you went to went around from the driver's side to the passenger's side?

A.    Yah once I put the brake I I you know stopped the cart, put the brake on, I got out of the cart and I went around to the passenger side ahh she had asked me you know if the clubs would be ok there and I says well you know let me let me get them for you. You know as I was proceeding around and I got to the passenger side what must of happened is clubs slipped and hit hit the gas pedal. I don't know because it was something that happened so fast but I could hear the and see the golf cart move forward.

Q.    Did you touch the bag prior to the cart moving or?

A.    I I I don't even know. I don't remember, I was coming around to the passenger side so I I I was just there at the time. What actually at that moment I don't know if my hands were on the bag if they weren't on the bag, I was just at the passenger side. When this started happened the machine was moving forward at that time.

Q.    Ok. Is there any kind of umm separation in the cart between the driver and the passenger seat?

A.    You know I don't even know to be honest with you. I I don't normally like I don't have a cart that I use regularly there so I'm not sure how and we rent carts on vacation and they're all different. And I don't remember how that one it set up.

Q.    Ok. Is there a key to the cart?

A.    Yes.

Q.    Were the key were the keys left in the cart when you . . .

A.    Yes.

Q.    after you had parked it again?

A.    Yes.

Q.    Ok. And umm was it running or I mean how was it running at the time?

A.    Umm the cart was stopped and the brake was on. The way we leave it as we're golfing.

Q.    Ok.

A.    I I would assume it's still running yes.

Q.    Ok.

A.    That's how the carts are always like you know handled.

Q.    Ok. Umm . . .

A.    But you don't stop and turn the key off every time you stop the cart and get out.

Q.    Ok.

A.    Right.

Q.    Umm but you did set the brake when you got out of it?

A.    Oh yes absolutely.

Q.    And what type of brake, was it a hand brake or?

A.    No it's a foot pedal brake.

Q.    Ok. And is there anything special that you have to do to it?

A.    Just push it down, that's it. But when you push on the accelerator it then lifts the brake off.

Q.    Ok. So when you push the brake down it stays down?

A.    Yes.

Q.    It stays in place ok?

A.    Yes it does.

January 10, 2002
Page 8

Q.    And is that normal on carts umm?

A.    Yes, that's how they basically all work.

Q.    Ok. Umm so once the bag slipped did it hit the gas pedal is that what?

A.    I don't know. I I at that time I'm assuming that's what happened because the cart began to move forward and at the time no one really knew what was going.

Q.    Ok. Umm now after the car began to move forward what happened or?

A.    Well Beverly umm started to back up because she was in front of the cart and she began to back just step backwards and she I I believe because I was on the passenger side and I couldn't really see everything going on but I believe she backed up and maybe hit the railroad tie that's right on the cement going into the first fairway where there's grass.

Q.    Ok.

A.    Because she then fell backwards.

Q.    Had the cart hit her at that point?

A.    I don't know umm if it was at that time if it did actually hit her at that time or if she was just backing up in the trying to avoid being hit. I'm not sure.

Q.    Ok. Umm but the cart did eventually hit her?

A.    Well she then fell into the grass area and the cart still proceeded forward and did go over her, it did hit her or ran over her.

Q.    Ok. And then what happ you attempted to move the cart from her?

A.    Well at that point the cart was on top of her, I could see her hair on the side and I bent down and I lifted the cart from the back bumper and I lifted it up and threw it over her so that it would not be on her anymore.

Q.    Ok. And you were also thrown from what I understand?

A.    Yes. I ahh from doing that umm I was thrown forward and I rolled and landed on my stomach on the ground.

Q.    Ok. And the EMT's arrived after that?

A.      Yah. Ahh they arrived after that at some point and ahh it was still torrential rains and lightening right in the vicinity that we were at. It took them a little bit to come out and to get us but umm they did come out and get us and bring us in.

Q.      Ok. And were you both taken by ambulance?

A.      Yes.

Q.      Were there any other parties around when this was all occurring?

A.      No. Not to my recollection. It was just her and I.

Q.      Ok. And did people come out afterwards?

A.      Yes.

Q.      Did somebody see what was going on or?

A.      Well they saw what had happened after the fact.

Q.      Ok.

A.      When we were you know on the ground.

Q.      To your knowledge was there was there a police investigation done or umm did any authorities come besides the ambulance, the EMT's?

A.      No. To my knowledge no.

Q.      Ok.

A.      I was never contacted if there was.

Q.      Ok. And did the country club did they take a report of what happened?

A.      Not from me.

Q.      Ok. Umm are there any other facts about the incident that you recall and would like to add?

A.      No. I I do believe that that's that to the best of my recollection what happened.

Q.      And have you understood all the questions I've asked?

A.      Yes.

Jeannie Arruda
January 10, 2002
Page 10

Q.      Have all your answers been the truth to the best of your knowledge?

A.      Absolutely.

Q.      Thank you for the interview and with your permission I'll turn off the recorder?

A.      Ok.  Sure.

Q.      Thank you.

A.      Your welcome.