```
 1               UNITED STATES DISTRICT COURT

 2                 DISTRICT OF MASSACHUSETTS

 3

 4                              C.A. No. 04-11518 NMG

 5

 6   *******************************************

 7   BEVERLY PINE

 8   and ROBERT PINE

 9        Plaintiffs

10   vs.

11   JEAN ARRUDA and

12   HAWTHORNE COUNTRY CLUB, INC.

13        Defendants

14   *******************************************

15

16         DEPOSITION OF BEVERLY PINE, taken on behalf of

17   the Defendants, pursuant to the Massachusetts Rules of

18   Civil Procedure, before Gail A. Carignan, Professional

19   Shorthand Reporter and Notary Public, within and for the

20   Commonwealth of Massachusetts, at the Law Offices of John

21   Reilly & Associates, 300 Centerville Road, Warwick, Rhode

22   Island, commencing at 10:05 a.m. on Monday, June 6, 2005.

23

24   Job No: 1724
```



ESQUIRE DEPOSITION SERVICES
1-866-619-3925



EXHIBIT D

```
1       rephrase that.
2               In your experience, are they pretty much
3       alike, one golf cart with another?
4               MS. BENSON:  Objection.
5   Q.  You can answer.
6   A.  Some.  Well, some are hard to do, and some make
7       noise in the back.  Yeah, there's little
8       differences.
9   Q.  And what makes one more difficult to use than
10      another?  What were you referring to?
11  A.  Well, with some, you have to do -- if you're going
12      to back up, that lever's down there, and you got to
13      push it over, and it's hard, a little hard, and you
14      got to push -- pull it the other way.
15  Q.  Okay.  In any event, we have you heading in now from
16      the 9th hole toward the clubhouse.  Is that where
17      you were going?
18  A.  Mm-hmm, yes.
19  Q.  All right.  Was it raining at that point in time?
20  A.  Yes, it was.
21  Q.  And how would you describe the rain?
22  A.  Well, it was raining, but it wasn't coming full
23      force.  We thought we might resume play at that
24      point in time.
```