UNITED STATES DISTRICT COURT
STATE OF MASSACHUSETTS

Beverly Pine and Robert Pine,      :
Plaintiffs                          :
                                    :
                                    :
Vs.                                 :          C.A. No. 04 11518NMG
                                    :
Jean Arruda, and                    :
Hawthorne Country Club, Inc.        :
Defendants                          :

### AFFIDAVIT OF BEVERLY PINE

Now comes Beverly Pine, of 10388 North Dapple Terrace, Crystal River, Florida, who on oath, deposes and says as follows:

1.  I am a plaintiff in the above-entitled matter.

2.  It was already raining when the Hawthorne Country Club horn sounded to call the players off the field on July 11, 2001.

3.  There was no one there to park the golf carts when the players came in from the course.

4.  Each driver had to find a place to park the carts.

5.  There were inadequate spaces to park the carts to keep them out of the rain.

6.  Jeanne Arruda put her clubs in a locker when play was suspended due to inclement weather.

7.  Guests were not provided with a locker or any designated area to store their clubs.

Signed under the pains and penalties of perjury on this ⎤, day of June, 2006.

_____
Beverly Pine





Signed and sworn to before me this ___ day of June, 2006.

_____
, Notary Public

My Commission Expires:

JOANNE FULP
MY COMMISSION # DD 268663
EXPIRES: November 18, 2007
Bonded Thru Notary Public Underwriters