1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 0411518NMG

BEVERLY PINE and ROBERT PINE,
Plaintiffs
-vs-
JEAN ARRUDA, and HAWTHORNE COUNTRY CLUB, INC.,
Defendants

DEPOSITION OF JEAN ARRUDA, taken on behalf of the Plaintiffs, before Andrea Iacobellis, Notary Public in and for the Commonwealth of Massachusetts, at the Law Office of Alan A. Amaral, 251 Bank Street, Fall River, MA, commencing at 10:00 a.m., on Monday, June 27, 2005, pursuant to Notice and agreement of parties as to the date and time of taking said deposition.

\* \* \* \* \*

Goudreau & Grossi
Court Reporting Service, Inc.
63 Winthrop Street
Taunton, Massachusetts  02780
(508) 823-4659

38

1   Q.   Okay. And who issues you the cart?
2   A.   Whoever is working at the pro shop.
3   Q.   Okay. Do you know the name of any of
4   the staff at the pro shop?
5   A.   There's someone named Paul.
6   Q.   Has he worked there for a while?
7   A.   Yes.
8   Q.   How long has he worked there?
9   A.   I don't know.
10  Q.   Would he have been working there on
11  the day of the member guest tournament that
12  Mrs. Pine attended?
13  A.   I'm not sure.
14  Q.   Anyone else?
15  A.   Doug Turner.
16  Q.   Who is Doug Turner?
17  A.   He is the golf, not the golf
18  professional, but he's the head of the pro shop
19  downstairs.
20  Q.   Okay. Do you know how long Doug's
21  been working there?
22  A.   No, I do not.
23  Q.   Is he still working there?
24  A.   Yes.

1    Q.    Okay.  Anyone else?

2    A.    There's also a man named Joe who
3 worked there.  I don't know how long he's worked
4 there.

5    Q.    Do you know if he was there the day of
6 that tournament that Mrs. Pine attended?

7    A.    No, I don't know.

8    Q.    Okay.  So you go into the pro shop,
9 that is your testimony?

10    A.    Yes.

11    Q.    And you sign a slip, some sort of
12 paper.  What do you sign?  What do you have to
13 include?  You put your name down?

14    A.    I rarely rented a cart.

15    Q.    Why is that?

16    A.    Because I walk the course so I'm not
17 familiar with the actual procedure.

18    Q.    Okay.  But do you recall if you sign
19 your name?

20    A.    I believe you only signed your name on
21 a paper that was on the desk to say that you had
22 a cart.

23    Q.    Okay.  And then what happens?

24    A.    They give you a key or the key is in

1     A.    In the clubhouse.
2     Q.    Okay. And is there any preparation
3  for the tournament while you're at breakfast?
4     A.    No.
5     Q.    Is there any discussion about how the
6  play will go?
7     A.    No.
8     Q.    So how do you know where you're going
9  to start?
10    A.    They tell you that when you go out to
11 your cart.
12    Q.    Okay. Where was your cart parked
13 while you were decorating it?
14    A.    It was parked at the lower level near
15 the parking lot.
16    Q.    Near the parking lot where you park
17 your automobile?
18    A.    Yes.
19    Q.    And before you started decorating, how
20 did you know which cart you would have?
21    A.    It has your name on it.
22    Q.    Where was your name?
23    A.    It might be on the front taped on the
24 visor, like right here.

1    right be in the cart.
2    Q.    Okay.  So it's fair to say then that
3    all the carts at the Hawthorne Country Club
4    require keys?
5    A.    Yes.
6    Q.    Okay.  And it would also be accurate
7    to say that day you didn't choose your golf
8    cart, the day of the member guest tournament?
9    A.    Correct.
10   Q.    Someone else indicated which cart you
11   would be using?
12   A.    Yes.
13   Q.    All right.  Now when you arrived that
14   day, was the key in your golf cart?
15   A.    Yes.  Excuse me, I don't know if it
16   was in there when I arrived but it was in there
17   when we began play.
18   Q.    Okay.  Do you recall if you had to go
19   into the office or the pro shop to get the key?
20   A.    No, you didn't.
21   Q.    You didn't?
22   A.    No.
23   Q.    And how is it that you remember that?
24   A.    Because I don't remember going to get

```
 1      Q.    Okay.  Any other weather, is it windy?
 2      A.    The wind is starting to pick up.
 3      Q.    Is there any thunder?
 4      A.    Not yet.
 5      Q.    Is there any lightning?
 6      A.    Not at that time.
 7      Q.    Describe how it looks?
 8      A.    It's dark.
 9      Q.    What happens next?
10      A.    We all got out of our carts and we
11  went to the back and we took our clubs off the
12  back of the carts.
13      Q.    You say we, all four of you?
14      A.    Yes.
15      Q.    Where did you put your cart?
16      A.    The cart was in the parking lot.
17      Q.    The auto parking lot?
18      A.    Yes.
19      Q.    Why was it there?
20      A.    Because everybody was coming in and so
21  they were all under there.  There was some
22  covering.  They all parked their carts under
23  there, and then everybody was parking as close
24  as they could to the clubhouse.
```

80

1   Q.   So you testified earlier that there
2   were 30-something players you thought?
3   A.   I thought.
4   Q.   And two players per car; correct?
5   A.   Right.
6   Q.   So would it be fair to say that there
7   were 15 or more carts all coming in at once?
8   A.   There could have been.
9   Q.   Okay. And your testimony is some of
10  the carts were under a cover?
11  A.   Yes.
12  Q.   And some of the carts were in the
13  parking lot?
14  A.   Yes.
15  Q.   Your cart was in the parking lot?
16  A.   Yes.
17  Q.   And how far was that, the place where
18  your cart was parked, from the entrance to the
19  club?
20  A.   I don't really know how far that is.
21  Q.   Was it close would you say?
22           MR. REILLY:  I object to the
23  form.
24           THE WITNESS:  I didn't think it

83

```
 1   yes, we walked together.
 2        Q.   And where was their cart parked?
 3        A.   Near mine. I'm not sure where in
 4   relationship to mine.
 5        Q.   But also in the parking lot?
 6        A.   Oh yes.
 7        Q.   And also not under cover?
 8        A.   Correct.
 9        Q.   All right. But your memory is that
10   both the other players and yourself of the
11   foursome, three had their clubs; is that
12   correct?
13        A.   Yes.
14        Q.   Where did you put your clubs?
15        A.   Under the covering near the clubhouse
16   door.
17        Q.   Okay. And where did your two other
18   companions put their clubs?
19        A.   In the same location.
20        Q.   And what about the other players?
21        A.   If they didn't bring their carts under
22   the covering, they placed their clubs in the
23   same proximity to where ours were.
24        Q.   And this was under the awning?
```

84

1    A.    Yes.

2    Q.    And where was that awning located?

3    A.    Near the clubhouse door.

4    Q.    Okay. And were there any employees of
the Hawthorne Country Club present when you were
parking your cart?

7    A.    Not that I recall.

8    Q.    Okay. No one directed you to put the
cart there for instance?

10    A.    No.

11    Q.    And the place that you parked your
cart was actually an automobile parking area?

13    A.    Yes.

14    Q.    Okay. How far was it from the
entrance to the club door?

16    A.    From what entrance?

17    Q.    From where you went in -- strike that.
How far was it from where you parked the car to
where you go into the clubhouse?

20    A.    I'm not sure how far that is in yards
or in feet.

22    Q.    Was there a walkway?

23    A.    No.

24    Q.    Any indication as to where to walk to

86

1   A.   Yes.
2   Q.   And where the carts are typically
3   parked, the canopy?
4             MR. REILLY:  I object to the
5   form of it.
6             MS. BENSON:  I'll break it down
7   into questions.
8             THE WITNESS:  The carts are
9   stored where there's no canopy.
10  Q.   BY MS. BENSON:  Okay.  Where the carts
11  are stored, are you calling that the parking
12  lot?
13  A.   Well, it's part of the parking lot but
14  it's designated for the storing of carts.
15  Q.   That area that is designated for the
16  storage of carts, is that where you parked your
17  cart that day?
18  A.   No.
19  Q.   Okay.  The place that you parked your
20  cart was actually designated as a car parking
21  area; is that right?
22  A.   Yes, that's right.
23  Q.   And your companions also parked in the
24  car parking area?

GOUDREAU & GROSSI COURT REPORTING (508) 823-4659

122

```
 1     A.    Then we all proceed into the
 2  clubhouse.
 3     Q.    You testified you put your clubs out
 4  under the canopy before you got to the
 5  clubhouse?
 6     A.    Well, you're at the clubhouse, there's
 7  a place right there before you walk in the door
 8  to put your clubs.
 9     Q.    Were there other clubs there?
10     A.    Yes.
11     Q.    Was that for members only?
12     A.    It's for whoever needs golf clubs
13  placed there.
14     Q.    Was there room for more clubs there by
15  the door?
16     A.    Yes, if there wasn't, you would just
17  place some near other clubs.  There was enough
18  room to put them.
19     Q.    And is that where Cynthia and Elaine
20  put their clubs?
21     A.    Yes.
22     Q.    You're sure of that?
23     A.    They put them in the same general
24  location that I did.
```