UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY PINE AND ROBERT PINE
    Plaintiffs

v.                                      C.A. NO. 04-11518 NMG

JEAN ARRUDA AND HAWTHORNE
COUNTRY CLUB, INC.
    Defendants

## ASSENTED TO MOTION TO AMEND TRIAL SCHEDULE AND RELATED EVENTS

    Defendant, Jean Arruda ("Arruda"), hereby moves, through counsel of Plaintiffs to amend the current trial schedule of this action and all related events (in particular, the final pretrial conference date currently scheduled by the court). In support of her request, Arruda asserts that:

    1.    The current trial date or schedule in this matter calls for trial to begin on Monday, September 11, 2006. However, Arruda's undersigned counsel has a previously scheduled jury trial that is set to begin on Tuesday, September 5, 2006 in the Providence County, Rhode Island Superior Court. That action involves wrongful death claims, has been pending since 2000, has been given "date certain" trial status, and is reasonably estimated to take nearly two (2) weeks of trial time. The trial of that Rhode Island action (C.A. PC00-5068) will, therefore, negatively impact the existing trial schedule in this matter.

    2.    Codefendant, Hawthorne Country Club ("Hawthorne"), has moved for Summary Judgment with respect to the claims made against it by the Plaintiffs, but no hearing or decision on that aspect of this litigation has as yet taken place. The determination of that motion is also something that seems necessary to be completed before any trial on the merits of this case.

    3.    Plaintiffs have relocated (moved) to Florida and Mrs. Pine has reportedly recently been hospitalized. The parties are attempting to determine the nature and cause of that hospitalization and whether this (or any other situations since her move to Florida) may have any bearing on her conditions and/or the damages that she claims in this action.

    4.    Counsel for the plaintiffs and for codefendant Hawthorne have been consulted and have advised that they assent to this motion.

WHEREFORE, it is respectfully requested that the trial date for this action be changed to the week of October 2, 2006 (or some subsequent date based upon the court's schedule) and that the currently scheduled final pretrial conference date (Thursday afternoon, August 10, 2006) be adjusted and changed accordingly.

>Jean Arruda
>By her Attorney,
>
> /s/ John B. Reilly
>John B. Reilly, Esq. (BBO #545576)
>John Reilly & Associates
>300 Centerville Road
>Summit West - Suite 330
>Warwick, Rhode Island 02886
>(401) 739-1800
>Fax: (401) 738-0258

## CERTIFICATION

It is hereby certified that a copy of the foregoing has also been sent, via first class mail, postage prepaid, to **Michael Farley Esq.,** Morrison Mahoney, LLP, 121 South Main Street, Suite 600, Providence, Rhode Island 02903, **Christopher Perruzzi, Esq.,** Coletti, Murray, Perruzzi & O'Connor, LLC, 1495 Hancock Street, Suite 302, Quincy, Massachusetts 02169, and **Karen Augeri Benson, Esq.**, Law Offices of Alan A. Amaral, 251 Bank Street, Fall River, Massachusetts 02720 this 7th day of August, 2006.

> /s/ John B. Reilly