UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY PINE and ROBERT PINE
    Plaintiffs
        Vs.                                        1:04-cv-11518-NMG

JEAN ARRUDA and HAWTHORNE COUNTRY CLUB, INC.
    Defendants

### DEFENDANT, HAWTHORNE COUNTRY CLUB, INC.'S MOTION FOR ENTRY OF SEPARATE AND FINAL JUDGMENT

Now comes defendant, Hawthorne Country Club, Inc., in the above-entitled matter and pursuant to the Federal Rules of Civil Procedure 54(b) moves for the Court to enter an order of separate & final judgment as to Hawthorne Country Club. As grounds for this motion, defendant states that summary judgment has entered as to Hawthorne Country Club, and further notes that there is no just reason for delay.

**WHEREFORE**, Defendant, Hawthorne Country Club moves this Honorable Court to enter separate and final judgment for the defendant Hawthorne Country Club.

                                                Defendant,
                                                Hawthorne Country Club, Inc.
                                                By their attorneys,
                                                MORRISON MAHONEY LLP

                                                __/s/ Michael T. Farley_____
                                                Lauren Motola-Davis, #638561
                                                Michael T. Farley, #640593
                                                121 South Main Street, Suite 600
                                                Providence, RI 02903
                                                Tel: (401) 331-4660
                                                Fax: (401) 351-4420

I hereby certify that a true and accurate copy of this document was served via ECF/first class mail on August 15, 2006.

                                                __/s/ Michael T. Farley_____
                                                Michael T. Farley