UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Beverly Pine__
      **Plaintiff**

**V.**

CIVIL ACTION

NO. __04-11518__

__Hawthorne Country Club, Inc.,__
      **Defendant**

## SEPARATE AND FINAL JUDGMENT

__Gorton,   D. J.__

In accordance with the Court's Memorandum and Order dated __August 14, 2006__ granting __Hawthorne Country Clubs__ motion for summary judgment in the above-entitled action, it is hereby ORDERED:

Judgment for the __Hawthorne Country Club, Inc.__

By the Court,

__8/31/06__
Date

__/s/ Craig J. Nicewicz__
Deputy Clerk

(Judgment for SJ.wpd - 12/98)