UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY PINE AND ROBERT PINE
    Plaintiffs

v.                                    C.A. NO. 04-11518 NMG

JEAN ARRUDA AND HAWTHORNE
COUNTRY CLUB, INC.
    Defendants

## MOTION TO PARTIALLY AMEND TRIAL SCHEDULE AND RELATED EVENTS

      Defendant, Jean Arruda ("Arruda"), hereby moves to partially amend the current trial schedule of this action to the extent that the week of November 13, 2006 is an alternate trial date. In support of her request, Arruda avers as follows:

      1.    The current trial date or schedule in this matter calls for trial to begin on Monday, <u>October 30, 2006</u>. Due to a potential conflict with another matter, the Court has advised that an <u>alternate</u> date to commence trial will be <u>Monday, November 13, 2006</u>.

      2.    Arruda and her undersigned counsel have now learned that she has an employment-related conflict that affects the week of November 13, 2006. This conflict results from her being required to attend a conference in Nevada for which she is scheduled to leave on November 10, 2006 and return on November 18, 2006. Copies of her Affidavit and a letter from her employer (Dr. O'Brien) confirming this are attached hereto at Exhibit "A."

      3.    Promptly upon receiving this information and the documents appearing at Exhibit "A", your undersigned counsel wrote to counsel for the plaintiffs, asking whether or not they would assent to a request that the alternate November date (but only that date) be changed due to these circumstances. A copy of that covering letter appears at Exhibit "B."

      4.    Defendant has not been advised whether or not plaintiffs agree or oppose this request.

      5.    Due to the previous admonitions of the Court concerning its trial schedules, defendant is making this request at the present time and without waiting further for a response by plaintiff's counsel.

WHEREFORE, it is respectfully requested that the alternative trial date for this action (November 13, 2006) be changed to a subsequent date based upon the court's schedule. Defendant does not request that any other scheduling dates be changed.

        Jean Arruda
        By her Attorney,


        /s/ John B. Reilly
        John B. Reilly, Esq. (BBO #545576)
        John Reilly & Associates
        300 Centerville Road
        Summit West - Suite 330
        Warwick, Rhode Island 02886
        (401) 739-1800
        Fax: (401) 738-0258


## **CERTIFICATION**

It is hereby certified that a copy of the foregoing has also been sent, via first class mail, postage prepaid, to **Christopher Perruzzi, Esq.,** Coletti, Murray, Perruzzi & O'Connor, LLC, 1495 Hancock Street, Suite 302, Quincy, Massachusetts 02169, and **Karen Augeri Benson, Esq.**, Law Offices of Alan A. Amaral, 251 Bank Street, Fall River, Massachusetts 02720 this 12th day of September, 2006.


        /s/ John B. Reilly