# Exhibit "A"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY PINE AND ROBERT PINE
    Plaintiffs

v.                                                                 C.A. NO. 04-11518 NMG

JEAN ARRUDA
    Defendant

### AFFIDAVIT OF JEAN ARRUDA

I, Jean Arruda, being duly sworn upon oath, hereby depose and say that:

1. I am the remaining Defendant in this action.

2. Following receipt of my attorney's advice that the court has advised that an alternative trial week would be the week of November 13, 2006, I confirmed that I am required (for work purposes) to attend a conference that week and will be leaving for this beginning on Saturday, November 10, 2006.

3. I have advised Mr. Reilly of this scheduling conflict and that I respectfully request that the court give a different alternative trial date that will not conflict with this important work event.

4. My employer's confirmation of this conference schedule and my required attendance at the conference is attached.

Sworn and subscribed upon pains and penalties of perjury this 1ST day of September 2006.

_Jean Arruda_
Jean Arruda

# center for sight
*keeping your world in focus*

**Kevin D. O'Brien, M.D.**
*General Ophthalmology*
*Cataract Surgery*
*Glaucoma*

**Robert J. Vergnani, M.D.**
*General Ophthalmology*
*Cataracts*
*Glaucoma*

**Paul J. Botelho, M.D.**
*Cornea and External Diseases*
*Refractive Surgery*
*Cataract Surgery*
*Glaucoma*

**Robert M. Kelly, M.D.**
*Medical Retina Diseases*
*General Ophthalmology*
*Cataract Surgery*
*Glaucoma*

**Fatima M. Raposo, O.D.**
*Comprehensive Eye Exams*
*Specialty Contact Lenses*
*Emergency Care*

**Cristina M. Lopes, O.D.**
*Comprehensive Eye Exams*
*Specialty Contact Lenses*
*Emergency Care*

**Full Service Optical**
  Lisa Alves, RDO
  Lori Branco, RDO
  Mary Beth Simonetti, RDO
  Donna Wilkinson, RDO
    *Value & Designer Frames*
    *In-House Optical Lab*

September 1, 2006

RE:  Jeanne Arruda, Administrator of Center for Sight, Inc.

To Whom It May Concern:

Each year The American Academy of Ophthalmology holds a conference for its physicians and administrators. This year, the conference is being held in Nevada beginning November 11th.

As administrator, Jeanne Arruda is required to addend this meeting to conduct physician interviews and make equipment purchases for our practice. She is scheduled to leave on November 10th and return on the 18th.

Sincerely,

Kevin D. O'Brien, M.D.,
President

**Located in the Narragansett Mill**
1565 No. Main Street, Suite 406
Fall River, MA 02720
Tel: 508-677-0041
Fax: 508-677-2515
www.center-for-sight.com
Free Valet Parking