# Exhibit "B"

# JOHN REILLY & ASSOCIATES
### Attorneys and Counselors at Law

*Admitted in Rhode Island*
*& Massachusetts*

Summit West — Suite 330
300 Centerville Road
Warwick, Rhode Island 02886-4395
(401) 739-1800
Fax (401) 738-0258

John B. Reilly
jreilly@lawyers-online.us

September 5, 2006

*FAX ONLY*

Christopher A. Perruzzi, Esq.
Coletti, Murray, Perruzzi & O'Connor, LLC
1495 Hancock Street, Suite 302
Quincy, Massachusetts 02169

Re:  **Beverly & Robert Pine**
     **v. Jean Arruda and Hawthorne Country Club, Inc.**

Dear Mr. Perruzzi:

Please note the accompanying information received from Jean Arruda concerning a scheduling conflict for the <u>alternative</u> trial date given to us by Judge Gorton.

It is our intention to bring this to the court's attention in the form of an appropriate motion, requesting that this <u>alternate</u> date (but only that date) be changed due to our client's work circumstances. We would appreciate your advice as to whether or not you will assent to this request.

Thank you for your anticipated attention to the same.

Very truly yours,

John B. Reilly

JBR/jhl
Cc: K. Augeri Benson, Esq. (*w/enclosure*)