UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY PINE AND ROBERT PINE
    Plaintiffs

v.                                        C.A. NO. 04-11518 NMG

JEAN ARRUDA
    Defendant

## MOTION OF DEFENDANT, JEAN ARRUDA, TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS

      Defendant, Jean Arruda ("Arruda"), hereby moves pursuant to Rule 37 of the Federal Rules of Civil Procedure, that this Court enter an Order compelling the plaintiffs, to produce the documents described below within twenty (20) days of the Entry of an Order in this regard (but in no event later than October 26, 2006). In support whereof, it will be noted that on April 26, 2005 Arruda served the following requests for document production upon plaintiffs:

    6.    All medical reports, records, bills, invoices, statements or other documents received from physicians, dentists, hospitals, chiropractors, physical therapists and any other health care providers, who in any way examined or treated the Plaintiffs for any and all injuries allegedly sustained as a result of the incident described in your complaint, or relating to any other treatment rendered the Plaintiffs for a period of five (5) years preceding the incident in question, to the present.

    15.    All medical records and reports, surgical records, x-ray reports, mental health records, writings, notes or other memoranda relating in any way to your physical, medical or mental health conditions, illnesses or disabilities, including but not limited to those of doctors, nurse practitioners, nurses, hospitals, clinics, institutions, nursing homes, or other health care providers or institutions, without regard to whether it is your contention that such physical, medical or mental health conditions, illnesses or disabilities you allege were caused in any way by the Defendant(s):

        (a)    for the period of time commencing ten (10) years prior to the date of the accident alleged in the Complaint; and

        (b)    for a period of time commencing on the date of the alleged accident to the date of the receipt of this Request.

      Arruda also requested after-acquired documents of the type made reference to in the foregoing individual subparts. The Plaintiffs are therefore requested to timely update these responses by forwarding copies of any such newly acquired material to counsel for this Defendant, and to notify counsel for Arruda of the existence of the same.

      Several weeks ago, plaintiffs' counsel advised that plaintiffs have relocated to Florida where Beverly Pine has been hospitalized and come under the care of another physician. She alleges ongoing physical problems and disability as a result of the accident which forms the basis of this litigation. She has alleged that some of these conditions have been exacerbated by the accident. Accordingly, Arruda has requested information (including but not limited to copies of medical reports) related to this new or recent treatment in Florida, but plaintiffs have furnished <u>nothing</u> in response.

      The court has ordered that the parties be ready to commence trial on <u>October 30, 2006</u>. It is, therefore, imperative to the trial preparation of defendant that all records relating to the hospitalization of plaintiff, Beverly Pine, and further medical care and treatment she has received in Florida be furnished in a prompt and thorough manner.

      In accordance with the Local Rules of this Court, no separate Memorandum of Law seems required in support of this motion. Furthermore, it is certified that pursuant to Rule 37(a)(2)(A) of the Federal Rules of Civil Procedure, the movant has, in good faith, conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without Court action.

Movant further certifies that
movant has complied with
the provisions of
Local Rule 37.1.

      Jean Arruda
By her Attorney,


 /s/ John B. Reilly
John B. Reilly, Esq. (BBO #545576)
John Reilly & Associates
300 Centerville Road
Summit West - Suite 330
Warwick, Rhode Island 02886
(401) 739-1800
Fax: (401) 738-0258

Dated: <u>September 13, 2006</u>

**CERTIFICATION**

It is hereby certified that a copy of the foregoing has also been sent, via first class mail, postage prepaid, to **Christopher Perruzzi, Esq.,** Coletti, Murray, Perruzzi & O'Connor, LLC, 1495 Hancock Street, Suite 302, Quincy, Massachusetts 02169, and **Karen Augeri Benson, Esq.**, Law Offices of Alan A. Amaral, 251 Bank Street, Fall River, Massachusetts 02720 this 13th day of September, 2006.

                                                        /s/ John B. Reilly