UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEVERLY PINE<br>and ROBERT PINE,<br>    Plaintiffs<br><br>v.<br><br>JEAN ARRUDA and HAWTHORNE<br>COUNTRY CLUB, INC.<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:   C.A. NO. 04-11518 NMG<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFFS' OBJECTION TO DEFENDANT'S MOTION TO CONTINUE ALTERNATIVE TRIAL DATES**

Now comes Plaintiff, Beverly Pine and Robert Pine, by and through Counsel and hereby objects to Defendant, Jean Arruda's, Motion to Continue Alternative Trial Dates.

As reasons therefore, the Plaintiffs aver that they now reside in the State of Florida. They will need to schedule their travel to the Commonwealth for purposes of attending Trial. Plaintiff, Beverly Pine, further suffers from Parkinson's Disease and is on medication for treatment of the Parkinson's Disease. Please see the attached correspondence of Dr. Alex T. Villacastin, M.D., dated August 9, 2006, and attached hereto as Exhibit A.

For all of the above-stated reasons, your Plaintiffs respectfully request that the Court deny Defendant's Motion and award such further and other relief as deemed appropriate.

Respectfully Submitted:

*Karen Augeri Benson*

Karen Augeri Benson, Esquire
Law Office of Alan A. Amaral
251 Bank Street
Fall River, MA 02720
Tel: (508) 676-0011
BBO #628469

Dated: September 14, 2006

## CERTIFICATE OF SERVICE

I, Karen Augeri Benson, Esquire, hereby certify that on this ____day of September, 2006, I served the foregoing Plaintiff's Objection to Defendant's Motion to Continue Alternative Trial Dates, by hand delivering/mailing/faxing a true and complete copy of same, to

John B. Reilly
JOHN REILLY & ASSOCIATES
300 Centerville Road
Summit West – Suite 330
Warwick, RI 02886

_____
Karen Augeri Benson

# SUNCOAST PRIMARY CARE SPECIALISTS
## Member: West Florida Medical Associates
Dr. Alex T. Villacastin, M.D./P.A.
9531 N. Citrus Springs Boulevard
Citrus Springs, Florida 34434

AUGUST 9, 2006

RE: **BEVERLY PINE**

**To Whom it May Concern:**

This is to certify that, Beverly Pine is an established patient of the undersigned. Said patient has been diagnosed Parkinson's. Due to the medications this patient is on and the side effects of such, it is in the best interest of the patient to give testimony in the morning and that it be limited to only 2-3 hours each day.

If you have any questions regarding this matter please call the office at 352-489-2486..

ALEX VILLACASTIN, M.D., P.A.
Attending Physician

ATV: cg
Cc: file.

