UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY PINE AND ROBERT PINE
    Plaintiffs

v.                    C.A. NO. 04-11518 NMG

JEAN ARRUDA
    Defendant

## DEFENDANT'S RESPONSE TO PLAINTIFFS' OBJECTION TO MOTION TO CONTINUE ALTERNATE TRIAL DATE

    Defendant, Jean Arruda ("Arruda") has previously moved to continue the <u>alternate</u> trial date in this action based upon her obligations of employment. She did <u>not</u> request that the present primary date (October 30, 2006) be changed.

    Arruda has received plaintiffs' opposition to the motion. That pleading indicates that the plaintiffs' "<u>will</u> need to schedule their travel" for attendance at trial (emphasis added). From this, it is clear that no travel arrangements have as yet been made. This is most appropriate since the court has advised counsel that it will indicate whether or not the parties will be proceeding on October 30, 2006. Under those conditions, it is reasonable that the plaintiffs have not made any arrangements. Nevertheless, they have not demonstrated any reason whatsoever[1] that a change of an alternative trial date would prejudice them in any way whatsoever. On the other hand, Ms. Arruda's absence would certainly be prejudicial to her defense and insisting that the matter proceed to trial would be inimitable to her conditions of employment.

    Accordingly, Ms. Arruda renews her request that the alternative trial date be rescheduled.

                                          Jean Arruda
                                          By her Attorney,

                                          <u>/s/ John B. Reilly</u>
                                          John B. Reilly, Esq. (BBO #545576)
                                          John Reilly & Associates
                                          300 Centerville Road
                                          Summit West - Suite 330
                                          Warwick, Rhode Island 02886
                                          (401) 739-1800
                                          Fax: (401) 738-0258

---

[1] It is interesting that plaintiffs attach a copy of a medical report yet have failed and refuse to respond to document production requests concerning Ms. Pine's condition while in Florida. This has required Arruda to file a separate motion to compel that such information be furnished.

## CERTIFICATION

      It is hereby certified that a copy of the foregoing has also been sent, via first class mail, postage prepaid, to **Christopher Perruzzi, Esq.,** Coletti, Murray, Perruzzi & O'Connor, LLC, 1495 Hancock Street, Suite 302, Quincy, Massachusetts 02169, and **Karen Augeri Benson, Esq.**, Law Offices of Alan A. Amaral, 251 Bank Street, Fall River, Massachusetts 02720 this 18th day of September, 2006.


                                              /s/ John B. Reilly