UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BEVERLY PINE
and ROBERT PINE,
    Plaintiffs

v.

JEAN ARRUDA and HAWTHORNE
COUNTRY CLUB, INC.
    Defendants

C.A. NO. 04-11518 NMG

### PLAINTIFFS' MOTION IN LIMINE

Now come the Plaintiffs, by and through counsel, and hereby moves this Court to prohibit Defendant and counsel for Defendant from, in the presence of the jury, offering or soliciting any evidence or testimony, or making any statements, either directly or indirectly, regarding the matters specified below:

1) Medical records from the Plaintiff's hospitalization in Naples, Florida, June 6-8, 2006.

2) The Plaintiff's medical records for treatment with Gerhard Friehs, MD, in April of 1999.

3) Records of Treatment provided by Newport Hospital for the period August 27, 1950 through February 15, 1990.

4) The video taped deposition testimony of Cynthia LaBouliere.

    The Plaintiffs,
    Beverly Pine and Robert Pine,
    By their Attorney,

/s/_____
Karen Augeri Benson, Esquire
Law Office of Alan A. Amaral
251 Bank Street
Fall River, MA 02720
Tel: (508) 676-0011
BBO #628469

Dated: October ____, 2006

## Certification Pursuant to Rule 7.1(A)(2)

I hereby certify pursuant to Rule 7.1(A)(2) that I attempted to confer with counsel in a good faith effort to resolve or narrow the issues prior to filing the within motion.

_____
Karen Augeri Benson

## CERTIFICATION

I, Karen Augeri Benson, Esquire, hereby certify that on the _____ day of October, 2006, I served the foregoing Plaintiff, Beverly Pine's, Motion in Limine, by mailing/hand delivering/faxing a true and complete copy of same, to:

John Reilly, Esquire
JOHN REILLY & ASSOCIATES
Summit West – Suite 330
300 Centerville Road
Warwick, RI 02886

_____
Beth Almeida