UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEVERLY PINE and<br>ROBERT PINE,<br><br>    Plaintiffs<br><br>v.<br><br>JEAN ARRUDA and HAWTHORNE<br>COUNTRY CLUB, INC.,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. NO. 04-11518 NMG<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONING

1. Are you, or anyone to whom you are related, a member of the Hawthorne Country Club in North Dartmouth, Massachusetts?

2. Have you, or anyone to whom you are related, been a guest of the Hawthorne Country Club in North Dartmouth, Massachusetts?

3. Have you, or anyone to whom you are related, played any golf at the Hawthorne Country Club in North Dartmouth, Massachusetts.

4. Have you, or anyone to whom you are related, attended any functions at the Hawthorne Country Club in North Dartmouth, Massachusetts.

5. Are you, or anyone to whom you are related, considering becoming a member of the Hawthorne Country Club in North Dartmouth, Massachusetts?

6. Have you, or anyone to whom you are related, ever been a member of any country club?

7. Do you, or anyone to whom you are related, play golf?

8. Have you, or anyone to whom you are related, been diagnosed with Parkinson's disease?

9. Are you, or anyone to whom you are related, currently treating for a diagnosis of Parkinson's disease?

10. Are you, or anyone to whom you are related, treating with a neurologist?

11. Have you, or anyone to whom you are related, treated in the past with a neurologist.

12. Do you have an opinion of any kind or nature, about anyone who has Parkinson's disease?

13. Do you have an opinion of any kind or nature, about anyone who has a disability, of any kind or type?

14. Do you have an opinion of any kind or nature, about anyone who brings a lawsuit to recover for their personal injuries?

15. Do you have an opinion of any kind or nature, about anyone who brings a complaint against a friend to recover for their personal injuries?

16. Do you have an opinion of golfers, in general?

17. Have you, or anyone to whom you are related, ever brought a claim for personal injuries?

18. Have you an opinion about doctors who serve as expert witnesses?

19. Have you an opinion about lawyers, in general?

20. Have you an opinion about lawyers who filed lawsuits to recover for a person's personal injuries?

21. Have you an opinion about people who seek to be compensated for their personal injuries?

22. Do you have an opinion about people who bring lawsuits, in general?

23. Have you ever brought a lawsuit?

24. Has anyone in your family ever brought a lawsuit?

25. Are you, or anyone to whom you are related, employed by a country club?

26. Are you, or anyone to whom you are related, employed by an insurance company?

27. Do you believe that a person who acts as a good samaritan can be held responsible for their negligent actions?

2

The Plaintiffs,
Beverly Pine and Robert Pine,
By their Attorneys,

/s/_____
Karen Augeri Benson, Esquire
Law Office of Alan A. Amaral
251 Bank Street
Fall River, MA 02720
Tel: (508) 676-0011
BBO #628469


/s/_____
Christopher A. Perruzzi,
Attorney for the Plaintiff
Coletti, Murray, Perruzzi, & O'Connor, LLC
1495 Hancock Street, Quincy, MA 02169
Tel: (617) 657-0575
BBO #558273

Dated: October __16__, 2006


## CERTIFICATION

I, Karen Augeri Benson, Esquire, hereby certify that on the __16th__ day of October, 2006, I served the foregoing Plaintiff, Beverly Pine's, Proposed Voir Dire, by mailing/hand delivering/faxing a true and complete copy of same, to:

John Reilly, Esquire
JOHN REILLY & ASSOCIATES
Summit West – Suite 330
300 Centerville Road
Warwick, RI 02886

/s/_____
Karen Augeri Benson