UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BEVERLY PINE                                    :
and ROBERT PINE,                                :
        Plaintiffs                   :
                                                :
v.                                              :          C.A. NO. 04-11518  NMG
                                                :
JEAN ARRUDA and HAWTHORNE                       :
COUNTRY CLUB, INC.                              :
        Defendants                   :

### Plaintiff's Witness List

1) Plaintiff, Beverly Pine, formerly of Middletown, Rhode Island, presently of Crystal River, Florida

2) Plaintiff, Robert Pine, formerly of Middletown, Rhode Island, presently of Crystal River, Florida

3) Orest Zaklynsky, MD., Newport, Rhode Island

4) Thomas Morgan, MD, Warwick, Rhode Island

5) Jean Arruda, 179 Hathaway Commons Road, Fall River, MA

6) Doug Turner, Pro at Hawthorne Country Club, Dartmouth, MA

7) Peggy Pavone, Auburn, Massachusetts

                                    The Plaintiffs,
                                    Beverly Pine and Robert Pine,
                                    By their Attorney,


                                    /s/_____
                                    Karen Augeri Benson, Esquire
                                    Law Office of Alan A. Amaral
                                    251 Bank Street
                                    Fall River, MA 02720
                                    Tel:  (508) 676-0011
                                    BBO #628469

Dated:  October ___16___, 2006

## CERTIFICATION

I, Karen Augeri Benson, Esquire, hereby certify that on the ____16th____ day of October, 2006, I served the foregoing Plaintiff, Beverly Pine's, Witness List, by mailing/hand delivering/faxing a true and complete copy of same, to:

John Reilly, Esquire
JOHN REILLY & ASSOCIATES
Summit West – Suite 330
300 Centerville Road
Warwick, RI 02886

/s/_____
Karen Augeri Benson