UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY PINE
and ROBERT PINE,
        Plaintiffs

v.                                        C.A. NO. 04-11518  NMG

JEAN ARRUDA,
        Defendants

## DEFENDANT'S EXHIBIT LIST

      A.    Rendering of typical golf cart (first exhibit marked during Mrs. Pine's deposition of June 6, 2005)

      B.    Series of fourteen (14) photographs of Hawthorne Country Club and/or golf cart

      C.    Pre-accident Medical Records of Newport Hospital Records (selected pre-accident records from approximately 1/3/76 - 3/29/01)

      D.    Pre-accident Medical Records of Joseph H, Friedman, M.D. (11/3/95 - 3/13/01)

      E.    Pre-accident Medical Records of Gerhard Friehs, M.D. (3/11/99 – 5/19/99)

      F.    Post-accident Medical Records of Jackie S. Fantes, M.D., Acquidneck Medical Associates, Inc., Newport, Rhode Island

      Defendant reserves the right to offer additional exhibits (and/or request a view of the Hawthorne Country Club) as may be necessitated by the exigencies of trial and/or offerings of the Plaintiffs.  Furthermore, Defendant reserves the right to (if appropriate) require that the Plaintiffs introduce any omitted parts of writings or records that ought in fairness to be considered contemporaneously with any exhibits offered by the Plaintiff pursuant to Rule 106 of the Federal Rules of Civil Procedure (Cf., <u>Beech Aircraft Corp. v. Rainey,</u> 102 L.E.d 2d 445).

        Defendant,
        Jean Arruda
        By her attorney,


        /s/ John B. Reilly
        John B. Reilly, Esq. BBO#545576
        John Reilly & Associates
        300 Centerville Road
        Summit West - Suite 330
        Warwick, Rhode Island 02886
        (401) 739-1800
        Fax (401) 738-9258

## **CERTIFICATION**

    It is hereby certified that a copy of the foregoing has been sent, via first class mail, postage prepaid, to **Christopher A. Perruzzi, Esq.**, Coletti, Murray, Perruzzi & O'Connor, LLC, 1495 Hancock Street, Suite 302, Quincy, Massachusetts 02169, this 16th day of October, 2006.

        /s/ John B. Reilly