UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY PINE
and ROBERT PINE,
   Plaintiffs

v.               C.A. NO. 04-11518  NMG

JEAN ARRUDA,
   Defendants

## DEFENDANT'S WITNESS LIST

  In accordance with this Court's Order of August 10, 2006, the following individuals may be called as witnesses and/or testify on behalf of the defendant, and/or provide rebuttal testimony at any trial of this matter:

  Jean Arruda (defendant), Fall River, Massachusetts

  Walter Arruda (defendant's husband), Fall River, Massachusetts

  Cynthia Labouliere (testimony perpetuated in videotaped deposition), Fall River,
    Massachusetts

  Gisel Papas, New Bedford, Massachusetts

  Elaine Glowacki, Tiverton, Rhode Island

  Edward Feldmann, M.D. (expert in neurology), Providence, Rhode Island

  Record Keeper or Designee (if necessary) of any or all of the following healthcare
  providers:

    Newport Hospital, Newport, Rhode Island

    Gerhard Friehs, M.D., Providence, Rhode Island

    Joseph H. Friedman, M.D., Pawtucket, Rhode Island

    Orest Zalkynsky, M.D., Newport, Rhode Island

    Gary M. Ferguson, M.D., Providence, Rhode Island

<u>University Orthopedics</u> (Physical Therapy), Providence, Rhode Island

<u>Jackie S. Fantes, M.D.</u>, Newport, Rhode Island

<u>Dr. Richard Wilk/Lahey Clinic</u>, Burlington, Massachusetts

<u>Grace A. Medeoros, M.D.</u>, Newport, Rhode Island

<u>James T. Pascilades, DPM</u>, Providence, Rhode Island

<u>Record Keeper or Designee of the Hawthorne Country Club</u>, North Dartmouth, Massachusetts

<u>All persons identified as potential witnesses by former co-defendant, Hawthorne Country Club, Inc.</u> to include specifically <u>Douglas Turner</u> of North Dartmouth, Massachusetts and/or <u>William Schuler</u>, Manager of Hillhouse Realty Inc. (owner of the Hawthorne Country Club)

<u>Any witnesses identified by the Plaintiff's</u> in their responses to interrogatory questions and/or during deposition testimony that they have given in this action.

<u>Record Keeper or Designee of Venture Vehicles, Inc.</u>, Boston, Massachusetts (Lessor of golf carts to Hawthorne Country Club, Inc.

           Defendant,
           Jean Arruda
           By her attorney,

           /s/ John B. Reilly
           John B. Reilly, Esq. BBO#545576
           John Reilly & Associates
           300 Centerville Road
           Summit West - Suite 330
           Warwick, Rhode Island 02886
           (401) 739-1800
           Fax (401) 738-9258

## **CERTIFICATION**

It is hereby certified that a copy of the foregoing has been sent, via first class mail, postage prepaid, to **Christopher A. Perruzzi, Esq.**, Coletti, Murray, Perruzzi & O'Connor, LLC, 1495 Hancock Street, Suite 302, Quincy, Massachusetts 02169, this 16th day of October, 2006.

           /s/ John B. Reilly