ANSWER: I definitely missed the companionship of my wife for over a year. She was very depressed and really kept to herself. She found it hard to open up to me. She really didn't know how I felt towards her anymore. Beverly and I always enjoyed doing things together. For over a year after sustaining her injuries, Beverly was not able to participate in and enjoy the many activities that we love. Golfing, fishing, motorcycling, going out to dinner, socializing with our friends at Montaup Country Club are things we like to do to spend time together and enjoy each other's company. For a lengthy period of time, Beverly just couldn't really do and enjoy these things mostly because of physical pain and discomfort. I'm not one to spend a lot of time with the guys, Beverly is the person I like to spend time with enjoying the above activities with, and for quite some time, since she was unable to, so was I.

8. State the name, address, date and nature of each treatment and each amount charged by any counselor, psychiatrist, clergy person, social worker, psychologist, physician, clinic, or other person with whom you consulted and/or treated concerning the injury, damages or losses claimed by you and/or described in your complaint.

ANSWER: None.

9. Identify any reports or records describing or discussing the claims being made by you as an alleged result of the injuries to your spouse upon which this case is based, state when and from whom the same were received, give the date and author of each, state the name and address of the person in possession or custody of the same.

ANSWER: I really do not understand the question. I have itemized all bills and have said the things I went without.

10. List the name and address of each <u>eyewitness</u> to the events which are the subject of this case, known to you, your attorney or any person acting in your behalf, identifying any such eyewitness related to you by blood or marriage.

4

ANSWER: None. I believe there were witnesses after it happened, I believe some people saw the golf cart on top of my wife. I know some people came running to help.

11. State the name and address of each clinic, emergency room or hospital at which treatment was sought for or with respect to those injuries, if any, you claim to have received as a result of the accident described in your complaint, give the exact date or dates upon which treatment was sought at any such clinic, emergency room or hospital, and set forth an itemized account of all charges or expenses incurred as a result of any visit to or treatment at the same.

ANSWER: None.

12. State the name and address of each nurse, therapist, or other person who may have been employed to provide household help or care as a result of or with respect to those injuries, if any, you claim to have received as a result of the accident described in your complaint, give the exact date or dates of the care; the length of time required, the amount of money paid per week to each person hired, and your relationship (blood or otherwise) to any such person or persons; any medical appliances or equipment required by you to care for your spouse's injuries, if so, describe it, identify the supplier by name and address, itemize the charge and state if you received a bill.

ANSWER: I was the one who took care of my wife. I was the nurse, household help, therapist, etc. Dr. Zacklynskie only had a nurse check my wife's leg after it got infected. I think it was for three or four days, but no nurse stayed with her.

13. If at any time since the accident described in your complaint, you have had any accident, injury, disease, or abnormality, please state the time and place of each such event or occurrence, the nature of each injury, disease or abnormality, the names and addresses of any health care provider or other person who treated, counseled or assisted you for the same and the dates of such treatment or assistance.

ANSWER: None.