14. If you had any health or accident insurance in effect at the time of this alleged accident, please state the name of the company or companies, the amount of money you received under such insurance, and the name or names of any doctors who may have examined you in relation to such insurance and what, if anything, was paid to you as a result of your claims, or as a result of any expenses listed in your response to the preceding interrogatory.

ANSWER:   None.

15. If you were employed or self-employed at the time of the alleged accident or incident to your spouse, please state the nature of your employment and length of time so employed; the name and address of your employer; your average weekly or monthly earnings at the time of the alleged accident or incident; the period of time, (including specific dates), during which you were prevented from carrying on your usual occupation; the date or dates upon which you first returned to work (part-time or full-time).

ANSWER:   I have worked for Stop&Shop since 1966 till present; Full time Produce; used one weeks vacation during the time of accident; used 2nd week when Beverly had to have first operation on left shoulder; used third week when Beverly has operation from a non-union broken clavicle on right shoulder; used three sick days at time of accident before taking first vacation. Accident happened in the middle of the week; used other sick days when Beverly has real bad days and I could not get help from family;

Wages at the time of accident were as follows: Hourly = $20.58; Weekly = $823.00, without Sunday overtime, based on 40 hours.; Monthly = $3,292.00 – based on 40 hour weeks.

Three weeks vacation lost due to accident; six sick days lost due to accident; $823.00 x 3 = $2,469.00 for lost vacations; 164.60 x 6 = $987.60; Total = $3,456.60 – loss of work, I also took a Sunday off, which would have been time and one-half.

6

16. If you are working at the present time, please state the name and address of your employer, if any; the nature of your work; the average weekly earnings from such work; and the length of time you have been engaged in such work.

ANSWER: Stop&Shop, Newport, RI 02840

Produce – Full time. 38 years – 1966

Weekly earnings = $886.00 without Sunday overtime hours – average three Sundays a month.

Yearly earnings = $54,000.00

17. If any portion of your claim implies or includes an allegation that you have been or will be deprived of the sexual intimacy or services of your spouse, please describe your claim in such regard with particularity, including in your answer, the type of services or intimacy allegedly lost, the frequency of the same, any changes in the quality of the same, the name and address of every clergyman, counselor, social worker, health care provider (whether licensed or unlicensed), or person to whom you confided your domestic affairs relating to these matters.

ANSWER: We had no intimate relations for over a year after the accident. Understand my wife was fragile everything hurt. She had broken ribs, bruises and a leg that almost got chopped off, a hole in her thigh and a non-union clavicle that we did not know existed. She knew she was in pain. It was not till the spring of 2002 when she tried to swing a club. She knew then, something was not right. Dr. Ferguson took another X-Ray of her clavicle to find it never connected together. Finally, we saw Dr. Wilk at the Lahey Clinic in the Summer of 2002, and he joined them together with a titanium plate. Six or seven weeks later we had intimate relations.

18. Describe any daily activities, hobbies, or other personal pursuits you enjoyed with your spouse before the accident described in your complaint, but which you (alone or with your spouse) were unable to enjoy at any time after the accident as an alleged consequence of the same.