# Exhibit "B"

```
 1              UNITED STATES DISTRICT COURT

 2               DISTRICT OF MASSACHUSETTS

 3
   * * * * * * * * *
 4  BEVERLY PINE          *
    and ROBERT PINE       *
 5                        *
       VS.                *   C.A. NO.04-11518 NMG
 6                        *
    JEAN ARRUDA and HAWTHORN *
 7  COUNTRY CLUB, INC.    *
                          *
 8  * * * * * * * * *

 9
            DEPOSITION OF ROBERT PINE, PLAINTIFF, in the
10  above-entitled cause, taken on behalf of the
    Defendant, pursuant to notice, before Angela
11  San Souci, a Notary Public in and for the State of
    Rhode Island, at the offices of JOHN REILLY &
12  ASSOCIATES, 300 Centerville Road, Suite 300, Warwick,
    Rhode Island, on August 16, 2005, at 10:00 a.m.
13

14   APPEARANCES:

15   For the Plaintiff.....LAW OFFICES OF ALAN A. AMARAL
             BY:  Karen Augeri Benson, Esquire
16
     For the Defendant......JOHN REILLY & ASSOCIATES
17             BY:  John B. Reilly, Esquire

18   For the Defendant......MORRISON MAHONEY, LLP
             BY:  Michael T. Farley, Esquire
19

20

21            MERANDI COURT REPORTING
               15 Chedell Avenue
22            East Providence, RI 02914
                 (401) 434-4579
23
```

24

118

1   A. I could have said a statement to the

2  greenskeeper when I was talking to him on the phone,

3  about how the golf bag could fall on the gas pedal

4  and make the golf cart take off. I could have. I

5  don't know.

6   Q. Have you ever taken any action regarding

7  Yamaha Golf Company? In other words, you may have

8  sent them a notice or made a claim to them or

9  anything like that?

10   A. No.

11     MR. REILLY: That's all I have.

12     EXAMINATION BY MR. FARLEY

13   Q. I'll be very brief. Mr. Pine, my name is

14  Michael Farley, we've met before. As you know, I

15  represent Hawthorne Country Club. I'm just going to

16  ask you very few questions about the conversation you

17  had with the greenskeeper. Do you remember when that

18  conversation took place?

19   A. I think it was the day after the accident.

20   Q.  Do you remember the name of the person to

21   whom you spoke?

22   A.  No.

23   Q.  Was that the only conversation you had with

24   anybody from Hawthorne?

MERANDI COURT REPORTING
(401) 434-4579

119

1   A.  I think so.

2   Q.  And do you know how you got the telephone

3   number?

4   A.  I looked -- I asked information, I believe,

5   the operator.

6   Q.  Do you know, did you have to ask for

7   somebody, was there a receptionist who answered the

8   phone?

9   A.  I think it was the bartender.

10  Q.  Okay.  Did you ask for a greenskeeper, a

11  pro?  Do you remember what you asked for?

12  A.  I asked -- I think I said to the guy that

13  answered the phone originally if there was someone I

14  could talk to about the accident that just happened.

15  And I believe he referred me to this greenskeeper.

16  Q.  Okay.  Do you know how old the person was?

17  A.  I was on the telephone.

18  Q.  Yes.  Do you know if it was someone who was

19  in a supervisory position or did you get that

20  impression from your phone call?

21  A.  No, I -- I -- I -- the impression I got was

22   that he was just somebody who was there, answered the

23   phone.

24       Q.   Okay.  You testified earlier that this

       MERANDI COURT REPORTING
         (401) 434-4579

120

1  person told you what he had heard and also indicated
2  that he observed the golf cart up against the tree.
3  Did he tell you anything else or do you remember
4  anything else from the conversation besides what
5  you've already said?
6     A.  No.  He said it went across the fairway and
7  got stuck in the woods.  That's basically what he
8  said.
9     Q.  Okay.  Can you give an estimate of about how
10  long that conversation took?
11    A.  Maybe a minute.
12    Q.  Okay.
13    A.  Minute and a half.  I don't know.
14       MR. FARLEY:  That's all I have.  Thank
15  you very much for your time, Mr. Pine.
16       THE WITNESS:  Wow, that was fast.
17  You've got to take lessons.
18       MR. REILLY:  All set.
19       THE COURT REPORTER:  Mr. Farley, would
20  you like a copy of the transcript?
21       MR. FARLEY:  I would, please.

22          MR. REILLY: I'm going to leave the

23    original exhibits with the reporter.

24          (DEPOSITION CONCLUDED 1:25 p.m.)


      MERANDI COURT REPORTING
        (401) 434-4579