UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY PINE
and ROBERT PINE
    Plaintiffs

VS.                                                           C.A. NO. 04-11518 NMG

JEAN ARRUDA,
    Defendant

## SPECIAL VERDICT FORM

Gorton, U.S.D.J.

**Consideration of Defendant's Actions**

    Q.1.  Did the plaintiffs prove that Ms. Arruda was negligent?

                    _____ Yes         _____ No

(If you answered "Yes" to Q.1., go to Q.2. If you answered "No" to Q.1, your verdict is for the defendant and you should not proceed further except to date and sign this Verdict Form and return to the courtroom).

    Q.2.  Did the plaintiff, Beverly Pine, prove that negligence on the part of the defendant, Jean Arruda, was a substantial, contributing cause of her injuries?

                    _____ Yes         _____ No

(If you answered "Yes" to Q.2., go to Q.3. If you answered "No" to Q.2., your deliberations are over and you should not proceed further except to date and sign this Verdict Form and return to the courtroom).

    Q.3.  If you answered Q.2. "Yes", what sum of money, expressed in dollars, represents the damages suffered by Beverly Pine?

                $_____
                    (Amount in numbers)

                (Please write the number of dollars in words and
                 be certain that the two sums are identical.)

                _____
                     (Amount in words)

Q.4.  Was the negligence of the defendant, Jean Arruda, a substantially contributing cause of any loss of consortium to plaintiff, Robert Pine?

_____ Yes      _____ No

(If you answered "Yes" to Q.4, go to Q.5.  If you answered "No" to Q.4., you should not proceed further except to date and sign this Verdict Form and return to the courtroom).

Q.5.  Did the plaintiff, Robert Pine, prove that the injuries, if any, suffered by his wife, Beverly Pine, were a substantial contributing cause of any loss of consortium to him?

_____ Yes      _____ No

(If you answered "Yes" to Q.5, go to Q.6.  If you answered "No" to Q.5., you should not proceed further except to date and sign this Verdict Form and return to the courtroom).

Q.6.  What sum of money, expressed in dollars, represents the damages suffered by Robert Pine for the loss of the consortium of his wife, Beverly Pine?

$_____
(Amount in numbers)

(Please write the number of dollars in words
and be certain that the two sums are identical.)

_____
(Amount in words)


I certify that the members of the jury unanimously concur in the above verdict.


DATE: _____        _____
                                     JURY FOREPERSON

## CERTIFICATION

      It is hereby certified that a copy of the foregoing has been sent, via first class mail, postage prepaid, to **Christopher A. Perruzzi, Esq.**, Coletti, Murray, Perruzzi & O'Connor, LLC, 1495 Hancock Street, Suite 302, Quincy, Massachusetts 02169, this 23rd day of October, 2006.

                                              /s/ John B. Reilly