UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BEVERLY PINE                         :
and ROBERT PINE,                     :
    Plaintiffs                    :
                                  :
v.                                   :    C.A. NO. 04-11518 NMG
                                  :
JEAN ARRUDA                          :
    Defendants                    :

**SPECIAL JURY VERDICT**

1. Was the Defendant, Jean Arruda, negligent?

    Yes_____   No _____

If your answer to Question 1 is "Yes," please go to Question 2.
If your answer to Question 1 is "No," stop here, sign the verdict slip, and return to the Courtroom.

2. Was the Defendant, Jean Arruda's negligence a substantial contributing cause of the Plaintiff Beverly Pine's injuries?

    Yes _____   No _____

If your answer to Question 2 is "Yes," please go to Question 3.
If your answer to Question 2 is "No," stop here, sigh the verdict slip, and return to the Courtroom.

3. Please state, in words and numbers, the amount of money that you find would fairly and adequately compensate the Plaintiff, Beverly Pine for her injuries?

    _____
    Amount in Words

    $_____
    Amount in Numbers

After you have answered Question 3, please answer Question 4.

4. Was Plaintiff, Beverly Pine negligent?

Yes _____ No _____

If your answer to Question 4 is "Yes," please go to Question 5.
If your answer to Question 4 is "No," stop here, sign the verdict slip, and return to the Courtroom.

5. Was the Plaintiff, Beverly Pine's own negligence a contributing case of her injuries?

Yes _____ No _____

If your answer to Question 5 is "Yes," please go to Question 6.
If your answer to Question 5 is "No," stop here, sign the verdict slip, and return to the Courtroom.

6. What percentage of the total negligence do you attribute to:

The negligence of the Defendant?        _____%

The negligence of the Plaintiff?         _____%

YOUR ANSWERS MUST TOTAL        100%

7. Was the Defendant, Jean Arruda's negligence a substantial contributing cause of the Plaintiff Robert Pine's injuries?

Yes _____ No _____

If your answer to Question 7 is "Yes," please go to Question 3.
If your answer to Question 7 is "No," stop here, sign the verdict slip, and return to the Courtroom.

8. Please state, in words and numbers, the amount of money that you find would fairly and adequately compensate the Plaintiff, Robert Pine for his injuries?

_____
           Amount in Words

$_____
           Amount in Numbers

2

I CERTIFY THAT EACH OF THE QUESTIONS ANSWERED ABOVE WAS ANSWERED BY AT LEAST _____ OF THE JURORS

_____
Foreperson of the Jury

Date: