Page 85

| | | |
|---|---|---|
| 1 | Q. | And were the Arrudas still there when he arrived? |
| 2 | A. | Yes, they were. |
| 3 | Q. | How long were you at St. Luke's? |
| 4 | A. | For four or five days. |
| 5 | Q. | After that, what happened?  Where did you go? |
| 6 | A. | I went home, and I had an infection in the lower |
| 7 | | limb, and I went to the Newport Hospital. |
| 8 | Q. | The lower limb, being the right leg? |
| 9 | A. | Yes.  It was just a bad place to get a cut. |
| 10 | Q. | Sure.  Now, were you admitted to the Newport |
| 11 | | Hospital? |
| 12 | A. | Yes, I was. |
| 13 | Q. | Who did you see there? |
| 14 | A. | I think -- I don't know if the doctor --- the doctor |
| 15 | | at the hospital, I guess, emergency took me.  The |
| 16 | | emergency doctor came in. |
| 17 | Q. | Did you eventually see anyone that you -- became |
| 18 | | your attending physician? |
| 19 | A. | I believe it was Dr. Zalkynsky. |
| 20 | Q. | Is that spelled -- that's a difficult one -- |
| 21 | | Z-A-L-K-Y-N-S-K-Y? |
| 22 | A. | Yes. |
| 23 | Q. | Orest? |
| 24 | A. | Yes. |

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

