UNITED STATES DISTRICT COURT
STATE OF MASSACHUSETTS

Beverly Pine and Robert Pine :
Plaintiffs :
:
Vs. :   C.A. No. 04 11518NMG
:
Jean Arruda, and :
Hawthorne Country Club, Inc. :
Defendants :

**PLAINTIFFS INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)
OF THE F.R.C.P. AND LOCAL RULE 26.2**

Now come the Plaintiffs, by and through counsel, and hereby furnish the following initial disclosures:

A. **Witnesses likely to have discoverable information relevant to the allegations of the Verified Complaint.**

   1. Jean Arruda, 179 Hathaway Commons Road, Fall River, Massachusetts.

   2. Beverly Pine, Middletown, Rhode Island.

   3. Douglas J. Turner, Hawthorne Country Club, North Dartmouth, Massachusetts.

There may be other witnesses who have been inadvertently omitted, whose identity is currently unknown, and/or whose testimony may become relevant during the course of discovery. There may also be expert witnesses whose reports and opinions will be furnished during the course of general discovery. In all such events, Pine reserves the right to identify and add such additional person(s).



B. <u>Documents relevant to the allegations of the Plaintiffs' Verified Complaint</u>

| DATE | DESCRIPTION |
|---|---|
| 07/30/01 | Southcoast Hospitals Group |
| 08/31/01 | Orest Zaklynsky, M.D. - medical rpt Bills |
| 07/15/01 | Newort Hosp - admitted 7/15/01 discharged 7/18/01 |
| 07/15/01 | Newport Hosp - Dr. Zaklynsky consult and office notes of 8/15/01 - 8/17/01 |
| 04/23/01 | Medical bills - London Health and Dr. Ferguson |
| 10/17/01 | (08/01/01 - 10/17/01) |
| 12/06/01 | University Orthopedics medical bills (Dr. Ferguson) treatment dates 07/15/01 - 11/21/01 |
| 07/15/01 | Dr. Ferguson surgical treatment (07/15/01) |
| 1/10/03 | Lahey Clinic (9 pages) - Dr. Wilk's Operative Report (7/31/02 - 8/5/02) Lahey Clinic Bills (5/31/02 - 10/25/02) |
| 9/14/03 | Lahey Clinic (17 pages) - Dr. Wilk's chart notes (5/31/02 - 9/10/02) |
| 10/23/03 | Lahey Clinic Dr. Wilk's Narrative Report |
| 7/13/01 | St. Luke's Hospital - Treatment Record Admitted: 7/11/01 - Discharged: 7/13/01 |
| 7/11/01 | London Health Administration |
| 1/15/04 | University Orthopedics Physical Therapy Records |

| DATE | DESCRIPTION |
|---|---|
| 1/15/04 | University Orthopedics Physical Therapy Bills |
| 7/11/01 | Stat Ambulance Services Report |
| 6/13/04 | London Health Administrators |

C. <u>Computation of any category of damages claims.</u>

| | |
|---|---|
| Special Damages - Medicals - | $ 29,789.04 +/- |
| Plaintiffs' Out-of-Pocket - | $     960.25 |
| Loss of Consortium - | $100,000.00 |
| Pain and Suffering - | $330,000.00 |
| Loss of Function, scarring, disfigurement | $290,000.00 |
| TOTAL: | $750,749.29 |

D. <u>Insurance Agreement under which any person carrying on in an insurance business may be liable to satisfy part or all of a judgment.</u>

None Known

Plaintiffs,
By their Attorney,

*Karen Augeri Benson*
Karen Augeri Benson
Law Office of Alan A. Amaral
251 Bank Street
Fall River, MA 02720
(508) 676-0011
BBO# 628469

Dated: December 14, 2004

## CERTIFICATE OF SERVICE

I, Karen Augeri Benson, Esquire, hereby certify that on this 14 day of December, 2004, I served the foregoing Plaintiffs' Initial Disclosure Pursuant to Rule 26(a)(1), by mailing a true and complete copy of same, postage prepaid, to

John B. Reilly
JOHN REILLY & ASSOCIATES
300 Centerville Road
Summit West - Suite 330
Warwick, RI 02886

Lauren Motola-Davis
MORRISON MAHONEY, LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141

/s/ Karen Augeri Benson
Karen Augeri Benson