60

1   A.   I believe all four players are on the
2   card.
3   Q.   Okay.  So we have four players, two
4   cards and one person keeping score?
5   A.   Nope.  Two people would be keeping
6   score, one on each card, on each cart.  In
7   tournaments one would be keeping the gross score
8   and one would be keeping the net score.
9   Q.   And what's the different between the
10  gross score and the net score?
11  A.   The gross is what you actually take to
12  get the ball into the hole.  The net score is
13  whatever that number is minus your handicap.
14  Q.   Okay.  Thank you.  And what becomes of
15  this score card at the end of the tournament?
16  A.   They're turned into the people so that
17  they can figure who won.
18  Q.   Okay.  And the people, when you say
19  "the people," do you know who at Hawthorne
20  Country Club collects the score cards?
21  A.   That would be the director of golf, I
22  believe.  It was Doug that day who took those
23  score cards but it never got to that point.
24  Q.   That would be Doug Turner when you say

GOUDREAU & GROSSI COURT REPORTING (508) 823-4

EXHIBIT D

154

```
 1     Q.   How about the day of this tournament,
 2  what would the Ladies Golf Association have been
 3  responsible for?
 4     A.   For making sure all the monies are
 5  collected and arranging for the dinner of that
 6  tournament after and just decorations.
 7     Q.   Now, you said that after you treated
 8  at St. Luke's, you went back to the course?
 9     A.   Yeah.
10     Q.   And what did you do?
11     A.   I just stayed in the car and we
12  collected, my husband was driving so we
13  collected whatever I left behind.
14     Q.   And what about Ms. Pine's clubs, where
15  were they?
16     A.   I don't know.
17     Q.   Do you know where the cart ends up?
18     A.   I was told it ends up in the woods
19  near the 3rd and 4th hole.
20     Q.   Who told that you?
21     A.   The director of golf, Doug Turner.
22     Q.   And when did he tell you that?
23     A.   I don't know.
24     Q.   After the events of that day, did you
```

GOUDREAU & GROSSI COURT REPORTING (508) 823-46

EXHIBIT D