This is Peggy Pavone speaking. I'm calling from National Grange Mutual Insurance Company. The telephone number is (508) 832-7171. I'm interviewing umm Jeannie Arruda regarding an incident, which occurred on July 11, 2001. Today's date is January 10, 2002 and the approximate time is 10:40 am.

Q. Miss. Arruda do you realize I'm recording this interview?

A. Yes I do.

Q. And do I have your permission to record it?

A. Yes.

Q. Would you please state your full name and spell your last?

A. Jeannie Norma Arruda A-r-r-u-d-a.

Q. And what is your home address?

A. 179 Hathaway Commons Road, Fall River, Massachusetts 02720.

Q. Your home telephone number?

A. 508-

Q. What is your date of birth?

A. 9/20/55.

Q. And your social security number?

A.

Q. Umm are you presently employed?

A. Yes.

Q. And where is that?

A. Eye Physicians and Surgeons of Fall River.

Q. Is there a business number that you could be reached at?

A. Ahh yes it's 508-



EXHIBIT C

Jeannie Arruda
January 10, 2002
Page 2

Q. And is that the number we're speaking on now?

A. It is.

Q. Ok. We're speaking of an incident, which occurred back in umm July. Umm can you tell me where this incident occurred?

A. It occurred at Hawthorne Country Club.

Q. And where is that?

A. That's in Dartmouth, Massachusetts.

Q. Ok. Umm now what was going on that day, why were you there at the time?

A. Umm it was a member/guest tournament, golf tournament.

Q. Ok. And umm what time did this begin?

A. Ahh at 8:00. The actually golfing began at 8:00.

Q. What time did you arrive there at the country club?

A. Umm probably umm quarter to seven, between six-thirty and quarter to seven.

Q. Ok. And do you recall the weather conditions that day?

A. At the time of arrival they were fine, at that time.

Q. Ok.

A. That day it depends on what time of the day your talking.

Q. Ok.

A. It did change.

Q. All right. They changed as the day went on.

A. Yes.

Q. Umm now when you arrived at the country club, what was your first umm what did you umm rent a cart or how?

A. Well the tournament is carts are provided for the tournament.

Q. Ok. So when you arrived at the country club what what was your first, did you go into the club or anything or?

A. Yes. You gather there and they provide a breakfast before the tournament begins.

Q. Ok. And what time did you go outside to get into the club umm the cart?

A. Approximately 8:00.

Q. Ok. And first thing you you grabbed a cart?

A. The carts are assigned to you.

Q. Ok. Umm where were those located?

A. They were positioned in different areas of the parking lot and that that was set up by the golf director depending on what hole you would start golfing on.

Q. Ok. Now who was with you on on that particular day?

A. Who in my foursome or who in the whole golf tournament?

Q. Umm the foursome.

A. Ok. In my foursome was my guest Beverly Pines, a another person a Cynthia Labooliere and an Elaine Glowacki.

Q. Ok. And you were all in the same cart or how?

A. No. The cart can only hold two people so there was two carts for every four people playing golf.

Q. Ok. Did you place your golf clubs into the cart?

A. They're placed on the back of the cart.

Q. On the back Ok. And who did that?

A. Umm that was done by the umm their men who set up, you know, the tournament and they put our cart of golf clubs on the cart.

Q. So umm when you took them out of your vehicle they took them from you at that point or?

Jeannie Arruda
January 10, 2002
Page 4

A. Yes. I mean mine is located inside the golf club so they took them from the club and put them on the cart. But when people came with their clubs they would take them from them and place them on the carts.

Q. Ok. And how about Beverly Pine, where were her umm where was her bag located?

A. It was located on the back of the golf cart behind the passenger seat.

Q. Ok. Did she umm did she bring her clubs with her or were they also at the club?

A. No she brought hers with her.

Q. Ok. So the men took them out and put them into or took them from her?

A. They would take them from her and put them on the cart yes.

Q. Ok. All right. And you proceeded out to begin the golf?

A. Yes.

Q. Ok. Umm now from what I understand the weather changed and you were called in?

A. Yes. It was it was beginning to thunder you know the skies were darkening and you could tell there was a storm coming and they did call us in at that time.

Q. Ok. Umm could you approximate how long you played for or what time that was?

A. Ahh I'm I'm not sure but it was probably close to 2 hours that we played so it was 10 or after when they called us in, I would think.

Q. Ok.

A. I don't really remember.

Q. Ok. And what did you do once you were called in, where where was the cart located?

A. Umm that was located inside the oh excuse me I have a phone call on the other line can I put you on hold?

Q. Sure.

A. Ok. Hold on thank you.

(Short hold – radio playing)

A. Hi I'm sorry.

Q. No problem.

A. I'm at work so . . .

Q. Ok.

A. I may be interrupted. Umm so where were we. Oh when we were called in the cart was parked in the parking umm hard to description where not having a picture or anything but it was where the lower parking lot where the cars are located and then we proceeded to some of us, most of us took the clubs off of the cart and brought 'em into where there was a covering so that they wouldn't become wet.

Q. Ok. And did you take yours off at the time?

A. Yes.

Q. And how about Beverly Pine?

A. She took hers off and she placed hers inside of the cart.

Q. In the front where the driver and passenger would ride?

A. Right. She placed them on the passenger side.

Q. Ok. Umm now what happened after that?

A. Umm well after that we were in a Elaine Glowacki and Cynthia also took their clubs off of their cart and brought them in to where it would be dry over the covering. When we were in the clubhouse it really began to storm and torrential rains coming down, thunder, lightening and myself remembering that Beverly had left her clubs in the cart I let her know that I would go out and get them so that they would not be drenched with the rain coming in. So I went out to get her clubs.

Q. Ok. Now why didn't Beverly bring hers in under the covering?

A. I really don't know. I don't know.

Q. But she took them from the back of the cart and put them into the passenger side front?

A. Yes. She took them from the cart and she placed them in the cart.

Q. Ok. What type of cart was this? Was it a umm electric or?

A. Oh I don't know. I know it's a Yamaha cart. Umm I don't know if it's electric or gas.