Jeanne Arruda
January 10, 2002
Page 6

Q. Ok. Ok. Umm so you went outside to get the clubs her clubs?

A. Yes. Mmhmm.

Q. And then what happened?

A. Well then I noticed when I it was it was torrential rains and I noticed that there was a place under the overhang that had a spot where you could bring the cart up to get dry so instead of you know I ran to the cart getting wet at the time but I got in and I drove the cart to the overhang.

Q. Ok.

A. And stopped it there. At the same time Beverly came out following me and I told her to stay there and I would get them for her. And she came out and she was standing in front of the cart.

Q. Ok. Umm so you went to went around from the driver's side to the passenger's side?

A. Yah once I put the brake I I you know stopped the cart, put the brake on, I got out of the cart and I went around to the passenger side ahh she had asked me you know if the clubs would be ok there and I says well you know let me let me get them for you. You know as I was proceeding around and I got to the passenger side what must of happened is clubs slipped and hit hit the gas pedal. I don't know because it was something that happened so fast but I could hear the and see the golf cart move forward.

Q. Did you touch the bag prior to the cart moving or?

A. I I I don't even know. I don't remember, I was coming around to the passenger side so I I I was just there at the time. What actually at that moment I don't know if my hands were on the bag if they weren't on the bag, I was just at the passenger side. When this started happened the machine was moving forward at that time.

Q. Ok. Is there any kind of umm separation in the cart between the driver and the passenger seat?

A. You know I don't even know to be honest with you. I I don't normally like I don't have a cart that I use regularly there so I'm not sure how and we rent carts on vacation and they're all different. And I don't remember how that one it set up.

Q. Ok. Is there a key to the cart?

A. Yes.

Q. Were the key were the keys left in the cart when you . . .

Jeanne Arruda
January 10, 2002
Page 7

A. Yes.

Q. after you had parked it again?

A. Yes.

Q. Ok. And umm was it running or I mean how was it running at the time?

A. Umm the cart was stopped and the brake was on. The way we leave it as we're golfing.

Q. Ok.

A. I I would assume it's still running yes.

Q. Ok.

A. That's how the carts are always like you know handled.

Q. Ok. Umm . . .

A. But you don't stop and turn the key off every time you stop the cart and get out.

Q. Ok.

A. Right.

Q. Umm but you did set the brake when you got out of it?

A. Oh yes absolutely.

Q. And what type of brake, was it a hand brake or?

A. No it's a foot pedal brake.

Q. Ok. And is there anything special that you have to do to it?

A. Just push it down, that's it. But when you push on the accelerator it then lifts the brake off.

Q. Ok. So when you push the brake down it stays down?

A. Yes.

Q. It stays in place ok?

A. Yes it does.

January 10, 2002
Page 8

Q. And is that normal on carts umm?

A. Yes, that's how they basically all work.

Q. Ok. Umm so once the bag slipped did it hit the gas pedal is that what?

A. I don't know. I I at that time I'm assuming that's what happened because the cart began to move forward and at the time no one really knew what was going.

Q. Ok. Umm now after the car began to move forward what happened or?

A. Well Beverly umm started to back up because she was in front of the cart and she began to back just step backwards and she I I believe because I was on the passenger side and I couldn't really see everything going on but I believe she backed up and maybe hit the railroad tie that's right on the cement going into the first fairway where there's grass.

Q. Ok.

A. Because she then fell backwards.

Q. Had the cart hit her at that point?

A. I don't know umm if it was at that time if it did actually hit her at that time or if she was just backing up in the trying to avoid being hit. I'm not sure.

Q. Ok. Umm but the cart did eventually hit her?

A. Well she then fell into the grass area and the cart still proceeded forward and did go over her, it did hit her or ran over her.

Q. Ok. And then what happ you attempted to move the cart from her?

A. Well at that point the cart was on top of her, I could see her hair on the side and I bent down and I lifted the cart from the back bumper and I lifted it up and threw it over her so that it would not be on her anymore.

Q. Ok. And you were also thrown from what I understand?

A. Yes. I ahh from doing that umm I was thrown forward and I rolled and landed on my stomach on the ground.

Q. Ok. And the EMT's arrived after that?

Arruda
January 10, 2002
Page 9

A. Yah. Ahh they arrived after that at some point and ahh it was still torrential rains and lightening right in the vicinity that we were at. It took them a little bit to come out and to get us but umm they did come out and get us and bring us in.

Q. Ok. And were you both taken by ambulance?

A. Yes.

Q. Were there any other parties around when this was all occurring?

A. No. Not to my recollection. It was just her and I.

Q. Ok. And did people come out afterwards?

A. Yes.

Q. Did somebody see what was going on or?

A. Well they saw what had happened after the fact.

Q. Ok.

A. When we were you know on the ground.

Q. To your knowledge was there was there a police investigation done or umm did any authorities come besides the ambulance, the EMT's?

A. No. To my knowledge no.

Q. Ok.

A. I was never contacted if there was.

Q. Ok. And did the country club did they take a report of what happened?

A. Not from me.

Q. Ok. Umm are there any other facts about the incident that you recall and would like to add?

A. No. I I do believe that that's that to the best of my recollection what happened.

Q. And have you understood all the questions I've asked?

A. Yes.

Jeannie Arruda
January 10, 2002
Page 10

Q. Have all your answers been the truth to the best of your knowledge?

A. Absolutely.

Q. Thank you for the interview and with your permission I'll turn off the recorder?

A. Ok. Sure.

Q. Thank you.

A. Your welcome.

Jeannie Arruda
January 10, 2002
Page 10