UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**BEVERLY PINE**
**and ROBERT PINE,**
             **Plaintiffs**

v.                                                C.A. NO. 04-11518  NMG

**JEAN ARRUDA and HAWTHORNE**
**COUNTRY CLUB, INC.**
             **Defendants**

### DEFENDANT'S MOTION TO QUASH SUBPOENA SERVED UPON PEGGY PAVONE

Defendant, Jean Arruda (hereinafter "Arruda") hereby moves that this court enter an order, quashing the subpoena that plaintiffs served upon Peggy Pavone (hereinafter "Pavone") of the National Grange Mutual Insurance Company (hereinafter "NGM").

In support of this request, Arruda furnishes and incorporates, by reference, an accompanying memorandum of law.

                                           Defendant,
                                           Jean Arruda
                                           By her attorney,

                                           */s/ John B. Reilly*
                                           John B. Reilly, Esq. BBO#545576
                                           John Reilly & Associates
                                           300 Centerville Road
                                           Summit West - Suite 330
                                           Warwick, Rhode Island 02886
                                           (401) 739-1800
                                           Fax (401) 738-9258

### CERTIFICATION

It is hereby certified that a copy of the foregoing has been sent, via first class mail, postage prepaid, to **Christopher A. Perruzzi, Esq.**, Coletti, Murray, Perruzzi & O'Connor, LLC, 1495 Hancock Street, Suite 302, Quincy, Massachusetts 02169, this _26_ day of October, 2006.

                                           _/s/ John B. Reilly_____