# Exhibit "A"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BEVERLY PINE
and ROBERT PINE,
Plaintiffs

v.

JEAN ARRUDA
Defendant

C.A. NO. 04-11518 NMG

### SUBPOENA

TO: Peggy Pavone
Nationaly Grange Mutual Insurance Company
27 Midstate Drive
Auburn, MA 01501-1896

You are hereby commanded, in the name of the United States District Court for the District of Massachusetts, to appear before the said United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210 on the 31st day of October, 2006, at 9 o'clock in the forenoon, and from day to day thereafter, until the action hereinafter named is heard by said Court, to give evidence of what you know, then and there to be heard and tried between Beverly Pine and Robert Pine v. Jean Arruda, Docket No. 04-11518 NMG. You are also hereby commanded to bring with you any and all tangible objects, records, reports, or other documents which may in any manner or form pertain to, or be evidence in the above-mentioned matter or any the aforementioned parties.

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

Dated at Fall River, Massachusetts the 24 day of October, 2006.

_Karen Augeri Benson_
Karen Augeri Benson – Notary Public
My Commission Expires: 12/3/2010

KAREN AUGERI BENSON
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 3, 2010

A TRUE COPY ATTEST
B.H. KANIES - PROCESS SERVER
& DISINTERESTED PERSON
DATE: 10/25/06