UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BEVERLY PINE                          :
and ROBERT PINE,                      :
    Plaintiffs                    :
                                      :
v.                                    :     C.A. NO. 04-11518 NMG
                                      :
JEAN ARRUDA and HAWTHORNE             :
COUNTRY CLUB, INC.                    :
    Defendants                    :

## Plaintiff's Exhibit List

**Description**                                             **Exhibit Number**

Medical Bills of Plaintiff Beverly Pine                     (See attached itemized list)
For the period 7/11/2001 to 10/25/2002

Treatment Records of Plaintiff Beverly Pine
For the period 7/11/2001 to present                         (See attached itemized list)

Medical Report of Dr. Thomas Morgan
Dated: 7/21/2006

Curriculum Vitae of Thomas F. Morgan, M.D.
Dated: 9/15/05

Photographs of Plaintiff

    Taken by Kim Fuller on or about 4/6/04
    Taken on or about July 2001

Photographs of Hawthorne Country Club

Medical treatment record of Jean Arruda
Dated: 7/11/2001
St. Luke's Hospital Emergency Department

Transcript of Statement of Jean Arruda
Taken: 1/10/02

Golf Clubs of Beverly Pine

Photocopy/Chalk of Golf Cart

Chalk of Hawthorne Country Club premises.

The Plaintiffs,<br>
Beverly Pine and Robert Pine,<br>
By their Attorney,<br>
<br>
/s/_____<br>
Karen Augeri Benson, Esquire<br>
Law Office of Alan A. Amaral<br>
251 Bank Street<br>
Fall River, MA 02720<br>
Tel: (508) 676-0011<br>
BBO #628469

Dated: October __16__, 2006

## CERTIFICATION

I, Karen Augeri Benson, Esquire, hereby certify that on the __16th__ day of October, 2006, I served the foregoing Plaintiff, Beverly Pine's, Exhibit List, by mailing/hand delivering/faxing a true and complete copy of same, to:

John Reilly, Esquire
JOHN REILLY & ASSOCIATES
Summit West – Suite 330
300 Centerville Road
Warwick, RI 02886

/s/_____<br>
Karen Augeri Benson