**Beverly Pine - Dkt. #0411518 NMG**
**Plaintiff's Medical Bills**

| Date of Bill | Description | Amount | Tab |
|---|---|---|---|
| 7/17/01 | Stat Ambulance Service, Inc. <br> Date of Service: 7/11/01 | $ 897.00 | 1 |
| 7/30/01 | Southcoast Hospital Group <br> treatment: 7/11/01 to 7/13/01 | $4,302.03 | 2 |
| 8/13/01 | RAD Assoc. New Bedford <br> (Services rendered at S1.Luke's) <br> Date of Service: 7/11/01 - 7/12/01 | $ 235.00 | 3 |
| 9/6/01 | London Health Administrators, LTD. <br> Newport Hospital <br> Date of Service: 7/15/01 - 7/18/01 | $3,798.86 | 4 |
| 9/6/01 | London Health Administrators, LTD <br> Southcoast Hospital <br> Date of Service: 7/11/01 | $ 265.00 | 5 |
| 9/7/01 | London Health Administrators, LTD <br> Orest Zaklynsky, M.D. <br> Date of Service: 7/14/01 - 7/18/01 | $ 450.00 | 6 |
| 9/13/01 | London Health Administrators, LTD <br> Newport Emergency Physicians <br> Date of Service: 7/14/01 | $ 180.00 | 7 |
| 9/13/01 | London Health Administrators, LTD. <br> Newport Hospital <br> Date of Service: 3/16/01 | $ 545.49 | 8 |
| 9/17/01 | London Health Administrators, LTD. <br> Aquidneck Radiology <br> Date of Service: 7/16/01 | $ 22.40 | 9 |
| 9/18/01 | London Health Administrators, LTD. <br> Aquidneck Radiology <br> Date of Service: 7/14/01 | $ 23.20 | 10 |
| 9/20/01 | London Health Administrators, LTD. <br> Harry E. Von Ertfelda, M.D. <br> Date of Service: 7/12/01 | $90.00 | 11 |

| Date of Bill | Description | Amount | Tab |
|---|---|---|---|
| 9/25/01 | London Health Administrators, LTD.<br>Newport Hospital<br>Date of Service: 7/15/01 | $ 358.72 | 12 |
| 10/9/01 | London Health Administrators, LTD.<br>University Orthopedics<br>Date of Service: 8/1/01 | $ 227.00 | 13 |
| 10/9/01 | London Health Administrators, LTD.<br>University Orthopedics<br>Date of Service: 8/15/01 | $ 107.00 | 14 |
| 10/9/01 | London Health Administrators, LTD.<br>Radiology Associates of New Bedford<br>Date of Service: 7/11/01 | $ 17.60 | 15 |
| 10/9/01 | London Health Administrators, LTD.<br>Radiology Associates of New Bedford<br>Date of Service: 7/11/01 | $ 20.80 | 16 |
| 10/9/01 | London Health Administrators, LTD.<br>Radiology Associates of New Bedford<br>Date of Service: 7/11/01 | $ 16. 80 | 17 |
| 10/9/01 | London Health Administrators, LTD<br>Radiology Associates of New Bedford<br>Date of Service: 7/11/01 | $ 15.20 | 18 |
| 10/9/01 | London Health Administrators, LTD<br>Denmarks, Inc.<br>Date of Service: 7/11/01 | $ 34.59 | 19 |
| 10/9/01 | London Health Administrators, LTD<br>Radiology Associates of New Bedford<br>Date of Service: 7/11/01 | $ 100.80 | 20 |
| 10/9/01 | London Health Administrators, LTD<br>Radiology Associations of New Bedford<br>Date of Service: 7/12/01 | $ 30.40 | 21 |
| 10/11/01 | London Health Administrators, LTD<br>VNS of Newport & Bristol<br>Date of Service: 7/19/01 - 7/27/01 | $ 223.30 | 22 |

| Date of Bill | Description | Amount | Tab |
|---|---|---|---|
| 10/15/01 | London Health Administrators, LTD<br>Hawthorn Medical Associates<br>Date of Service: 7/11/01 - 7/12/01 | $ 691.40 | 23 |
| 10/25/06 | London Health Administrators, LTD<br>Hawthorn Medical Associates<br>Date of Service: 7/11/01 | $ 24.00 | 24 |
| 10/25/01 | London Health Administrators, LTD<br>Aquidneck Radiologists, Inc.<br>Date of Service: 7/14/01 | $ 22.40 | 25 |
| 10/26/01 | London Health Administrators, LTD<br>John T. McCaffrey, DO<br>Date of Service: 9/7/01 | $ 82.00 | 26 |
| 11/6/01 | London Health Administrators, LTD<br>Orest Zaklynsky, M.D.<br>Date of Service: *9/28/01* | $ 58.00 | 27 |
| 12/4/06 | London Health Administrators, LTO<br>Orest Zaklynsky<br>Date of Service: 8/31/01 | $ 40.00 | 28 |
| 10/26/01 | John T. McCaffrey, DO<br>Date of Service: 11/20/01 | $82.00 | 29 |
| 5/1/02 | London Health Administrators, LTO<br>Lahey Clinic<br>Date of Service: 5/31/02 | $ 92.60 | 30 |
| 5/1/02 | London Health Administrators, LTO<br>Lahey Clinic<br>Date of Service: 5/31/02 | $ 28.80 | 31 |
| 7/12/02 | London Health Administrators, LTO<br>Andrew Green, M.D.<br>Date of Service: 5/15/02 | $ 155.00 | 32 |
| 8/6/02 | London Health Administrators, LTO<br>Lahey Clinic, Inc.<br>Date of Service: 5/31/02 | $ 74.40 | 33 |

| Date of Bill | Description | Amount | Tab |
|---|---|---|---|
| 8/6/02 | London Health Administrators, LTO<br>Lahey Clinic, Inc.<br>Date of Service: 5/31/02 | $ 26.40 | 34 |
| 10/10/02 | London Health Administrators, LTO<br>Lahey Clinic<br>Date of Service: 7/31/02 | $ 777.60 | 35 |
| 10/17/02 | London Health Administrators, LTO<br>Newport Emergency Physicians<br>Date of Service: 7/15/02 | $ 354.35 | 36 |
| 11/7/02 | London Health Administrators, LTO<br>Lahey Clinic<br>Date of Service: 7/31/02 | $ 81.60 | 37 |
| 11/7/02 | London Health Administrators, LTO<br>Lahey Clinic<br>Date of Service: 7/31/02 | $ 28.00 | 38 |
| 11/7/02 | London Health Administrators, LTO<br>Lahey Clinic<br>Date of Service: 8/13/02 | $ 74.40 | 39 |
| 11/14/02 | London Health Administrators, LTO<br>Lahey Clinic Hospital, Inc.<br>Date of Service: 7/31/02 - 8/1/02 | $5,411.76 | 40 |
| 9/9/03 | Lahey Clinic<br>Date of Service: 5/31/02 | $ 196.00 | 41 |
| 9/9/03 | Lahey Clinic<br>Date of Service: 7/31/02 - 8/1/02 | $7,519.12 | 42 |
| 9/9/03 | Lahey Clinic<br>Dates of Service: 5/31/02 - 10/25/02 | $3,785.00 | 43 |