**Beverly Pine - Dkt. #04 11518 NMG**
**Plaintiff's Medical Records**

| Date of Treatment | Description | Tab |
|---|---|---|
| 7/11/01 | STAT Ambulance Service | 1 |
| 7/11/01 - 7/13/01 | Southcoast Hospital | 2 |
| 7/15/01 | Orest Zaklynsky | 3 |
| 7/15/01 - 7/18/01 | Newport Hospital | 4 |
| 7/15/01 | Newport Hospital<br>Orest Zaklynsky Consult | 5 |
| 2001 | Gary M. Ferguson, MD | 6 |
| 5/31/02 | Lahey Clinic<br>Richard M. Wilk, MD | 7 |
| 7/31/02 | Lahey Clinic<br>Richard M. Wilk, MD<br>Chart Note | 8 |
| 10/23/03 | Lahey Clinic<br>Richard M. Wilk, MD | 9 |
| 4/16/04 | Sean M. Griggs, MD | 10 |
| 5/3/04 | University Foot Center<br>James Pascalides, DPM | 11 |
| 4/28/06 | Open MRI of NE - Warwick | 12 |
| 11/3/95 - 4/5/05 | Memorial Hospital | 13 |