UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Beverly Pine, et al.,
   Plaintiff

v.                 Civil Action No. 04-11518-NMG

Jean Arruda, et al.,
   Defendant

SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

  The Court having been advised by counsel on 10/30/06 that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within thirty (30) days to reopen the action if

settlement is not consummated.

                   By the Court,

                   /S/ Craig J. Nicewicz

10/30/06               _____
 Date                Craig J. Nicewicz
                   Courtroom Clerk