UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY PINE AND ROBERT PINE
    Plaintiffs

v.          C.A. NO. 04-11518 NMG

JEAN ARRUDA
    Defendant

## STIPULATION OF DISMISSAL

In the above-entitled matter it may be entered that plaintiff's complaint is hereby dismissed, with prejudice, without interest, costs and/or attorney fees and waiving all rights of appeal.

| The Plaintiffs, | The Defendant, |
|---|---|
| Beverly Pine and Robert Pine | Jean Arruda, |
| By their attorneys, | By her attorney, |
| | |
| /s/ Karen Augeri Benson | /s/ John B. Reilly |
| Karen Augeri Benson BBO# 628469 | John B. Reilly, Esq. BBO#545576 |
| Law Offices of Alan A. Amaral | John Reilly & Associates |
| 251 Bank Street | 300 Centerville Road |
| Fall River, Massachusetts 02720 | Summit West - Suite 330 |
| (508) 676-0011 | Warwick, Rhode Island 02886 |
| Fax (508) 676-9908 | (401) 739-1800 |
| | Fax (401) 738-9258 |